DEFT: Mohammed Samhan (J)#          CASE NO: 00-4188-BSS

AUSA: Larry Bardfeld *present*       ATTNY: Jose Puig (temp)
                                            Yevy Marrero
AGENT:                               VIOL: 21:841,846         Standing

PROCEEDING: Initial Appearance       BOND REC: PTD

BOND HEARING HELD - yes/no      COUNSEL APPOINTED:

_____ BOND SET @

CO-SIGNATURES:                                    FILED by          D.C.

SPECIAL CONDITIONS:                                    JUL 31 2000

1) Do not violate any law.                         CLERK S ...
                                                   S D. OF FLA Ft. LAUD.
2) Appear in court as directed.

3) Surrender and/or do not obtain passports/      △ - advised of charges
   travel documents.

4) Rpt to PTS as directed /or _____ x's a
   week/month by phone; _____ x's a week/month
   in person.

5) Random urine testing by Pretrial Services.
   _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) _____ Halfway House

    _____ Electronic Monitoring

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-10-00 | 11:00am | BSS |
| PTD/BOND HEARING: | 8-3-00 | 10:00am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-10-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 7-31-00 | TIME: 11:00am | TAPE # 00-061 | PG # 1 |

1980 — 2288