UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, :

v. :

Mohammed Samban :

CASE NO. 00-4188 Selzer

RECEIVED & FILED IN OPEN COURT
ON 7-31-00
At
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW **Jose Puig Esq.** and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) **Jose Puig Esq.**
                                              002350

Counsel's Signature _Yery Marrero for Mr. Puig_

Address **600 Brickell Ave. Suite 200 Miami, FL**   Zip Code: **33131**

Telephone **305-577-0047**

