DEFT: Mohammed Samhan (J)#   CASE NO: 00-4188-BSS  00-6211-CR-Hurley
AUSA: Larry Bardfeld *present*   ATTNY: Jose Puig *present*
AGENT: ___   VIOL: ___
PROCEEDING: PTD Hearing   BOND REC: ___
BOND HEARING HELD - (yes)/no   COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

REC'D by D.C. AUG - 4 2000 CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.
FILED AUG 3 2000 CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring ___

Govt proceeding by proffer —
danger to community
& risk of flight.

Agent - Sean O'Connor
sworn

A - exhibit 1 - Letter
re ties to
community

PTD ordered

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:   8-10-00   11:00am / 10:00   BSS  (LPB)
PTD/BOND HEARING:
PRELIM/ARRAIGN. XXXXX REMOVAL:   8-10-00   11:00am / 10:00   BSS
STATUS CONFERENCE:

DATE: 8-3-00   TIME: 10:00am   TAPE # 00-062   PG # 1
ends 12:00 pm   453-1510

19