UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



USA                                                    00-6211-CR-Hurley

V

MOHAMMAD SAMHAN


NOTICE OF FILING EXHIBIT


Attached is an exhibit filed in open court during a detention hearing before Magistrate Judge Barry S. Seltzer on August 3rd, 2000. The exhibit outlines the community ties of defendant Mohammad Samhan.


                                        Debbie Donovan
                                        CRD for Mag. Judge Barry S. Seltzer



# Law Offices of José R. Puig, P.A.

*Attorneys and Counselors at Law*

August 2, 2000

**DEFENDANT'S EXHIBIT**
CASE NO. 00-6211-CR-Hurley
EXHIBIT NO. 1

**VIA FACSIMILE: 1-954-356-7336**
U.S. ATTORNEY LARRY BARDFELD
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394

Dear Mr. Bardfeld:

As per our telephone conversation of August 1, 2000, please find the information you requested with regards to Mr. Samhan. Please let us know as to what the government is willing to stipulate to with regards to pre-trial release. Kindly review and get back to us at your earliest convenience.

**FAMILY**

1) **Khamis Samhan** (brother) / 9351 Fountainblaeu Blvd, Bldg. #10, Apt. #501, Miami, FL 33176 / Resident for 20 years / * **willing to co-sign for release**

    a) **Marian** (14 years old) / U.S. Citizen

    b) **Mayes** (12 years old) / U.S. Citizen

2) **Aref Samhan** (brother) / 2258 N.E. 173rd Street, Miami, Florida 33160 / Resident for 15 years / * **willing to co-sign for release**

3) **Insheah Asad** (sister) / 8134 S.W. 163rd Avenue, Miami, Florida 33193 / Permanent Resident / Married to Hasan Asad / Permanent Resident

    a) **Ahmad Asad** (nephew) / 10501 S.W. 107th Street, Miami, Florida 33176 / Resident for 9 Years One Property Valued at Approx. $180, 000; Balance on Mortgage Approx. $130, 000; Equity Approx. $30, 000 * **willing to sign for release**

    b) **Wael Asad** (nephew) / 8134 S.W. 163rd Avenue, Miami, Florida 33193 / U.S. Citizen / Married to Victoria Asad / U.S. Citizen / One Property Valued at Approx. $150, 000; Balance on Mortgage Approx. $110, 000; Equity Approx. $40, 000 * **willing to sign for release**

        • **Hasan Asad** (7 years old) / U.S. Citizen

        • **Sami Asad** (4 years old) / U.S. Citizen

4) **Andalib Samhan** (sister) / 6216 Calhoun Street, Deerborn, Michigan 48126 / Permanent Resident

● Page 2                                                                                                August 2, 2000

    a)    **Esam Asad** (nephew) / 6216 Calhoun Street, Deerborn, Michigan 48126 / U.S. Citizen

- **Mosa Asad** (2 years old) / U.S. Citizen

- **Andalib Adad** (11 months old) / U.S. Citizen

    b)    **Mohamed Asad** (nephew) / 6216 Calhoun Street, Deerborn, Michigan 48126 / U.S. Citizen

5)   **Maha Samhan** (wife) / 12901 S.W. 60th Street, Miami, Florida 33183 / Resident / One Property Valued at Approx. $150,000; Balance on Mortgage Approx. $85,000; Equity Approx. $65,000   * **willing to sign for release**

- **Dana Samhan** (4 years old) / U.S. Citizen

- **Roba Samhan** (1½ years old) / U.S. Citizen

The defendant, Mohamed Samhan, owns two commercial properties with a combined value of approximately $800,000, which may also be put towards release.

If there is any further information that you might need, please do not hesitate to contact my office.

Sincerely,

LAW OFFICES OF JOSÉ R. PUIG, P.A.

JOSÉ R. PUIG, ESQUIRE