U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 8/10/00   TIME: 10:00 AM

DEFT. MOHAMMED SAMHAN (J)   CASE NO. 00-6211-CR-HURLEY

AUSA. LAURENCE BARDFELD   ATTY. ~~JOSE PUIG — TEMP~~ *Odilio Diaz* for Leonard Fenn per

AGENT.   CONSP/POSS OF LISTED CHEMICAL TO MANUFACTURE CONTROLLED SUBSTANCE
VIOL. 21:841(d)(2) & 846

PROCEEDING: REPORT RE: COUNSEL & ARRAIGNMENT   BOND. PRETRIAL DETENTION (BSS)

DISPOSITION: Status Conf set 9/11/00 at 9:30 A.M.

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order Requested.~~

*Defendant arraigned.*

*Leonard Fenn filed notice of permanent appearance.*

DATE: 8/10/00   TAPE: LRJ-00- 69-1277