UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Judge Vitunac
CASE: 00-6211 CR-HURLEY

UNITED STATES OF AMERICA

    Plaintiff,

v.

MOHAMMED SAMHAN,

    Defendant.
_____/

### NOTICE OF PERMANENT APPEARANCE

The undersigned hereby files this his Notice of Permanent Appearance on behalf of Defendant, MOHAMMED SAMHAN.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: Clerk of the U.S. District Court and the Assistant United States Office, 701 Clematis Street, West Palm Beach, Florida 33401 33128 this 10th day of August, 2000.

                        **DeFABIO and FENN, P.A.**
                        Attorneys for Defendant
                        2121 Ponce de Leon Boulevard
                        Suite 430
                        Coral Gables, FL 33134
                        (305) 448-7200/444-0913 Fax

By: _____
                        LEONARD R. FENN, Esquire
                            F.B.N.: 237337