UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

vs.

MOHAMMED SAMHAN,
        Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**  Jail No.: _____

Language: ENGLISH

Address: IN CUSTODY

_____

Tel. No: _____

**Defense Counsel:**  Name    : LEONARD P. FENN, ESQ.

Address: 2121 PONCE DE LEON BLVD STE 430

CORAL GABLES, FL 33134

Tel. No: 305-448-7200

**Bond Set/Continued:**  $ PTD (BSS)

Dated this 10th day of August, 2000.

CLARENCE MADDOX, CLERK

BY _____
    Deputy Clerk

TAPE NO. LRJ-00-69
DIGITAL START NO. 1277