UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Judge Vitunac
CASE: 00-6211 CR-HURLEY

UNITED STATES OF AMERICA

    Plaintiff,
v.

MOHAMMED SAMHAN,

    Defendant.
_____/



## REQUEST FOR F.R.E. 404(b) DISCLOSURE

The Defendant, MOHAMMED SAMHAN, hereby requests that the Government disclose the general nature of all evidence it intends to introduce under Federal Rule of Evidence 404(b) during its case in chief at trial pursuant to F.R.E. 404 (b) and paragraph H of the standing discovery order.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: Clerk of the U.S. District Court and AUSA Larry Bardfeld, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301 33128 this 21 day of August, 2000

        DeFABIO and FENN, P.A.
        Attorneys for Defendant SAMHAN
        2121 Ponce de Leon Blvd., S-430
        Coral Gables, Florida 33134
        (305) 448-7200/Fax: 444-0913

    By:_____
        LEONARD P. FENN, ESQUIRE
        F.B.N.: 237337

NON-COMPLIANCE OF S.D. fla. L.R. 51.3