

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Judge Vitunac
CASE: 00-6211 CR-HURLEY

UNITED STATES OF AMERICA

    Plaintiff,

v.

MOHAMMED SAMHAN,

    Defendant.
_____/

## REQUEST FOR EXPERT DISCLOSURE

The Defendant, MOHAMMED SAMHAN, hereby requests that the Government provide a written summary of testimony that it intends to use under federal Rules of Evidence 702, 703 or 705 during its case in chief at trial.

Pursuant to Rule 16(E) of Criminal Procedure the summaries due to Defendant under this subdivision shall describe the witnesses opinions, the basis and the reasons for those opinions, and the witness's qualifications.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: Clerk of the U.S. District Court and AUSA Larry Bardfeld, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301 33128 this ___ day of August, 2000.

    DeFABIO and FENN, P.A.
    Attorneys for Defendant Samhan
    2121 Ponce de Leon Blvd., S-430
    Coral Gables, Florida 33134
    (305) 448-7200/Fax: 444-0913

    By:_____
        LEONARD P. FENN, ESQUIRE

NON-COMPLIANCE OF S.D. fla. L.R. _____

DEFABIO AND FENN, P.A. ATTORNEYS AT LAW - 2121 PONCE DE LEON BLVD- SUITE 430- CORAL GABLES, FLORIDA 33134- (305) 448-7200 FAX: (305) 444-0913