UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 2000

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** ) | | |
| ) | | CASE NUMBER |
| PLAINTIFF, ) | | 00-6211-CR-HURLEY |
| ) | | |
| VS. ) | | |
| ) | | |
| **MOHAMMED SAMHAN,** ) | | THIS VOLUME: |
| ) | | PAGES 1 - 25 |
| DEFENDANT. ) | | |
| _____) | | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF DETENTION HEARING HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON AUGUST 3, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    LARRY BARDFELD, A.U.S.A.

FOR THE DEFENDANT:     JOSE PUIG, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

