UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 00-6211-CR-HURLEY |
| Plaintiff, ) | |
| v. ) | |
| MOHAMMED SAMHAN ) | **NOTICE OF APPEARANCE** |
| Defendant. ) | |

COMES NOW, Attorneys Hamar and Hamar, Maria and Richard Hamar and respectfully enter a general appearance in this Court only for the Defendant, MOHAMMED SAMHAN. Both Richard and Maria Hamar are members in good standing of this Court.

Hamar and Hamar will be associated with attorney of record, Leonard Fenn with the consent of both Mr. Fenn and Mohammed Samhan.



Dated:  September 28, 2000.

Respectfully Submitted,

*[signature]*

RICHARD A. HAMAR Bar #152751
MARIA R. HAMAR Bar #367214
Attorneys for Mohammed Samhan
2437 Briarcrest Road
Beverly Hills, CA 90210
(310) 550-0460
(310) 550-0461 (fax)

PROOF OF SERVICE

I, Richard A. Hamar, declare: I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Road, Beverly Hills, CA 90210.

On September 28, 2000, I mailed this NOTICE OF APPEARANCE on Larry Bardfeld, Assistant United States Attorney, located at 500 E. Broward Blvd. Fort Lauderdale, Florida 33394. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed at Miami, Florida.

_____
RICHARD A. HAMAR