UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 00-6211 CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

    Plaintiff,

v.

MOHAMMED SAMHAN,

    Defendant.
_____/



### REQUEST FOR EXPERT DISCLOSURE PURSUANT TO R.CR.P.16(a)(1)(E) AND LOCAL RULE 88.10(N)

The Defendant, MOHAMMED SAMHAN, hereby requests pursuant to the above rules that the Government provide a written summary of testimony that it intends to use under Federal Rules of Evidence 702, 703 or 705 during its case in chief at trial.

Pursuant to Rule 16(a)(1)(E) of Criminal Procedure the summaries due to Defendant under this subdivision shall describe the witnesses opinions, the basis and the reasons for those opinions, and the witness's qualifications.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: Clerk of the U.S. District Court, 701 Clematis, West Palm Beach, FL and all parties on the attached service list this 29 day of September, 2000.

                                      DeFABIO and FENN, P.A.
                                      Attorneys for Defendant Samhan
                                      2121 Ponce de Leon Blvd., S-430
                                      Coral Gables, Florida 33134
                                      (305) 448-7200/Fax 444-0913

                                      By:_____
                                        LEONARD P. FENN, ESQUIRE

**SERVICE LIST**
*United States v. Mohammed Samhan*
*Case No.: 00-6211-HURLEY/VITUNAC*

**AUSA Larry Bardfeld**
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

**Fred Haddad, Esquire**
Attorney for Defendant NAROG
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

**Glenn Seiden, Esquire**
Attorney for Defendant JABER
33 North Dearborn Street, Suite 1015
Chicago, IL 60602-3105

**Mark E. NeJame, Esquire**
Attorney for Defendant ALMASRi
1 South Orange Avenue, Suite 304
Orlando, FL 32801

**Theodore W. Weeks, Esquire**
Attorney for Defendant ABDELMUTI
1 Lake Morton Drive
P.O. Box 3
Lakeland, FL 33802-003

**Timothy Basiello, Esq.**
Attorney for Defendant FNEICHE
33 North Dearborn Street
Chicago, IL 60602

**Bruce A. Goodman, Esquire**
Attorney for Defendant AQUIL
2900 East Oakland Park Blvd.,
3rd Floor
Ft. Lauderdale, FL 3306