UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.

_____/




### NOTICE OF UNAVAILABILTY

The Undersigned hereby file this Notice of Unavailability and states that he will be out of the district from March 29, 2001 until April 7, 2001 for a proposed vacation with his family which will coincide with Spring Break in the Public Schools in Dade County, Florida.

I HEREBY CERTIFY that a true and correct of the foregoing was furnished via U.S. Mail to each party indicated on the attached Service List this 6 day of October, 2000.

LEONARD P. FENN, ESQ.
Counsel for Defendant Samhan
2121 Ponce de Leon Blvd., S-430
Coral Gables, Florida 33134
(305) 448-7200/Fax: 444-0913
Florida Bar No.: 237337

NON-COMPLIANCE OF F.D. FL. L.R. 5.1B