UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/



## SUPPLEMENT TO MOTION FOR *DE NOVO* HEARING RE: BOND

The Defendant, MOHAMMED SAMHAN, supplements the above previously filed motion and respectfully moves this Honorable Court to retain this matter in West Palm Beach for the following reasons;

1. Both the District and Magistrate Judge assigned to this case sit in West Palm Beach, Florida.

2. Magistrate Judge Vitunac, the assigned magistrate, has heard various matters relating to this case including a bond motion.

3. Based on the above it will promote judicial efficiency for Magistrate Judge Vitunac, the assigned magistrate, to retain this matter.

4. Although the original detention hearing was conducted by the Honorable Barry Seltzer in Ft. Lauderdale Defendant has alleged in the motion for *de novo* bond hearing that said original hearing was tainted due to his attorney's lack of preparation caused by said attorney's reasonable misapprehension as to bond. (See local rule 88.9 certificate in original motion.)

DEFABIO AND FENN, P.A. ATTORNEYS AT LAW - 2121 PONCE DE LEON BLVD- SUITE 430- CORAL GABLES, FLORIDA 33134- (305) 448-7200 FAX: (305) 444-0913

5. There are no judicial ties to this matter in Ft. Lauderdale.

WHEREFORE, the Defendant respectfully requests that the *de novo* detention hearing requested in the original motion be held before the assigned magistrate judge in West Palm Beach.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was furnished via U.S. Mail to each party indicated on the attached Service List this ____ day of October, 2000.

LEONARD P. FENN, ESQ.
Counsel for Defendant Samhan
2121 Ponce de Leon Blvd., S-430
Coral Gables, Florida 33134
(305) 448-7200/Fax: 444-0913
Florida Bar No.: 237337

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

Attorney Richard Hammer met personally with AUSA Larry Bardfeld on September 28, 2000. Co-Counsel Leonard Fenn spoke by telephone with AUSA Larry Bardfeld who stated on both occasions that if, but only if, a bond hearing was to be granted that he had no objections to having said hearing held before the assigned magistrate judge in West Palm Beach, Florida.

LEONARD P. FENN, ESQUIRE