UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.

_____/




### UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PRE-TRIAL MOTIONS

The Defendant, Mohammed Samhan, hereby moves this Honorable Court for an Order Granting an Extension of Time Within Which to File Pre-Trial Motions and as grounds therefore states:

1. Defendant is one of fourteen (14) Defendants in the instant case.

2. The Defendants were arrested and arraigned at various times.

3. Discovery is ongoing and voluminous. In discussions with AUSA Bardfeld the undersigned was informed that there are thousands and thousands of documents.

4. As a consequence thereof the undersigned is unable to file pre-trial motions at this time.

WHEREFORE, the Defendant requests that this Court enter an order extending the time within which to file pre-trial Motions for a minimum of thirty (30) days.



DEFABIO AND FENN, P.A. ATTORNEYS AT LAW - 2121 PONCE DE LEON BLVD- SUITE 430- CORAL GABLES, FLORIDA 33134- (305) 448-7200 FAX: (305) 444-0913

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was furnished via U.S. Mail to each party indicated on the attached Service List this 6 day of October, 2000.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

I FURTHER CERTIFY that I have discussed this motion with AUSA Bardfeld who is unopposed to the granting of this motion.

LEONARD P. FENN, ESQ.
Counsel for Defendant Samhan
2121 Ponce de Leon Blvd., S-430
Coral Gables, Florida 33134
(305) 448-7200/Fax: 444-0913
Florida Bar No.: 237337