UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

MOHAMMED SAMHAN,

   Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PRE-TRIAL MOTIONS

This cause came on to be heard before the court on Defendant Samhan's Unopposed Motion for extension of time to file pre-trial motions and the Court being fully apprised of the circumstances

IT IS HEREBY ORDERED that said motion be and the same is hereby granted.

The time for filing Pre-trial motions is hereby extended 45 days from the date of this order.

_____
U.S. MAGISTRATE JUDGE

12 Oct 2000

cc:   All counsel of record