UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/

NIGHT BOX FILED
OCT 12 2000
CLERK, USDC / SDFL / WPB

## AGREED MOTION FOR ORDER OF REFERENCE

The Defendant Mohammed Samhan hereby moves this Honorable Court for an order of reference to Magistrate Judge Vitunac for all further bond proceedings and as grounds therefore states:

1. Defendant filed a Motion for *DeNovo* hearing on September 28, 2000 (D.E. 138) based on the uncontested fact that Defendant's then Defense counsel was under the reasonable misapprehension that a bond would be granted and so neglected to prepare for the detention hearing. This resulted in a hearing in which there was no evidence presented on behalf of defendant and no meaningful challenge to the Government's evidence.

2. Defendant then filed a supplement to the above-referenced motion, which has not yet been docketed as of the date of the filing of this motion, in which the Defendant and the Government agreed that if, but only if, a hearing on the above-referenced motion were to be granted, that said hearing be set before Magistrate Judge Vitunac.

3. There is no order of reference for the above referenced motion. The offices of both Magistrate Judge Vitunac and Magistrate Judge Seltzer have indicated that neither Judge can proceed to make a recommendation with regard to the above-referenced motion without such an order of reference.

WHEREFORE, the Defendant respectfully requests that this court enter an order of reference with regard to his previously filed motion for De Novo Bond Hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was furnished via U.S. Mail to each party indicated on the attached Service List this _12_ day of October, 2000.

LEONARD P. FENN, ESQ.
Counsel for Defendant Samhan
2121 Ponce de Leon Blvd., S-430
Coral Gables, Florida 33134
(305) 448-7200/Fax: 444-0913
Florida Bar No.: 237337

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

Attorney Richard Hamar and Co-Counsel Leonard Fenn spoke by telephone with AUSA Larry Bardfeld who agrees to the granting of this motion.

LEONARD P. FENN, ESQUIRE