UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/



FILED by _____ D.C.
OCT 2 3 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REFERRING DEFENDANT SAMHAN'S MOTION FOR FURTHER BOND PROCEEDINGS TO MAGISTRATE

This cause came on to be heard on Defendant Samhan's Agreed Motion for Order of Reference Re: *De Novo* Bond Hearing (D.E. 138) and the Court being fully apprised of the circumstances

IT IS HEREBY ORDERED that said motion be and the same is hereby granted.

Defendant's motion for *De Novo* Bond hearing (D.E. #138) is hereby referred to Magistrate Judge Vitunac.

                                              Daniel T.K. Hurley
                                      U.S. DISTRICT COURT JUDGE

cc:    All counsel.

Dated: Oct. 18, 2000