UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/

## INFORMATION SHEET RE: BOND STATUS OF DEFENDANTS

The Defendant MOHAMMED SAMHAN files the following information which contains the Bond Status of the Defendants as obtained from the Clerk of the Court on October 26, 2000:

| **DEFENDANT** | **BOND STATUS** |
| --- | --- |
| Thomas L. Narog | Detained |
| Ghandi Jabar | Detained |
| Ahmad Almasari | $50,000.00 C.S.B. |
| Nadia almasari | $50,000.00 P.S.B. |
| Saber abdelmuti | $50,000.00 C.S.B. (set in Middle District and approved herein) |
| Raed Naser Aldin | Unknown |
| Nabil aquil | $75,000.00 P.S.B. |
| Nizar Fneiche | $75,000.00 P.S.B. |
| Motlaq Jaber | Unknown |
| Terek Zaki- Abu-lawi | Unknown |
| Rabbah El Haddad | $100,000.00 C.S.B. |
|  | $200,000 10% Cash |
| Zuhair Mahumud Rabei | $100,000.00 C.S.B. |
| **Mohammed Samhan** | **Detained** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was hand delivered in court to each party indicated on the attached Service List this 27th day of October, 2000.

LEONARD P. FENN, ESQ.
Counsel for Defendant Samhan
2121 Ponce de Leon Blvd., S-430
Coral Gables, Florida 33134
(305) 448-7200/Fax: 444-0913
Florida Bar No.: 237337