UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/

## NOTICE OF FILING

The Defendant, Mohammed Samhan, hereby files the attached letter from Immigration Agent Richard Kalb and Save the Children for use at the DeNovo Bond hearing scheduled in the instant case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was hand delivered in court to AUSA Larry Bardfeld this 27th day of October, 2000.

_____
LEONARD P. FENN, ESQ.
Counsel for Defendant Samhan
2121 Ponce de Leon Blvd., S-430
Coral Gables, Florida 33134
(305) 448-7200/Fax: 444-0913
Florida Bar No.: 237337

October 23, 2000

Honorable Daniel T. Hurley
United States District Court Judge
Honorable Ann E. Vitunac
United States District Court Magistrate Judge
Southern District of Florida

Dear Honorable Judges:

My name is Richard Kalb. I met Mohammed Samhan for the first time around 1990 when I interviewed him in regard to his application for political asylum in the United States. At the time I was an Asylum Officer with the US Immigration and Naturalization Service in Miami (I am currently working for INS in Orlando). I met him again about a year later at a church function in Coral Gables. I remembered him well, because I had been impressed at the time of his interview, by the uniqueness of his claim, the moderate and conciliatory views he had expressed regarding the problems in his homeland and by his sincerity in establishing his claim. After seeing him at several other events, a close friendship began to develop with him, and eventually, with his family as well.

It was obvious to me that Mohammed was a very giving, open-hearted, and compassionate individual. This impression was confirmed when I personally witnessed his activities in behalf of several Iraqi refugees (one of whom was a UN refugee camp interpreter, I had worked with during refugee processing in Saudi Arabia). He volunteered considerable time and where possible his resources, on a daily basis in helping the US Catholic Conference (who were sponsoring the refugees) to resettle them in the United States. He did this for a group of people he did not know, and who were from a completely different religious and national background than he was. His motives were completely altruistic and given in a spirit of self-sacrifice.

Mohammed is a respected and dedicated member of his community. He has often expressed his gratitude and love of this country and his appreciation for the opportunities and refuge it has offered him. He is an honest businessman with a good reputation. He is completely devoted to his wife and two daughters and is extremely proud that his children are US citizens.

Although I have spent the past three years living in Frankfurt, Germany, while working at the American Consulate there, I have seen Mohammed and Maha on my regular visits to my family who continue to reside in Miami. When I recently learned, upon my return to the US that he had been arrested for possession of an illegal drug, I was completely bewildered and shocked. It is completely inconsistent with the character I know Mohammed Samhan to be. He has never given me any reason to question his ethics, credibility or his respect for this country and its laws.

Based on my personal knowledge of him, I am confident that he would not flee and that he would comply with all of his conditions of bond. Not only are his ties to his family in the US and to his community in Miami strong, he would be fearful of returning to his homeland due to his past problems there and as a result of his liberal and conciliatory political opinions. This is particularly true, based on recent events in the Middle East.

nd working so far away, I would
plication. Thank you for you kind
)7-8981.

# Save the Children.

54 Wilton Road
P.O. Box 950
Westport, CT 06881 USA
(203) 221-4000

October 15, 2000

Donor ID: **299859**

Mr Mohammad Samhan
12882 Sw 87Th Ave
Miami, FL 33176-5936 USA

Dear Mr. Samhan

Thank you very much for your generous $160.00 sponsorship contribution received on the 13th of March of the1998. Your sponsorship contribution, combined with those of other donors is helping us provide self-help programs for children and families around the world.

Our work in 44 countries has taught us many lessons--the most important being that children are best helped in their own environment, supported by their family and community. Our development projects teach communities to help themselves and become self-sufficient. You are part of that support, and on behalf of those you are helping, please accept our heartfelt thanks.

Sincerely,

*Dawn Nunn*

Dawn Nunn
Donor Services Director

*Working to make lasting, positive change in the lives of disadvantaged children in the United States, Africa, Asia, Latin America, the Middle East, Eastern Europe and the Newly Independent States.*

Recycled Paper