NIGHT BOX
FILED

OCT 27 2000

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA )
)
v. )
)
MOHAMMED SAMHAN )
)
_____)

NOTICE OF APPEAL OF MAGISTRATE JUDGE'S
DENIAL OF REQUEST FOR PRETRIAL DETENTION

The United States of America, by and through undersigned counsel, hereby gives notice of its intention to appeal Magistrate Judge Seltzer's October 27, 2000, Order Denying the United States' Request for Pretrial Detention of Defendant MOHAMMED SAMHAN.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Broward Blvd., #700
Ft. Lauderdale, Florida 33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 27th day of October, 2000, to: Richard Hamar, Esquire, 2437 Briarcrest Road, Beverly Hills, CA 90210, Leonard Fenn, Esquire, 2121 Ponce de Leon, Blvd.,#S-430, Coral Gables, FL 33134.

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY