U.S. MAGISTRATE JUDGE BARRY S. SELTZER – 1 FT LAUDERDALE

REC'D by _____ D.C.

DEFT: Mohammed Samhan (J)# _____     CASE NO: 00-6211-CR-Hurley

USA: Larry Bardfeld    CLARENCE MADDOX    ATTNY: Leonard Fenn/Richard Hammar
                       CLERK US. DIST. CT.              *present*
                       S.D. OF FLA. W.P.B.

AGENT: _____     VIOL: _____

PROCEEDING: PTD Hearing,     BOND REC: _____

BOND HEARING HELD – (yes)/no    COUNSEL APPOINTED: _____

_____ BOND SET @    *$100,000 Corp Surety + $400,000*
                                                    *PSB*
CO-SIGNATURES: (List of individual)    w/ nebbia

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: *House arrest 24 hrs.*
11) Travel extended to: _____
12) _____ Halfway House
    ✓ Electronic Monitoring *at Q-arrest,*

*Govt proceeds by proffer*
*Agent sworn – Joseph Collins*
*PTD order vacated*
*— Govt asks*
*to stay*
*Ct will stay*
*United Judge*
*Hurley Rules*
*on appeal.*
*If Hurley affirms – will*
*set another hrg to set*
*Condition*

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 10-27-00    TIME: 10:00am    TAPE # 00- *085/086*
                                              *1106-3913*
                                              *00-086 1-300*