UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.

_____/

FILED by ___ D.C.

NOV 2 2000

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER GRANTING MOTION TO RE-OPEN DETENTION HEARING

**THIS CAUSE** is before the Court upon the defendant Mohammed Samhan's motion for de novo review of Order setting detention pending trial and motion for de novo hearing [DE #1138] and supplement to motion for de novo hearing requesting assignment of the hearing to West Palm Beach Magistrate Judge Ann Vitunac [DE #167]. The government has filed no response in opposition to either motion.

Having reviewed the motions, and being otherwise fully advised in the premises, the court finds the motion to re-open the bond hearing to be well taken under the circumstances presented, and accordingly it is

**ORDERED and ADJUDGED:**

1. The defendant's motion to re-open the detention hearing pursuant to 18 U.S.C. 3142(f) [DE #138] is **GRANTED,** while defendant's alternative request for de novo review of the Magistrate's Judge Seltzer's original order setting detention pending trial is **DENIED**.

2. The defendant's supplement to motion for de novo hearing [DE#167] requesting



assignment of the de novo hearing to West Palm Beach Magistrate Judge Ann Vitunac is **DENIED WITHOUT PREJUDICE**. The court concludes that this matter is properly referred back to Magistrate Judge Barry Seltzer, before whom the original detention hearing was held, but nothing in this Order is intended to preclude defendant from renewing his request for transfer of the matter to the West Palm Beach Magistrate Judge now assigned to the case, Judge Ann Vitunac, a matter which the Court leaves to the discretion of Judge Seltzer.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this ___ day of October, 2000.

_____
Daniel T.K. Hurley
United States District Judge

cc.
Magistrate Judge Barry Seltzer
Magistrate Judge Ann Vitunac
Leonard P. Fenn, Esq.
Richard Hamar, Esq.
AUSA Larry Bardfeld
counsel for other defendants on
    attached service list