UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

                        Case No. 00-6211-Cr-HURLEY

    Plaintiff,

vs.                    FORT LAUDERDALE, *FLORIDA*
                        OCTOBER 27, 2000

MOHAMMED SAMHAN, et al,

    Defendants.

---

## TRANSCRIPT OF PRETRIAL DETENTION HEARING
### BEFORE THE HONORABLE BARRY S. SELTZER,
### UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

        LAURENCE BARDFELD, A.U.S.A.
        500 East Broward Blvd., 7th Floor
        Ft. Lauderdale, FL 33301 954/356-7255

FOR THE DEFENDANT:

        HAMAR & HAMAR
        2437 Briarcrest Road
        Beverely Hills, California
        BY: RICHARD A. HAMAR, ESQ.

REPORTED BY:      JERALD M. MEYERS, RPR-CM
                      Official Federal Court Reporter
                      301 North Miami Avenue, 9th Floor
                      Miami, FL 33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**