NIGHT BOX
FILED

NOV 1 5 2000

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 00-6211-CR-HURLEY/VITUNAC |
| Plaintiff, ) | |
| v. ) | |
| MOHAMMED SAMHAN ) | **NOTICE THAT ALL DOCUMENTS RELATED TO THE BOND APPEAL HAVE BEEN SUBMITTED** |
| Defendant. ) | |

Comes Now, MOHAMMED SAMHAN, by and through his undersigned counsel and respectfully notifies this Court that the Government and the Defendant have completed their submissions related to the bond appeal filed by the Government.

Said submissions include: the Government's Notice of Appeal dated October 27, 2000; the Government's Appeal of the Magistrate Judge's Denial of Request for Pretrial Detention dated November 1, 2000; Defendant/Appellee's Brief in Support of Magistrate Judge Seltzer's Decision Denying Pretrial Detention dated November 1, 2000; and the filing of the Reporter's Transcript within the last two days.

## 88.9 Certificate

Pursuant to local rules, the undersigned certifies that on November 15, 2000, he spoke personally to Assistant United States Attorney Larry Bardfeld, who stated that he has submitted all pleadings plus the transcript in the above referenced matter and intends to file no more pleadings or documents.

Richard A. Hamar 11/15/2000

WHEREFORE, it is respectfully requested that this Honorable Court render a decision in this matter.

Dated: November 15, 2000.

Respectfully Submitted,

RICHARD A. HAMAR Bar #152751
MARIA R. HAMAR Bar #367214
Leonard Fenn Bar # 237337
Attorneys for Mohammed Samhan
2437 Briarcrest Road
Beverly Hills, CA 90210
(310) 550-0460
(310) 550-0461 (fax)

**PROOF OF SERVICE**

I, Richard A. Hamar, declare: I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Road, Beverly Hills, CA 90210.

On November 15, 2000, I mailed this NOTICE OF COMPLETED FILINGS to Larry Bardfeld, Assistant United States Attorney, located at 500 E. Broward Blvd. Fort Lauderdale, Florida 33394. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed at Los Angeles, California.

_____
RICHARD A. HAMAR