UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

DEC - 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    CASE NO.: 00-6211-CR-DTKH

MOHAMMED SAMHAN,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER
### SETTING TERMS & CONDITIONS FOR PRETRIAL RELEASE

**THIS CAUSE** is before the court by virtue of an appeal taken by the United States from a magistrate judge's order establishing terms and conditions for pretrial release. The court has reviewed the papers submitted by both sides together with the record in this case. Accordingly, it is

**ORDERED and ADJUDGED** that the magistrate judge's order setting terms and conditions for pretrial release is **affirmed.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of December, 2000.

                                                 Daniel T. K. Hurley
                                               U. S. District Judge

cc: Hon. Barry S. Seltzer
    Laurence Barfeld, Esq.
    Richard A. Hamar, Esq.

