**COURT MINUTES**

DEC 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
D.C.

FILED by
DEC - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
D.C.

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MOHAMMED DAMHAN (J)

CASE NO: 00-6211-CR-HURLEY

AUSA: LARRY BARDFELD

ATTY: LEONARD FENN

AGENT: _____

VIOL: _____

PROCEEDING: POSTING OF BOND

RECOMMENDED BOND: 100,000 CSB/400,000 PSB

BOND HEARING HELD - yes / no

COUNSEL APPOINTED: _____

BOND SET @: _____

To be cosigned by: _____

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____ .

☐ Travel extended to: _____ .

☐ Halfway House _____ .

Deft was advised of all the conditions of bond set by Judge Seltzer & affirmed by Judge Hurley.

Bond may be posted.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 12/6/00    TIME: 11:00    FTL/LSS TAPE # 00 - 062    Begin: 720    End: _____