UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/



## ORDER

    This cause is before the Court on Defendant, MOHAMMED SAMHAN'S, Motion to Produce Specific Brady Evidence. Defendant makes a specific Brady request for "negative" evidence. Defendant seeks discovery of any evidence that he 1) lacked a connection to Seaside Pharmaceutical Warehouse, 2) lacked a connection to any manufacturers of methamphetamine, 3) lacked a connection to co-defendants, 4) "lack of suspicious activity", 5) "lack of suspicious business practice", 6) "lack of direct connection to methamphetamine" and 7) "lack of involvement with money or financial instruments".

    Brady is not a discovery tool. Brady places an obligation on the Government to disclose evidence to the Defendant which is either material to his guilt or punishment and is exculpatory. Brady is not an evidentiary rule that grants broad discovery powers to a Defendant. See United States v. Quinn, 123 F.3d 1415 (11th Cir. 1997). Quinn opines that it is not the Court's function to tell the Government how to comply with Brady. If the Government is possessed of Brady information and withholds that information it does so at its peril. The standing discovery Order in this case already orders the Government to comply with its duties pursuant to Brady. Defendant's Motion to Produce specific Brady evidence further puts the Government on notice of what evidence the Defendant believes is covered by Brady.

The Government is ordered to review its evidence and to comply with the dictates of Brady and Kyles v. Whitley, 514 U.S. 419 (1995).

DONE and ORDERED in Chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this 2 day of January, 2001.

*[signature]*
ANN E. VITUNAC
United States Magistrate Judge

Copies to:
Richard A. Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

AUSA - Larry Bardfeld (Ft. Lauderdale)

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Leonard Penn, Esq.
2121 Ponce de Leon Blvd., Suite 430
Coral Gables, FL 33134

Mark NeJame, Esq.
1 South Orange Ave., Suite 304
Orlando, FL 32801

John R. Howes, Esq.
633 S.E. 3rd Ave., Suite 4F
Ft. Lauderdale, FL 33301

Theodore Weeks, Esq.
1 Lake Morton Drive - P.O. Box 3
Lakeland, FL 33802

Fred Haddad, Esq.
One Financial Plaza, Suite 2612
Ft. Lauderdale, FL 33394