NIGHT BOX
FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

JAN 17 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,        )   NO. 00-6211-CR-HURLEY/VITUNAC
                                 )
            Plaintiff,           )
                                 )
v.                               )
                                 )
MOHAMMED SAMHAN                  )
                                 )
            Defendant.           )
                                 )
_____  )

**AGREED MOTION ~~AND ORDER~~ TO ENLARGE BOND CONDITIONS**

Recitals

I, Richard A. Hamar, attorney for Mohammed Samhan, swear under penalty of perjury that the following is true:

Defendant, Mohammed Samhan was arrested on July 29, 2000 for possession of a precursor to manufacture methamphetamine and related charges. Subsequent to two detention hearings and a Government Appeal, Defendant was released on bond on December 4, 2000. One condition was 24 hour house arrest.

Defendant owns a convenience store, known as "Food Plus", located at 12882 S.W. 87th Ave. Miami, Florida 33176. Its hours of operation are from 6:00 am until 12 midnight, seven days per week. Although married, he has been the active partner in the day-to-day operations of this business. While in custody, a brother,

who lives in another city, worked with his wife to keep the business running.

Since release, the brother can no longer work in the store. The Defendant's wife and the business have suffered. Pre-trial Services officer Iram Ferguson reviewed the business records during his last home visit dated January 6, 2001.

Defendant has complied with all of his pretrial conditions.

Pre-trial Services officer, Iram Ferguson, stated on January 5, 2001 that he has no objection to the Defendant being able to work during the hours the family business is open. Assistant United States Attorney, Lawrence Bardfeld, has no objection to the Defendant being able to work during the hours the family business is open.

The Defendant will continue to wear the electronic monitoring devise and carry a cell phone that can be monitored by Pre-trial Services.

### 88.9 CERTIFICATE

The undersigned hereby certifies that the Government, represented by Assistant United States Attorney, Lawrence Bardfeld, advised the undersigned on January 12, 2001 that he agrees that the Defendant's bond may be enlarged to permit work related activities outside of the house, in the Southern District of Florida only, from 6:00 am until 12:30 am.

Dated: January 12, 2001

_____
Richard A. Hamar
Attorney for Samhan

2

## CONCLUSION

Based on the good conduct of the Defendant, his need to work, the agreement of Pre-trial Services and the Government, the Defendant's bond should be enlarged.

Dated: January 12, 2001             Respectfully Submitted,

*[signature]*

Richard A. Hamar, Fl. 127562
2437 Briarcrest Road
Beverly Hills, CA 90210
(310) 550-0460
(310) 550-0461 (fax)

**ORDER (Proposed)**

This matter came to be considered in chambers upon the Agreed Motion and Order of the Parties.

It is hereby ORDERED AND ADJUDGED that the Defendant, Mohammed Samhan's, conditions of bond are enlarged to permit him to work outside of his home from 6:00 am until 12:30 am, seven days per week. Said work to be done in the Southern District of Florida only. Defendant to maintain an active cell phone for pre-trial purposes.

All other conditions of bond to remain in effect.

_____

United States Magistrate Judge

Dated: January   , 2001.

Prepared by: Richard A. Hamar, attorney for Samhan.
2437 Briarcrest Road, Beverly Hills, CA 90210 (310) 550-0460. (310) 550-0461 (fax) Fl. Bar # 127562

**PROOF OF SERVICE**

I, Richard A. Hamar, declare: I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Road, Beverly Hills, CA 90210.

On January 16, 2001, I mailed this AGREED MOTION AND ORDER TO ENLARGE BOND to Larry Bardfeld, Assistant United States Attorney, located at 500 E. Broward Blvd. Fort Lauderdale, Florida 33394 and Pre-trial Services Officer, Iram Ferguson located at 330 Biscayne Blvd., Ste. 500, Miami, Florida 33132  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed at Beverly Hills, CA.

_____
RICHARD A. HAMAR