

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 00-6211-CR-HURLEY/VITUNAC |
| Plaintiff, | ) | |
| v. | ) | |
| MOHAMMED SAMHAN | ) | |
| Defendant. | ) | |

ORDER

This matter came to be considered in chambers upon the Agreed Motion and Order of the Parties.

It is hereby ORDERED AND ADJUDGED that the Defendant, Mohammed Samhan's, conditions of bond are enlarged to permit him to work outside of his home from 6:00 am until 12:30 am, seven days per week. Said work to be done in the Southern District of Florida only. Defendant to maintain an active cell phone for pre-trial purposes.

All other conditions of bond to remain in effect.

_____
United States Magistrate Judge

Dated: January __, 2001.

## PROOF OF SERVICE

I, Richard A. Hamar, declare: I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Road, Beverly Hills, CA 90210.

On January 16, 2001, I mailed this PROPROSED ORDER TO ENLARGE BOND to Larry Bardfeld, Assistant United States Attorney, located at 500 E. Broward Blvd. Fort Lauderdale, Florida 33394 and Pre-trial Services Officer, Iram Ferguson located at 330 Biscayne Blvd., Ste. 500, Miami, Florida 33132  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed at Beverly Hills, CA.

_____
RICHARD A. HAMAR