UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.

_____/




## UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL

The undersigned attorney hereby moves this Honorable Court for an Order allowing him to withdraw as Co-Counsel for Defendant Mohammed Samhan and as grounds therefore states as follows:

1. The undersigned was retained by the Defendant's family while the Defendant was being held in pre-trial detention.

2. Shortly thereafter the Defendant's family also retained the services of current Co-Counsel Richard Hamar, Esq., as the undersigned was on vacation at the time he was first retained and hadn't met the defendant, who was being held in the Palm Beach County Jail.

3. Irreconcilable differences have arisen between the undersigned and defendant Samhan which make it impossible to represent defendant Samhan in the trial of this cause. The undersigned has meet with the defendant

NON-COMPLIANCE OF S.D. fla. L.R. 5.1B

DeFabio and Fenn, P.A. 2121 Ponce de Leon Blvd, #430, Coral Gables, Fl. 33134. (305)448-7200 Fax (305) 444-0913

USA vs. M. Samhan
Case NO. 00-6211-CR-HURLEY/VITUNAC
Mot. to Withdraw as Co-Counsel
Page 2
-------------------------------------------/

Samhan in an attempt to resolve these differences but has been unable to do so.

4. The undersigned has consulted with Co-Counsel Hamar who is unopposed to the granting of this motion and who will be prepared to try this case without assistance from the undersigned.

5. The granting of this motion will not delay the trial in any fashion.

6. Defendant Samhan is aware of the irreconcilable differences and is in agreement with the undersigned that he may file this motion to withdraw as Co-Counsel based on those differences.

WHEREFORE, the undersigned requests that this Court Grant this motion and enter an order allowing him to withdraw as Co-Counsel of record for Defendant Samhan.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was furnished via U.S. Mail to each party indicated on the attached Service List this 12 day of February, 2001.

I FURTHER CERTIFY that I contacted AUSA Larry Bardfeld who is unopposed to the granting of this motion.

LEONARD P. FENN, ESQ.
Counsel for Defendant Samhan
2121 Ponce de Leon Blvd., S-430
Coral Gables, Florida 33134
(305) 448-7200/Fax: 444-0913
Florida Bar No.: 237337

USA vs. M. Samhan
Case NO. 00-6211-CR-HURLEY/VITUNAC
Mot. to Withdraw as Co-Counsel
Page 3
------------------------------------------/

## SERVICE LIST

**AUSA Larry Bardfeld**
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

**Mohammed Samhan**
12882 S.W. 87th Avenue
Miami, Florida 33176

**Fred Haddad, Esquire**
Attorney for Defendant NAROG
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

**Glenn Seiden, Esquire**
Attorney for Defendant JABER
33 North Dearborn Street, Suite 1015
Chicago, IL 60602-3105

**Mark E. NeJame, Esquire**
Attorney for Defendant ALMASRI
1 South Orange Avenue, Suite 304
Orlando, FL 32801

**Theodore W. Weeks, Esquire**
Attorney for Defendant ABDELMUTI
1 Lake Morton Drive
P.O. Box 3
Lakeland, FL 33802-003

**Timothy Basiello, Esq.**
Attorney for Defendant FNEICHE
33 North Dearborn Street
Chicago, IL 60602

**John R. Howes, Esq.**
633 S.E. 3rd Avenue, Suite 4F
Ft. Lauderdale, Flroida 33301

**Richard A. Hamar, Esq.**
2437 Briarcrest Road
Beverly Hills, CA 90210