UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/

## ORDER GRANTING
## UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL

THIS CAUSE COME on to be heard on the Unopposed Motion of Co-Counsel Leonard Fenn to withdraw from co-representation of Defendant Mohammed Samhan and the Court being fully apprised of the circumstances and the government being unopposed,

IT IS HEREBY ORDERED that said motion be and the same is hereby granted.

The withdrawal of Leonard P. Fenn, Esq., as co-counsel for Defendant Mohammed Samhan be and the same is hereby approved. Mr. Fenn may be removed from the service list in this cause.

U.S. DISTICT ~~JUDGE~~ Magistrate Judge

20 Feb 2001

cc: All counsel of record