UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6211-CR-HURLEY/VITUNAC(s)</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/



### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __MARCH 14,__ 2001, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: _____ON BOND_____

    Telephone no.: _____

**DEFENSE COUNSEL:**  Name: _____RICHARD HAMAR_____

    Address: ___2437 BRIARCREST ROAD_____

    ___BEVERLY HILLS, CA, 90210_____

    Telephone no.: <u>(310) 550-0460</u>

BOND/SET///////////: $ __100,000 CSB $ $400,000 PSB_____

BOND/PTD hrg held: YES_____  NO___  BOND/PTD hrg set for_____

Dated this __14__ day of ___MARCH_____, 2001.

    CLARENCE MADDOX, CLERK OF COURT

    By: _____
            Deputy Clerk

c:   Courtroom Deputy, District Judge
      United States Attorney
      Defense Counsel
      United States Pretrial Service