# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/14/2001   TIME: 10:00 AM

DEFT. MOHAMMED SAMHAN (B) ✓   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. LAURENCE BARDFELD ✓   ATTY. RICHARD HAMAR (RETAINED)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. $100,000 CSB & $400,000 PSB

DISPOSITION: Arraignment held

Deft present with counsel, waives formal reading of the S/Indictment & pleads not guilty

Reading of Indictment Waived
Not Guilty Plea entered
Jury trial demanded
Standing Discovery Order requested

signed & dist

Status Conf - 4-16-01 @ 9:30 am - Judge Vitunac

Defense request to eliminate Curfew & electronic monitoring - Govt. does not oppose
Written motion to be filed

DATE: 3-14-01   TAPE: AV 01-16-3400