UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 00-6211-CR-HURLEY/VITUNAC |
| Plaintiff, | ) | |
| v. | ) | |
| MOHAMMED SAMHAN | ) | ORDER RE: BOND ENLARGEMENT |
| Defendant. | ) | |

THIS MATTER came to be heard by the Honorable Ann E. Vitunac in open Court on March 14, 2001 at the arraignment on the Superceding Indictment of Defendant, SAMHAN. All parties were present. The Government, represented by Assistant United States Attorney Larry Bardfeld, is in agreement with the motion to enlarge bond. Pretrial services officer Iram Fergeson has no opposition.

It is hereby, ORDERED AND ADJUDGED that the Defendant, Mohammed Samhan will no longer be required to wear an electronic monitoring device or adhere to a curfew. All other conditions of bond shall remain in effect.

Ann E. Vitunac
United States Magistrate Judge
Southern District of Florida

Dated: March 26, 2001.

Submitted by: Richard A. Hamar, attorney for Samhan.
2437 Briarcrest Road, Beverly Hills, CA 90210 (310) 550-0460. Fl. Bar # 127562

AUSA BARDFELD
Fergeson (Pretrial))

