# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/16/2001   TIME: 9:30 AM

DEFT. MOHAMMED SAMHAN (B)    CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Deft. not required)
AUSA. *James Hopkins* / LAURENCE BARDFELD    ATTY. RICHARD HAMAR (RETAINED)

AGENT. DEA    VIOL. 21:841(a)(1), 846

PROCEEDING STATUS/DISCOVERY CONF.    BOND. $100,000 CSB & $400,000 PSB

DISPOSITION: Status/Discovery held
Parties present
Discovery Cut
1 month for Trial
Expert testimony available this Wednesday

DATE: 4-16-01    TAPE: AEV 01-24-1