```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO.  00-6211-CR-HURLEY(s)
```

NIGHT BOX
FILED

APR 1 8 2001

CLERK, USDC / SDFL / WPB

```
UNITED STATES OF AMERICA      )
                              )
                              )
                              )
v.                            )
                              )
THOMAS NAROG,                 )
MOHAMMED SAMHAN, et al.       )
                              )
        Defendants.           )
_____)
```

### GOVERNMENT'S SUPPLEMENTAL RESPONSE
### TO THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order.

    M.    A latent fingerprint found from items seized from the townhouse at 704 North Broughton Circle, Building 6, Boynton Beach, Florida has been identified as that of the co-defendant, Nabil Aquil. A copy of the latent fingerprint report is attached.



N.   Attached is a summary of the testimony the Government expects to offer at trial under Rules 702, 703 or 705 of the Federal Rules of Evidence. RANDOLPH RIMMEY, an agent with the California Department of Justice will testify about the manufacture of methamphetamine from pseudoephedrine.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
Federal Courthouse
500 East Broward Blvd., #700
Ft. Lauderdale, Florida  33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450
E-Mail:Laurencebardfeld@justice.usdoj.gov

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this ___18th___ day of April, 2001, to: Fred Haddad, One Financial Plaza, Suite 2612, Fort Lauderdale, FL 33301, Glenn Seiden, 33 North Dearborn Street, Suite 1015, Chicago, ILL 60602-3105, Richard Hamer, Esquire, 2437 Briarcrest Road, Beverly Hills, CA 90210, Rick Decobo, Esquire, 1571 NW 13th Court, Miami, FL 33125, F. Wesley Blankner, Jaeger & Blankner, 217 Ivanhoe, Blvd., North, Orlando, FL 32804, John Howes, Esquire, 633 SE 3rd Avenue, Suite 4F, P.O. Box 697, Fort Lauderdale, FL 33302, Paul Goodman, 33 North Dearborn Street, Suite 1015, Chicago, ILL 60602, Tim Biasello, 33 North Dearborn Street, Suite 1015, Chicago, ILL 60602, and Charles White, 2250 SW 3rd Avenue, Suite 150, Miami, FL 33129.

 

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY