UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA        )
                                )
                                )
                                )
v.                              )
                                )
THOMAS NAROG,                   )
MOHAMMED SAMHAN, et al.         )
                                )
    Defendants.                 )
_____)

### GOVERNMENT'S SUPPLEMENTAL RESPONSE
### TO THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order.

D.  The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). The United States may call the following witnesses at trial: Ziad Nobani, Khalid Suliman Abu-Lawi, Khaled Al-Habahbih. These potential witnesses were charged in the Middle District of Florida. They have pled guilty and have agreed to cooperate. Copies of their plea agreements, Motions Requesting Court to Recognize Substantial Assistance, and Judgments are attached.
    Additionally, Maria Cortes and Virginio Patino-Rodriguez, may testify for the Government in this matter. They have signed a cooperation agreement in the Northern District of California. The complaint against them was dismissed without prejudice in the Northern District of California in

exchange for their complete and truthful cooperation. A copy of her cooperation agreement is attached.

Co-defendants charged in this case may testify at trial. Zuhair Rabei and Saber Abdelmuti may testify for the government. Copies of their plea agreements are attached. The judge who sentences them will be informed of the full nature and extent of their cooperation.

H.  As previously mentioned in the Pretrial Detention hearing of Thomas Narog and Ghandi Jaber, and at various other times during the pendency of this matter, including before a superseding indictment was returned, the United States intends to call Alan Gould as a witness in this trial. Mr. Gould was a business associate of Thomas Narog. At or about the time that Narog received his DEA registration to be a List 1 registrant (able to buy and sell List 1 chemicals including pseudoephedrine), Gould had a meeting with Narog. Gould had received a telephone call from Narog regarding Narog's new business endeavor. He then met Narog at Narog's office on Commercial Boulevard to discuss a product that Narog would soon be attempting to sell. At that meeting, Narog displayed a pseudoephedrine bottle. When Narog was questioned why he would be interested in selling a product that any person could purchase over the counter in any retail store, Narog replied that although anyone can purchase pseudoephedrine in small amounts, it was necessary to have a license to possess and distribute large quantities of pseudoephedrine. Narog was told that pseudoephedrine was used to manufacture illegal drugs. Although Narog did not verbally reply when the statement was made, Narog nodded his head in an affirmative manner and shrugged his shoulders as if he was acknowledging the validity of the statement. Narog then asked Gould if he had any customers who might be interested in distributing pseudoephedrine.

A few days after the meeting regarding the distribution of pseudoephedrine, Gould met with Narog again. At this meeting, Narog stated that the pseudoephedrine was used to make "speed". (Speed is a street name for methamphetamine, a

schedule 2 controlled substance). In addition, Narog provided Gould with a sample bottle of pseudoephedrine. (That sample bottle is available for inspection). Gould accepted the sample bottle and told Narog that he would attempt to locate customers interested in purchasing pseudoephedrine.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/
LAURENCE M. BARDFELD
Assistant U.S. Attorney
Federal Courthouse
500 East Broward Blvd., #700
Ft. Lauderdale, Florida 33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450
E-Mail: Laurencebardfeld@justice.usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 25th day of April, 2001, to: Fred Haddad, One Financial Plaza, Suite 2612, Fort Lauderdale, FL 33301, Glenn Seiden, 33 North Dearborn Street, Suite 1015, Chicago, ILL 60602-3105, Richard Hamer, Esquire, 2437 Briarcrest Road, Beverly Hills, CA 90210, Rick Decobo, Esquire, 1571 NW 13th Court, Miami, FL 33125, F. Wesley Blankner, Jaeger & Blankner, 217 Ivanhoe, Blvd., North, Orlando, FL 32804, John Howes, Esquire, 633 SE 3rd Avenue, Suite 4F, P.O. Box 697, Fort Lauderdale, FL 33302, Paul Goodman, 33 North Dearborn Street, Suite 1015, Chicago, ILL 60602, Tim Biasello, 33 North Dearborn Street, Suite 1015, Chicago, ILL 60602, and Charles White, 2250 SW 3rd Avenue, Suite 150, Miami, FL 33129.

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY