UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MOHAMMED SAMHAN,
    Defendant.
_____/

FILED by ___ D.C.
JUN 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Friday, June 15, 2001, at 11:30 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the courtroom deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this \_\_\_\_ day of June, 2001.

**copy furnished:**
AUSA Laurence M. Bardfeld
Richard A. Hamar, Esq.

Daniel T. K. Hurley
United States District Judge