UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/

FILED by ___ D.C.
JUN 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING MOTION TO SEVER

**THIS CAUSE** comes before the court on the defendant's motion to sever. Upon consideration of the motion, and being otherwise fully advised in the premises, it is

**ORDERED** and **ADJUDGED** that defendant's motion to sever is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of June, 2001.

                        Daniel T.K. Hurley
                        United States District Judge

copies furnished to:
Richard A. Hamar, Esq.
Lawrence M. Bardfeld, AUSA

For updated court information, visit unofficial Web site
at http://sites.netscape.net/usctssodfla/homepage