**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA

        Plaintiff,

    VS.

THOMAS L. NAROG      (B)
GHANDI JABER         (B)
AHMAD ALMASRI        (B)
NADIA ALMASRI        (B)
RAED NASER ALDIN     (J)
NABIL AQUIL          (B)
NIZAR FNEICHE        (B)
RABAH EL HADDAD      (B)
MOHAMMED SAMHAN      (B)
    Defts'. required)
(Arabic Interp. Ord'd)
        Defendants.

_____

**NOTICE OF HEARING**

TYPE OF CASE:

            (  ) **CIVIL**            (XX) **CRIMINAL**

(XX)  TAKE NOTICE that a proceeding in this case has been set for the place,
        date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE | COURTROOM #3    (4TH FLOOR) |
| 701 CLEMATIS STREET | DATE AND TIME: |
| WEST PALM BEACH, FL. 33401 | **THURSDAY, 9-13-01 @ 11:00 AM** |

TYPE OF PROCEEDING:

            **STATUS CONFERENCE**

(   ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

                        ANN E. VITUNAC
                U.S. MAGISTRATE JUDGE

                (BY) DEPUTY CLERK

DATE: SEPTEMBER 7, 2001

USA VS. THOMAS L. NAROG, et al
00-6211-CR-HURLEY/VITUNAC (s)


TO:  FRED HADDAD, ESQUIRE
     JACK GOLDBERGER, ESQUIRE
     FRANCIS W. BLANKNER, SR., ESQUIRE
     RICHARD DOCOBO, ESQUIRE
     CHARLES WHITE, ESQUIRE
     PAUL GOODMAN, ESQUIRE
     TIMOTHY BIASIELLO, ESQUIRE
     JOHN HOWES, ESQUIRE
     RICHARD HAMAR, ESQUIRE
     UNITED STATES ATTORNEY (THOMAS O'MALLEY)
     UNITED STATES MARSHAL
     UNITED STATES PRETRIAL SERVICE