# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/13/2001   TIME: 11:00 AM ~~9:30 AM~~

DEFT. MOHAMMED SAMHAN ✓ (B)              CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. THOMAS O'MALLEY                    ATTY. Atty. Doboco for RICHARD HAMAR (RETAINED)

AGENT. DEA                               VIOL. 21:841(a)(1), 846

PROCEEDING STATUS CONFERENCE             BOND. $100,000 CSB & $400,000 PSB

DISPOSITION Status held.
Deft present with atty. Doboco,
standing in for atty. Hamar.
Ready for Trial
No pending motions

DATE: 9-13-01                            TAPE: ASV 01-68-340