UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED SAMHAN, et al.

    Defendants.

_____/

FILED by _____ D.C.
OCT 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF REFERRAL

**THIS CAUSE** comes before the court upon defendant's motion to dismiss the government's indictment based on speedy trial violations. Because a report and recommendation would aid in resolution of said motion, and pursuant to 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** that defendant's motion to dismiss the indictment [DE # 438] is **REFERRED** to Magistrate Judge Ann E. Vitunac for a report and recommendation.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of October, 2001.

Daniel T. K. Hurley
United States District Judge

*Copies provided to*:

United States Magistrate Judge Ann E. Vitunac

Richard A. Hamar, Esq.
Thomas A. O'Malley, AUSA

