UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,            )
                                     )
                                     )
v.                                   )
                                     )
                                     )
MOHAMMED SAMHAN,                     )
                                     )
            Defendant.               )
_____)

FILED

AN 1 4 2002

CLERK. USDC / SDFL /

GOVERNMENT'S RESPONSE TO SAMHAN'S OBJECTIONS TO
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON SAMHAN'S MOTION TO DISMISS THE INDICTMENT

THE UNITED STATES OF AMERICA, through its undersigned counsel, hereby responds to defendant Samhan's Objections to the Magistrate Judge's Report and Recommendation on Samhan's Motion to Dismiss for Speedy Trial, as follows:

1. Samhan has failed to acknowledge or distinguish case law cited by the Government or the Magistrate Judge concerning the determination of statutory and constitutional speedy trial claims in the context of a multi-defendant case.

2. Samhan has failed to cite any case directly supporting his claim that dismissal is warranted based solely upon the passage of time and the defendant's self-proclaimed stress.

3. In addition to the cases cited in the Magistrate Judge's Report and Recommendation and in the Government's response to Samhan's motion to dismiss, the Magistrate Judge's Report and Recommendation is supported by *United States v. Mendoza-Cecelia*, 963 F.2d 1467, 1476-77

(11th Cir.), *cert. denied*, 506 U.S. 964 (1992), wherein the Eleventh Circuit found no merit to the defendant's claim that his statutory and constitutional rights to a speedy trial had been violated by the eighteen month interval between indictment and trial in a multi-defendant case.

WHEREFORE, the United States respectfully requests that this Honorable Court overrule defendant Samhan's objections to the Magistrate Judge's Report and Recommendation, and further, that the Court adopt the Magistrate Judge's Report and Recommendation

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS A. O'MALLEY
Assistant United States Attorney
Florida Bar No. 310964
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7254; Fax:(954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed this 14th day of January, 2002 to: Richard Hamar, Esquire, ((310) 550-0461), 2437 Briarcrest Road, Beverly Hills, CA 90210.

_____
THOMAS A. O'MALLEY
Assistant United States Attorney

FILED by D.C.  Judgment in a Criminal Case

OCT 2 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# United States District Court
## Southern District of Florida
### WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 01-8011-CR-RYSKAMP |
| MICHELLE LYNN ROCK | Counsel For Defendant: Martin Bidwell, AFPD<br>Counsel For The United States: John McMillan, AUSA<br>Court Reporter: Stephen Franklin |

The defendant pleaded guilty to Count Two of the Indictment on April 23, 2001. Accordingly, the defendant is adjudged guilty of such count which involves the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 856 and 18 U.S.C. § 2 | Knowingly and intentionally managing or controlling a room for the unlawful manufacturing, storing, or distributing of cocaine and cocaine base | January 30, 2001 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count One is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 7/16/74
Deft's U.S. Marshal No.: 38989-004

Defendant's Mailing Address:
422 SE 4th Street
Boynton Beach, FL 33435

Defendant's Residence Address:
422 SE 4th Street
Boynton Beach, FL 33435

Date of Imposition of Sentence:
October 19, 2001

KENNETH L. RYSKAMP
United States District Judge
October 22, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By Irene Rivera, Deputy Clerk
Date 10/23/01