UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

v.

MOHAMMED SAMHAM,

Defendant.
_____/



FILED by _____ D.C.

JAN 18 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the court upon the report and recommendation of a United States Magistrate Judge as to Defendant Samhan's motion to dismiss the government's indictment based on speedy trial violations (DE 438). Upon consideration of the report and recommendation and in accordance with *28 U.S.C. §636(B)(1)(c)*, it is

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's report and recommendation [DE ___] is **adopted**.

2. The defendant's motion to dismiss [DE 438] is **denied**.

**DATED** and **SIGNED** in Chambers at West Palm Beach, this ___ day of _____, 2002.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Thomas O'Malley
Richard A. Hamar, Esq.

