# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by ___ D.C.
FEB - 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===========================================================

Case No. 00-6211-CR            Date February 4, 2002

Courtroom Deputy: James E. Caldwell     Court reporter: Pauline Stipes

Language Spoken: English / Arabic   Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. Thomas Narog; Raed Naser Aldin; Nabil Aquil; Nizar Fueiche; Rabah El Haddad; and Mohammed Samhan.

AUSA: Thomas O'Malley    DEFENSE COUNSEL: Fred Haddad; Charles White; Paul Goodman; Timothy Biasiello; John Howes; and Richard Hamar

TYPE OF HEARING: Jury selections began for the above named defendants on February 4, 2002, at 9:00 a.m.

RESULTS OF HEARING: Jury selections continued until 9:00 a.m. on February 5, 2002.

Misc.: _____