UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS NAROG, et al.

    Defendants.
_____/

FILED by _____ D.C.
FEB - 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## DEFENDANT'S WAIVER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES

Now comes the defendant, Mohammed Samhan, and notifies the court that, after consultation with counsel, he knowingly, voluntarily, and intelligently waives his right to attend side-bar conferences during the selection of the jury. The defendant also states that he finds communication with defense counsel to be a sufficient and satisfactory method for staying apprised of the factual and legal matters which may arise during such conferences.

    EXECUTED in open court in West Palm Beach, Florida, this ___ day of February, 2002.

_____
Mohammed Samhan

SIGNED before me this ___ day of February, 2002.

_____
Daniel T. K. Hurley
U.S. District Judge