
UNITED STATES DISTRICT COURT

ORIGINAL FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 00-06211-CR-Hurley/Vitunac |
| Plaintiff, ) | |
| v. ) | |
| MOHAMMAD SAMHAN, et. al ) | |
| Defendants. ) | |

**DEFENDANT SAMHAN'S MOTION FOR RULE 16 EVIDENCE
AND TO EXCLUDE EVIDENCE OF BOOKING STATEMENT**

Defendant, MOHAMMAD SAMHAN, by and through his counsel, hereby moves this Honorable Court for an order requiring the Government to provide to counsel Rule 16 evidence related to the Defendant's booking statements and to exclude evidence of those statements, based on the following:

1. The Government provided a statement by Assistant United States Attorney, Laurence Bardfeld, that arrestee Jaber failed to identify Mr. Samhan, and thereafter Samhan failed to identify Jaber during the booking process.

2. The sole purpose of the post arrest questioning was to obtain a false exculpatory statement to use against Mr. Samhan at trial.

3. The Government has not provided to counsel any notes or reports of the officer(s) who



elicited and heard this statement, or anyone who transcribed the contents of the questions and answers.

4. The Government has not provided the circumstances under which this statement was made.

5. Rule 16(1)(A) requires the Government to disclose any relevant written or recorded statements made by the Defendant and the portion of any written record containing the substance of any relevant oral statement that is the result of interrogation.

6. The Government did not call the officer who elicited this statement in its case in chief.

7. Permitting the Government to wait for the Defendant to testify, and thereafter, setting up rebuttal, without complying with Rule 16, is a violation of Rule 16 and improper sandbagging. Additionally, the undersigned will not ask the Defendant any questions relating to booking statements and thus, any government cross-examination on this issue will arguable be beyond the scope of direct examination.

Wherefore, it is respectfully requested that any report, agents notes, memoranda or other written or oral evidence regarding the Defendant's statement be disclosed forthwith; that the Government not be permitted to cross-examine on same, and that all reference by the Government to Samhan's booking statements be excluded.

Dated: March __, 2002

RICHARD A. HAMAR
Attorney for Def. Samhan
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(310) 550-0460

## CERTIFICATE OF SERVICE

I, RICHARD A. HAMAR, declare: I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Rd., Beverly Hills, CA 90210.

On March ___ , 2002, I hand delivered in open court, the Defendant Samhan's Motion for Rule 16 Evidence and to Exclude Evidence of Post Arrest Statement to: Tom O'Malley, AUSA, and all other counsel of record. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed at Los Angeles, California.

_____
RICHARD A. HAMAR