UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED SAMHAN,

    Defendant.
_____/

FILED by _____ D.C.
MAR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# VERDICT

As to the Defendant **MOHAMMED SAMHAN**, we, the jury, unanimously find as follows:

## COUNT 1

As to the charge of conspiring to possess and distribute pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 1:

_____             ____X_____
    Guilty                                                                  Not Guilty

## COUNT 2

As to the charge of conspiring to manufacture at least 50 grams of methamphetamine as charged in Count 2:

_____          _____X_____
Guilty                                    Not Guilty

## COUNT 11

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 11:

_____X_____          _____
Guilty                                    Not Guilty

## COUNT 12

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 12:

_____X_____          _____
Guilty                                    Not Guilty

## COUNT 14

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 14:

__X_____          _____
Guilty                                          Not Guilty

**SO SAY WE ALL.**

Signed and Dated at the United States Courthouse, West Palm Beach, Florida, this _13th_ day of March, 2002.



_____          _Willa J. Hetzler_____
Foreperson's Signature                    Foreperson Print Name