UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 00-6211-CR-HURLEY/VITUNAC |
| Plaintiff, | ) | |
| v. | ) | FILED by ___ D.C. |
| MOHAMMAD SAMHAN, | ) | APR - 5 2002 |
| Defendant. | ) | CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - W.P.B. |

ORDER ~~(Proposed)~~ DENYING MOTION FOR NEW TRIAL

THIS CAUSE having come before the Court on the Defendant Samhan's **MOTION FOR A NEW TRIAL**, and the Court having been duly advised, it is hereby,

ORDERED AND ADJUDGED that said motion is DENIED. ~~granted~~.

DONE AND ORDERED in West Palm Beach, Florida, this 4th day of April, 2002.

_Daniel T. K. Hurley_
United States District Judge

cc: All Counsel