UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
v.                          )
                            )
THOMAS NAROG, et al.        )
                            )
            Defendants.     )
_____)

FILED by _____ D.C.

MAY - 7 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ~~ON~~ *DENYING* GOVERNMENT'S MOTION TO CONTINUE SENTENCING

THIS CAUSE came before the Court upon the Government's motion to continue the sentencing date of June 7, 2002 for defendants Thomas Narog, Raed Naser Aldin, Mohammed Samhan and Nizar Fneiche, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government's motion is *DENIED*, ~~and the sentencing date and time for the defendant's are scheduled as follows~~:



1. Thomas Narog - _____ _____
                     Date      Time

2. Raed Naser Aldin - _____ _____
                        Date      Time

3. ~~Mohammed~~ Samhan -

_____   _____
Date              Time

4. Nizar ~~Fneiche~~ -

_____   _____
Date              Time

DONE AND ORDERED this 7th day of ~~April~~ May, 2002, at West Palm Beach, Florida.

*[signature]*
DANIEL T.K. HURLEY
United States District Judge

copies furnished:
    Thomas A. O'Malley, AUSA
    Fred Haddad, Esq. (Narog)
    Charles G. White, Esq. (Aldin)
    Richard Hamar, Esq. (Samhan)
    Timothy Biasiello, Esq. (Fneiche)