UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO. 00-6211-CR-HURLEY/VITUNAC |
| Plaintiff,                 ) | |
| v.                         ) | FILED |
| MOHAMMED SAMHAN            ) | MAY 1 5 2002 |
| Defendant.                 ) | FRK, USDC / SDFL |

**SUPPLEMENTAL OBJECTIONS AND ENCLOSURES RELATED TO POSITION OF DEFENDANT SAMHAN WITH RESPECT TO SENTENCING FACTORS; ISSUES IN DISPUTE AND OBJECTIONS TO PRESENTENCE INVESTIGATION**

COMES NOW, the Defendant, Mohammad Samhan, and respectfully files Mohammad Samhan's disclosure statements and additional issues in dispute and objections to presentence investigation:

I. <u>OBJECTION TO DOSAGE, P. 13, PAR. 50</u>.

Defendant Samhan takes the position that the dosage estimate is on the high side. A more accurate estimate is 485,757 pills.

II. <u>OBJECTION TO WIFE'S AWARENESS OF PHYSICAL CONDITION, P. 16, PAR. 74</u>.

Defendant Samhan's wife is aware of the condition, but not aware of the medical name.

### III. INCOME, P. 17, PAR. 81.

Defendant Samhan's wife takes in receipts of approximately $4,000.00 weekly, not <u>daily</u>.

### IV. LOAN PAYMENTS, P. 17, PAR. 81.

The family pays $1,200.00 to the SBA every month and $1,349.00 to Hemisphere Bank every month.

Respectfully Submitted by,

*[signature]*

Richard A. Hamar<br>
Florida Bar # 127562<br>
2437 Briarcrest Road<br>
Beverly Hills, CA 90210<br>
(310) 550-0460<br>
(310) 550-0461<br>
Attorney for Samhan

**PROOF OF SERVICE**

I, Richard A. Hamar, declare:  I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Road, Beverly Hills, CA 90210.

On May 15, 2002, I mailed these SUPPLEMENTAL OBJECTIONS TO PRESENTENCE INVESTIGATION to William Zlock (who will represent the Government at sentencing on June 7, 2002), Assistant United States Attorney, located at 701 Clematis Street, West Palm Beach, Florida 33401 and Patricia Borah, Sr. United States Probation Officer, 501 South Flagler Drive, room 400, West Palm Beach, Florida 33401-5912. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed at Beverly Hills, CA.

RICHARD A. HAMAR

POSITION OF PARTIES WITH
RESPECT TO SENTENCING FACTORS

RE: SAMHAN, Mohammed

SD/FL PACTS No: 64821

DOCKET NO: 00-6211-CR-HURLEY

OBJECTIONS DUE BY: May 17, 2002

DATE AVAILABLE for DISCLOSURE: May 2, 2002

---

I have read the presentence investigation completed by the United States Probation Office.

\_\_\_\_ There are no disputed facts.

✓ There are unresolved factual disputes which are attached.

X M. Samhan      ✓ 5-9-02
(Defendant)     (Date)

_____     5/7/02     Beverly Hills, CA
Richard Hamar     (Date)     (Location)
(Attorney)

_____     _____     Fort Lauderdale, FL
Thomas O'Malley     (Date)     (Location)
(Assistant U.S. Attorney)

Return To: Patricia A. Borah
Sr. U. S. Probation Officer
501 South Flagler Drive, Suite 400
West Palm Beach, FL 33401-5912

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PROBATION OFFICE

FRANK SCHWARTZ
CHIEF PROBATION OFFICER

501 SOUTH FLAGLER DRIVE
ROOM 400
WEST PALM BEACH, FL 33401-5912

### DISCLOSURE RECEIPT

DEFENDANT: Mohammed Samhan

DOCKET NO.: 00-6211-CR-HURLEY

DATE MAILED: May 2, 2002

SD/FL PACTS # 64821

SIGNATURE:
X _M. Samhan_

DATE RECEIVED:
X 5-9-02