UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           )    NO. 00-6211-CR-HURLEY/VITUNAC
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )
MOHAMMED SAMHAN                     )
                                    )
            Defendant.              )
                                    )

**SUPPLEMENTAL OBJECTIONS AND ENCLOSURES RELATED TO
POSITION OF DEFENDANT SAMHAN WITH RESPECT TO SENTENCING FACTORS;
ISSUES IN DISPUTE AND OBJECTIONS TO PRESENTENCE INVESTIGATION**

COMES NOW, the Defendant, Mohammad Samhan, and respectfully files Mohammad Samhan's disclosure statements and additional issues in dispute and objections to presentence investigation:

I.  **OBJECTION TO DOSAGE, P. 13, PAR. 50**.

Defendant Samhan takes the position that the dosage estimate is on the high side. A more accurate estimate is 485,757 pills.

II. **OBJECTION TO WIFE'S AWARENESS OF PHYSICAL CONDITION, P. 16, PAR. 74**.

Defendant Samhan's wife is aware of the condition, but not aware of the medical name.

### III. INCOME, P. 17, PAR. 81.

Defendant Samhan's wife takes in receipts of approximately $4,000.00 weekly, not <u>daily</u>.

### IV. LOAN PAYMENTS, P. 17, PAR. 81.

The family pays $1,200.00 to the SBA every month and $1,349.00 to Hemisphere Bank every month.

Respectfully Submitted by,

_____
Richard A. Hamar
Florida Bar # 127562
2437 Briarcrest Road
Beverly Hills, CA 90210
(310) 550-0460
(310) 550-0461
Attorney for Samhan

2

## PROOF OF SERVICE

I, Richard A. Hamar, declare: I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Road, Beverly Hills, CA 90210.

On May 15, 2002, I mailed these SUPPLEMENTAL OBJECTIONS TO PRESENTENCE INVESTIGATION to William Zlock (who will represent the Government at sentencing on June 7, 2002), Assistant United States Attorney, located at 701 Clematis Street, West Palm Beach, Florida 33401 and Patricia Borah, Sr. United States Probation Officer, 501 South Flagler Drive, room 400, West Palm Beach, Florida 33401-5912. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed at Beverly Hills, CA.

_____
RICHARD A. HAMAR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 00-6211-CR-HURLEY/VITUNAC |
| Plaintiff, | ) | |
| v. | ) | |
| MOHAMMAD SAMHAN, | ) | |
| Defendant. | ) | |

**ORDER (Proposed)**

THIS CAUSE having come before the Court on the Defendant Samhan's **SEALED MOTION TO WITHDRAW AS APPELLATE COUNSEL**, and the Court having been duly advised, it is hereby,

ORDERED AND ADJUDGED that said motion is granted.

DONE AND ORDERED in West Palm Beach, Florida, this     day of April, 2002.

_____
United States District Judge

cc: GOVERNMENT, MR. SAMHAN

## PROOF OF SERVICE

I, Richard A. Hamar, declare:  I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Road, Beverly Hills, CA 90210.

On May 15, 2002, I mailed this PROPOSED ORDER TO WITHDRAW AS APPELLATE COUNSEL to Tom O'Malley, Esq. Assistant United States Attorney, located at 500 E. Broward Blvd. Fort Lauderdale, Florida 33394.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed at Beverly Hills, CA.

_____
RICHARD A. HAMAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PROBATION OFFICE

**FRANK SCHWARTZ**
**CHIEF PROBATION OFFICER**

501 SOUTH FLAGLER DRIVE
ROOM 400
WEST PALM BEACH, FL 33401-5912

## DISCLOSURE RECEIPT

**DEFENDANT:** Mohammed Samhan

**DOCKET NO.:** 00-6211-CR-HURLEY

**DATE MAILED:** May 2, 2002

SD/FL PACTS # 64821

SIGNATURE:

X _M. Samhan_

DATE RECEIVED:

X _5-9-02_

## POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS

|  |  |
|---|---|
| RE: | SAMHAN, Mohammed |
| SD/FL PACTS No: | 64821 |
| DOCKET NO: | 00-6211-CR-HURLEY |
| OBJECTIONS DUE BY: | May 17, 2002 |
| DATE AVAILABLE for DISCLOSURE: | May 2, 2002 |

---

I have read the presentence investigation completed by the United States Probation Office.

\_\_\_\_ There are no disputed facts.

✓ There are unresolved factual disputes which are attached.

X *M. Samhan*  
(Defendant)

5-9-02  
(Date)

*Richard Hamar*  
(Attorney)

5/7/02  
(Date)

Beverly Hills, CA  
(Location)

_____  
Thomas O'Malley  
(Assistant U.S. Attorney)

_____  
(Date)

Fort Lauderdale, FL  
(Location)

Return To: Patricia A. Borah  
Sr. U. S. Probation Officer  
501 South Flagler Drive, Suite 400  
West Palm Beach, FL 33401-5912