145

```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                      NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,  ) Docket No.
                                ) 00-6211-CR-HURLEY
 5                  Plaintiff,  )
     vs.                        ) West Palm Beach, Florida
 6                              ) February 5, 2002
     THOMAS NAROG,              )
 7   RABEH EL HADDAD, and       )
     MOHAMMED SAMHAN, et al.,   )    VOLUME 2
 8                              )
                  Defendants.   )
 9   _____ x

10

11              COURT REPORTER'S TRANSCRIPT OF
              TESTIMONY AND PROCEEDINGS HAD BEFORE
12            JUDGE DANIEL T. K. HURLEY AND A JURY

13

     APPEARANCES:
14
     For the Government:       THOMAS O'MALLEY, ESQ.
15                             WILLIAM T. ZLOCH, ESQ.
                               Assistant U.S. Attorney
16
     For Defendant Narog:      FRED HADDAD, ESQ.
17
     For Defendant Aldin:      CHARLES G. WHITE, ESQ.
18
     For Defendant Aquil:      PAUL GOODMAN, ESQ.
19
     For Defendant Fneiche:    TIMOTHY BIASIELLO, ESQ.
20
     For Defendant El Haddad:  JOHN R. HOWES, ESQ.
21
     For Defendant Samhan:     RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:           Pauline A. Stipes, C.S.R., C.M.

24                         PAULINE A. STIPES
                            Official Reporter
25                        U. S. District Court
```