```
         IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                  NORTHERN DIVISION


UNITED STATES OF AMERICA, ) Docket No.
                          ) 00-6211-CR-HURLEY
          Plaintiff,      )
vs.                       ) West Palm Beach, Florida
                          ) February 12, 2002
THOMAS NAROG,             )
RABEH EL HADDAD, and      )
MOHAMMED SAMHAN, et al.,  )
                          )     VOLUME 6
          Defendants.     )
_____x


        COURT REPORTER'S TRANSCRIPT OF
     TESTIMONY AND PROCEEDINGS HAD BEFORE
       JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:     THOMAS O'MALLEY, ESQ.
                        WILLIAM T. ZLOCH, ESQ.
                        Assistant U.S. Attorney

For Defendant Narog:    FRED HADDAD, ESQ.

For Defendant Aldin:    CHARLES G. WHITE, ESQ.

For Defendant Aquil:    PAUL GOODMAN, ESQ.

For Defendant Fneiche:  TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad: JOHN R. HOWES, ESQ.

For Defendant Samhan:   RICHARD A. HAMAR, ESQ.


Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

                        PAULINE A. STIPES
                        Official Reporter
                        U. S. District Court
```