```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                        NORTHERN DIVISION

 3


 4   UNITED STATES OF AMERICA, ) Docket No.
                               ) 00-6211-CR-HURLEY
 5              Plaintiff,     )
     vs.                       ) West Palm Beach, Florida
 6                             ) March 4, 2002
     THOMAS NAROG,             )
 7   RABEH EL HADDAD, and      )
     MOHAMMED SAMHAN, et al.,  ) VOLUME 16
 8                             )
                Defendants.    )
 9   _____x

10

11            COURT REPORTER'S TRANSCRIPT OF
           TESTIMONY AND PROCEEDINGS HAD BEFORE
12         JUDGE DANIEL T. K. HURLEY AND A JURY

13
     APPEARANCES:
14
     For the Government:      THOMAS O'MALLEY, ESQ.
15                            WILLIAM T. ZLOCH, ESQ.
                              Assistant U.S. Attorney
16
     For Defendant Narog:     FRED HADDAD, ESQ.
17
     For Defendant Aldin:     CHARLES G. WHITE, ESQ.
18
     For Defendant Aquil:     PAUL GOODMAN, ESQ.
19
     For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.
20
     For Defendant El Haddad: JOHN R. HOWES, ESQ.
21
     For Defendant Samhan:    RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

24                        PAULINE A. STIPES
                           Official Reporter
25                       U. S. District Court
```