1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2                     NORTHERN DIVISION

3

4     UNITED STATES OF AMERICA, ) Docket No.
                                ) 00-6211-CR-HURLEY
5                    Plaintiff, )
      vs.                       ) West Palm Beach, Florida
6                               ) March 6, 2002
      THOMAS NAROG,             )
7     RABEH EL HADDAD, and      )
      MOHAMMED SAMHAN, et al.,  ) VOLUME 18
8                               )
                    Defendants. )
9     _____  x

10

11            COURT REPORTER'S TRANSCRIPT OF
            TESTIMONY AND PROCEEDINGS HAD BEFORE
12         JUDGE DANIEL T. K. HURLEY AND A JURY

13

      APPEARANCES:
14

      For the Government:    THOMAS O'MALLEY, ESQ.
15                           WILLIAM T. ZLOCH, ESQ.
                             Assistant U.S. Attorney
16

      For Defendant Narog:   FRED HADDAD, ESQ.
17

      For Defendant Aldin:   CHARLES G. WHITE, ESQ.
18

      For Defendant Aquil:   PAUL GOODMAN, ESQ.
19

      For Defendant Fneiche: TIMOTHY BIASIELLO, ESQ.
20

      For Defendant El Haddad:JOHN R. HOWES, ESQ.
21

      For Defendant Samhan:  RICHARD A. HAMAR, ESQ.
22

23    Court Reporter:        Pauline A. Stipes, C.S.R., C.M.

24                        PAULINE A. STIPES
                          Official Reporter
25                       U. S. District Court