1             IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2                    NORTHERN DIVISION

3

4   UNITED STATES OF AMERICA,  ) Docket No.
                               ) 00-6211-CR-HURLEY
5                   Plaintiff, )
    vs.                        ) West Palm Beach, Florida
6                              ) March 8, 2002
    THOMAS NAROG,              )
7   RABEH EL HADDAD, and       )
    MOHAMMED SAMHAN, et al.,   ) Volume 20
8                              )
                   Defendants. )
9   _____ x

10

11          COURT REPORTER'S TRANSCRIPT OF
            TESTIMONY AND PROCEEDINGS HAD BEFORE
12        JUDGE DANIEL T. K. HURLEY AND A JURY

13

14  APPEARANCES:

    For the Government:     THOMAS O'MALLEY, ESQ.
15                          WILLIAM T. ZLOCH, ESQ.
                            Assistant U.S. Attorney
16

    For Defendant Narog:    FRED HADDAD, ESQ.
17

    For Defendant Aldin:    CHARLES G. WHITE, ESQ.
18

    For Defendant Aquil:    PAUL GOODMAN, ESQ.
19

    For Defendant Fneiche:  TIMOTHY BIASIELLO, ESQ.
20

    For Defendant El Haddad:JOHN R. HOWES, ESQ.
21

    For Defendant Samhan:   RICHARD A. HAMAR, ESQ.
22

23  Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

24                     PAULINE A. STIPES
                        Official Reporter
25                   U. S. District Court