```
1            IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2                    NORTHERN DIVISION

3

4   UNITED STATES OF AMERICA, ) Docket No.
                              ) 00-6211-CR-HURLEY
5             Plaintiff,      )
    vs.                       ) West Palm Beach, Florida
6                             ) March 11, 2002
    THOMAS NAROG,             )
7   RABEH EL HADDAD, and      )
    MOHAMMED SAMHAN, et al.,  ) VOLUME 21
8                             )
              Defendants.     )
9   _____x

10

11         COURT REPORTER'S TRANSCRIPT OF
         TESTIMONY AND PROCEEDINGS HAD BEFORE
12       JUDGE DANIEL T. K. HURLEY AND A JURY

13

    APPEARANCES:
14
    For the Government:     THOMAS O'MALLEY, ESQ.
15                          WILLIAM T. ZLOCH, ESQ.
                            Assistant U.S. Attorney
16
    For Defendant Narog:    FRED HADDAD, ESQ.
17
    For Defendant Aldin:    CHARLES G. WHITE, ESQ.
18
    For Defendant Aquil:    PAUL GOODMAN, ESQ.
19
    For Defendant Fneiche:  TIMOTHY BIASIELLO, ESQ.
20
    For Defendant El Haddad:JOHN R. HOWES, ESQ.
21
    For Defendant Samhan:   RICHARD A. HAMAR, ESQ.
22

23  Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

24                          PAULINE A. STIPES
                             Official Reporter
25                          U. S. District Court
```