105.00
7/6454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 00-6211-CR-HURLEY/VITUNAC |
| Plaintiff, ) | |
| v. ) | |
| MOHAMMAD SAMHAN ) | |
| Defendant. ) | |

**NOTICE OF APPEAL/PRO PER**

The Defendant, MOHAMMAD SAMHAN, herein files this Notice of Appeal pro per, appealing from the Judgment, Conviction on each count for which he was convicted, including Counts 11, 12 and 14 and Sentence on June 7, 2002.

Respectfully Submitted by,

_____
MOHAMMAD SAMHAN, PRO PER
REG NO. 55410-004
SOUTH 10 D - 3406
PALM BEACH DETENTION CENTER
3228 GUN CLUB RD.
WEST PALM BEACH, FL 33406

## PROOF OF SERVICE

I, Richard A. Hamar, declare: I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 2437 Briarcrest Road, Beverly Hills, CA 90210.

On June 7, 2002, I mailed the Defendant's Pro Per Notice of Appeal to William Zlock (who will represent the Government at sentencing on June 7, 2002), Assistant United States Attorney, located at 701 Clematis Street, West Palm Beach, Florida 33401. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
RICHARD A. HAMAR