UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-6211 CR  DTK lt

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MOHAMMED SAMHAN,

Defendant.

_____/

## NOTICE OF APPEARANCE AS ATTORNEY OF RECORD

I HEREBY ENTER my appearance as attorney of record on behalf of the Defendant in the above-styled cause and request that I be notified of all hearing dates therein.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 20TH day of June, 2002 to: Clerk of Court located at 701 Clematis Street, Suite 402, West Palm Beach, Florida 33401.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
Courthouse Square, Suite 201
200 Southeast Sixth Street
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
JEFFREY M. VOLUCK, ESQUIRE
FLORIDA BAR NO.: 0113750