UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MOHAMMAD SAMHAN,
    Defendant.
_____/


FILED by _____ D.C.
JUN 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

**THIS MATTER** come before the court upon motion from counsel representing the above named defendant to be relieved of further responsibilities of representing the defendant; for the defendant to be declared indigent for purpose of appeal; and for appointment of appellate counsel. In accord with 11th Cir. R. Addendum Four, 11th Cir. Plan Under the Criminal Justice Act (b)(2), this court is required to conduct an <u>in camera</u> evidentiary hearing to determine whether appellant is indigent and financially unable to retain counsel for his appeal. The court is further required to inquire of appellant (and if necessary, of her counsel and anyone else involved in the payment of counsel's fees) as to her present financial circumstances. Such inquiry should cover the amount paid to retained counsel for fees and expenses and the amount, if any, still owing to counsel. The district court shall determine whether the fees counsel received were in excess of what would constitute a reasonable fee under the circumstances and submit its findings of fact and conclusions of law and a copy of the transcript of the <u>in camera</u> proceedings to the appellate court. For that reason, it is

    **ORDERED and ADJUDGED:**

    1. The motion is referred to United States Magistrate Judge Ann E. Vitunac for proposed findings and recommended disposition. The Magistrate shall conduct an <u>in camera</u> evidentiary

hearing and provide the court with a recommended disposition.

    2. Counsel shall send copies of all relevant pleadings and filings directly to the above referenced Magistrate Judge when filed with the court.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 27th day of June, 2002.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Thomas O'Malley
Richard A. Hamar, Esq.

                          Daniel T. K. Hurley
                          United States District Judge