```
                IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                        NORTHERN DIVISION


UNITED STATES OF AMERICA,  ) Docket No.
                           ) 00-6211-CR-HURLEY
            Plaintiff,     )
vs.                        ) West Palm Beach, Florida
                           ) June 7, 2002
THOMAS NAROG,              )
                           ) VOLUME 27
            Defendant.     )
_____x


             COURT REPORTER'S TRANSCRIPT OF
          TESTIMONY AND PROCEEDINGS HAD BEFORE
          JUDGE DANIEL T. K. HURLEY AND A JURY



APPEARANCES:

For the Government:    THOMAS O'MALLEY, ESQ.
                       WILLIAM T. ZLOCH, ESQ.
                       Assistant U.S. Attorney


For Defendant Samhan:  RICHARD A HAMAR, ESQ.


Court Reporter:        Pauline A. Stipes, C.S.R., C.M.




                    PAULINE A. STIPES
                    Official Reporter
                   U. S. District Court
```