UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211 CR HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAM,

    Defendant.
_____/

FILED by ___ D.C.
NOV - 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ~~PROPOSED~~ ORDER FOR RELEASE PENDING THE DIRECT APPEAL WITH MEMORNDUM OF LAW

**THIS MATTER** is before the Court, upon the Defendant's Motion for Release Pending The Direct Appeal With Memorandum of Law. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Release Pending The Direct Appeal With Memorandum of Law be and the same is hereby

_DENIED._

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 30th day of Oct., 2002.

    Daniel T. K. Hurley
    UNITED STATES DISTRICT JUDGE

Copies furnished: