# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

CLARENCE MADDOX,
CLERK OF COURT

Date: **February 3, 2003**

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
56 Forsyth Street, N. W.
Atlanta, GA. 30303

| IN RE: | | |
|---|---|---|
| | District Court No: | 00-6211-CR-DTKH |
| | Appeal Court No: | 02-13437-A |
| | Style:   USA   V.   NAROG, et al | |

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

| | | | |
|---|---|---|---|
| 5 | Volume(s) of pleadings; | | |
| 35 | Volume(s) of transcripts; | | |
| x | Exhibits: | _____ boxes; | _____ folders; |
| | | _____ envelopes; | _____ other; |
| | | 4 PSIs | |
| x | Other: Twenty-Three (23) Sealed Enevelopes | | |

Sincerely,

CLARENCE MADDOX, , Clerk of Court

By: _Marjorie R. Rotate_
        Deputy Clerk
Attachment
C: Court file

699
mrr

```
                                                           AEV    PRIOR
                                                           APPEAL INTERP
                    U.S. District Court
          Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6211-ALL

USA v. Narog, et al                                    Filed: 08/01/00

Other Dkt # 0:00-m -04190
Other Dkt # 0:00-m -04189
Other Dkt # 0:00-m -04188

Case Assigned to:  Judge Daniel T. K. Hurley
```

| | |
|---|---|
| THOMAS NAROG (1) , Address: 8<br>Castle Harbor Isle Ft.<br>Lauderdale FL. 33308<br>    defendant<br>  [term  06/17/02] | Alvin Ernest Entin<br>  [term  06/17/02]<br>FTS 767-8343<br>[COR LD NTC cja]<br>Entin Margules & Della Fera<br>110 SE 6th Street<br>Suite 1970 Auto Nation Tower<br>Fort Lauderdale, FL 33301<br>954-761-7201<br><br>Fred Haddad<br>  [term  06/17/02]<br>FTS 760-4421<br>954-467-6767<br>[COR LD NTC ret]<br>Fred Haddad<br>1 Financial Plaza<br>Suite 2612<br>Fort Lauderdale, FL 33394<br>954-467-6767 |

| Pending Counts: | Disposition |
|---|---|
| 21:846=CM.F CONSPIRACY<br>MANUFACTURE CONTRL SUBST<br>(1rs) | imprisonment 235 months as to<br>each of counts and supervised<br>release 36 months<br>(1rs) |
| 21:846=CM.F CONSPIRACY<br>MANUFACTURE CONTRL SUBST<br>(2rs) | imprisonment 235 months to be<br>served concurrently with<br>counts 1 and 3-14; supervised<br>release 60 months to be<br>served concurrently with counts<br>1 and 3-14<br>(2rs) |
| 21:841D=CM.F CONTROLLED<br>SUBSTANCE - MANUFACTURE | imprisonment 235 months as to<br>each of counts and supervised |

Docket as of January 31, 2003 8:51 am                    Page 2

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
                    Deputy Clerk
Date  2/3/03

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
(3rs - 5rs)                          release 36 months
                                     (3rs - 5rs)

21:841D=CM.F CONTROLLED              imprisonment 235 months as to
SUBSTANCE - MANUFACTURE              each of counts and supervised
(6rs)                                release 36 months
                                     (6rs)

21:841D=CM.F CONTROLLED              imprisonment 235 months as to
SUBSTANCE - MANUFACTURE              each of counts and supervised
(7rs)                                release 36 months
                                     (7rs)

21:841D=CM.F CONTROLLED              imprisonment 235 months as to
SUBSTANCE - MANUFACTURE              each of counts and supervised
(8rs)                                release 36 months
                                     (8rs)

21:841D=CM.F CONTROLLED              imprisonment 235 months as to
SUBSTANCE - MANUFACTURE              each of counts and supervised
(9rs - 14rs)                         release 36 months
                                     (9rs - 14rs)


Offense Level (opening): 4


Terminated Counts:                        Disposition

21:846=CD.F CONSPIRACY               dismissed
DISTRIBUTE CONTRL SUBST              (1)
(1)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (2)
(2)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (3)
(3)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (4)
(4)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (5)
(5)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (6)
(6)
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR  APPEAL
                                                               INTERP

21:841D=CM.F CONTROLLED           dismissed
SUBSTANCE - MANUFACTURE Counts    (7)
1-7   include Forfeiture
pursuant to 21 USC 853 as to
all          defendants.
(7)


Offense Level (disposition): 4




Complaints                        Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]



========================
Case Assigned to:  Judge Daniel T. K. Hurley

GHANDI JABER (2)                  Jack Alan Goldberger
     defendant                    [COR LD NTC ret]
                                  Atterbury Goldberger &
                                  Richardson
                                  250 Australian Avenue South
                                  Suite 1400
                                  West Palm Beach, FL 33401-5012
                                  561-659-8300

                                  Glenn Seiden
                                  FTS 236-5498
                                  312-236-3060
                                  Suite 1200
                                  [COR LD NTC ret]
                                  20 N Clark Street
                                  Chicago, IL 60602-3105


Pending Counts:                   Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)
```

```
Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP
```

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(3)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(4)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(8rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(10rs - 11rs)

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints                           Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]


========================

```
Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al                    PRIOR   AEV
                                                              APPEAL
                                                              INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

AHMAD ALMASRI (3) , Language:        Howard Leslie Greitzer
Arabic                                [term  04/05/01]
      defendant                      FTS 763-4856
 [term  11/30/02]                    [COR LD NTC cja]
                                     Lyons & Sanders
                                     600 NE 3rd Avenue
                                     Fort Lauderdale, FL 33304
                                     954-467-8700

                                     Francis Wesley Blankner, Sr.
                                      [term  11/30/02]
                                     [COR LD NTC ret]
                                     Katz Jaeger & Blankner
                                     217 E Ivanhoe Boulevard N
                                     Orlando, FL 32804
                                     407-894-0341

                                     Richard Douglas Docobo
                                      [term  11/30/02]
                                     FTS 326-0219
                                     305-326-0330
                                     [COR LD NTC ret]
                                     1571 NW 13th Court
                                     Miami, FL 33125

                                     Mark E. NeJame
                                      [term  11/30/02]
                                     FTS 245-2980
                                     407-245-1232
                                     Suite 304
                                     [COR LD NTC ret]
                                     1 S Orange Avenue
                                     Orlando, FL 32801

Pending Counts:                          Disposition

21:846=CM.F CONSPIRACY               Imprisonment 78 months;
MANUFACTURE CONTRL SUBST             supervised release 3 years
(1rs)                                (1rs)


Offense Level (opening): 4
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP
```

Terminated Counts:                     Disposition

21:846=CD.F CONSPIRACY          dismissed
DISTRIBUTE CONTRL SUBST         (1)
(1)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (4)
(4)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (10rs)
(10rs)


Offense Level (disposition): 4



Complaints                             Disposition

21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4189 ]


========================

Docket as of January 31, 2003 8:51 am          Page 6

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                       PRIOR  APPEAL
                                                                INTERP

Case Assigned to:  Judge Daniel T. K. Hurley

NADIA ALMASRI (4) , Language:       Robert E. Adler
Arabic    Address: 925 Fenton        [term  04/26/02]
Lane #4, Lakeland, Fl.33809         FTS 833-0368
DOB: 11/21/64 Prisoner #:           [COR LD NTC pda]
39192-018                           Public Defender
    defendant                        [term  03/21/01]
  [term  04/26/02]                  FTS 833-0368
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    400 Australian Avenue N
                                    Suite 300
                                    West Palm Beach, FL 33401-5634
                                    561-833-6288

                                    Richard Douglas Docobo
                                     [term  03/21/01]
                                    FTS 326-0219
                                    305-326-0330
                                    [COR LD NTC ret]
                                    1571 NW 13th Court
                                    Miami, FL 33125


Pending Counts:                          Disposition

18:371.F CONSPIRACY TO DEFRAUD       Probation 2 years; Assessed $
THE UNITED STATES                    100.00
(1rss)                               (1rss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

21:846=CD.F CONSPIRACY               dismissed
DISTRIBUTE CONTRL SUBST              (1)
(1)

21:846=CM.F CONSPIRACY               dismissed
MANUFACTURE CONTRL SUBST             (1rs)
(1rs)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (4)
(4)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (10rs)
(10rs)
```

```
Proceedings include all events.                                  AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP
```

Offense Level (disposition): 4


```
Complaints                          Disposition
```

21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4189 ]


========================

Case Assigned to:  Judge Daniel T. K. Hurley

MUTASEM AL-SALHI (5)
     defendant
  [term 03/13/01]


Pending Counts:

    NONE


```
Terminated Counts:                  Disposition
```

21:846=CD.F CONSPIRACY          dismissed
DISTRIBUTE CONTRL SUBST          (1)
(1)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE          (2)
(2)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE          (3)
(3)


Offense Level (disposition): 4



Complaints:

    NONE


Docket as of January 31, 2003 8:51 am              Page 8

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
========================

Case Assigned to:  Judge Daniel T. K. Hurley

SABER ABDELMUTI (6) , Address:    Theodore Willard Weeks, IV
432 South Road Lakeland, FL.      [term  04/04/02]
33809 Language: Arabic DOB:       FTS 683-7462
12/5/59                           [COR LD NTC ret]
     defendant                    Lane Trohn Bertrand & Vreeland
     [term  04/04/02]             1 Lake Morton Drive
                                  PO Box 3
                                  Lakeland, FL 33802-0003
                                  941-284-2200


Pending Counts:                        Disposition

21:846=CM.F CONSPIRACY            Imprisonment 1 year and 1 day;
MANUFACTURE CONTRL SUBST          supervised release 2 years;
(1rs)                             assessed $ 100.00
                                  (1rs)


Offense Level (opening): 4


Terminated Counts:                     Disposition

21:846=CD.F CONSPIRACY            dismissed
DISTRIBUTE CONTRL SUBST           (1)
(1)

21:841D=CM.F CONTROLLED           dismissed
SUBSTANCE - MANUFACTURE           (4)
(4)

21:841D=CM.F CONTROLLED           dismissed
SUBSTANCE - MANUFACTURE           (10rs)
(10rs)


Offense Level (disposition): 4




Complaints:

    NONE


========================


Docket as of January 31, 2003 8:51 am          Page 9
```

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP

Case Assigned to: Judge Daniel T. K. Hurley
```

| | |
|---|---|
| RAED NASER ALDIN (7) ,<br>Language: Arabic<br>   defendant<br> [term  11/12/02] | Charles Garret White<br> [term  11/12/02]<br>FTS 914-0166<br>[COR LD NTC ret]<br>Charles G. White<br>1031 Ives Dairy Road<br>Suite 228<br>Miami, FL 33179-3455<br>305-914-0160 |

| Pending Counts: | Disposition |
|---|---|
| 21:846=CM.F CONSPIRACY<br>MANUFACTURE CONTRL SUBST<br>(1rs) | Imprisonment 78 months as to<br>each count of the redacted<br>indictment to be served<br>concurrently; Supervised<br>Release 36  months as to each<br>count of the redacted<br>indictment to be     served<br>concurrently<br>(1rs) |
| 21:841D=CM.F CONTROLLED<br>SUBSTANCE - MANUFACTURE<br>(11rs) | Imprisonment 78 months as to<br>each count of the redacted<br>indictment to be served<br>concurrently; Supervised<br>Release 36  months as to each<br>count of the redacted<br>indictment to be     served<br>concurrently<br>(11rs) |

```
Offense Level (opening): 4
```

| Terminated Counts: | Disposition |
|---|---|
| 21:846=CD.F CONSPIRACY<br>DISTRIBUTE CONTRL SUBST<br>(1) | dismissed<br>(1) |
| 21:841D=CM.F CONTROLLED<br>SUBSTANCE - MANUFACTURE<br>(5) | dismissed<br>(5) |

```
Offense Level (disposition): 4
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP
```

Complaints                              Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]


========================

Case Assigned to:  Judge Daniel T. K. Hurley

NABIL AQUIL (8) , Address: 837       Paul Goodman
Sunrise Place Roselle,                 [term  04/01/02]
Illinois 60172 DOB: 2/16/62          FTS 236-5498
Prisoner # 20047-424                 312-236-3060
    defendant                        Suite 1015
  [term  04/01/02]                   [COR LD NTC ret]
                                     33 North Dearborn Street
                                     Chicago, IL 60602-3105


Pending Counts:

    NONE


Terminated Counts:                      Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY              acquittal
MANUFACTURE CONTRL SUBST           (1rs)
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED            acquittal
SUBSTANCE - MANUFACTURE           (11rs)
(11rs)


Offense Level (disposition): 4

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR  APPEAL
                                                               INTERP
```

Complaints                              Disposition

```
21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4190 ]
```

```
========================
```

Case Assigned to:  Judge Daniel T. K. Hurley

```
NIZAR FNEICHE (9) , Address:       Timothy Biasiello
6021 North Sacramento Chicago,     FTS 853-0507
IL. 60659 DOB: 2/16/76 and         312-853-0343
Prisoner # 20046-424               Suite 1015
     defendant                     [COR LD NTC ret]
  [term  06/17/02]                 33 North Dearborn Street
                                   Chicago, IL 60602-3105
```

Pending Counts:                          Disposition

```
21:841D=CM.F CONTROLLED            Imprisonment 63 months;
SUBSTANCE - MANUFACTURE            supervised release 3 years
(11rs)                             (11rs)
```

Offense Level (opening): 4

Terminated Counts:                       Disposition

```
21:846=CD.F CONSPIRACY             dismissed
DISTRIBUTE CONTRL SUBST            (1)
(1)

21:846=CM.F CONSPIRACY             aquitted
MANUFACTURE CONTRL SUBST           (1rs)
(1rs)

21:841D=CM.F CONTROLLED            dismissed
SUBSTANCE - MANUFACTURE            (5)
(5)
```

Offense Level (disposition): 4

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP
```

Complaints                              Disposition

```
21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4190 ]
```

========================

Case Assigned to:  Judge Daniel T. K. Hurley

MOTLAQ JABER (10)
     defendant

Pending Counts:                         Disposition

```
21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(3)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(8rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(11rs)
```

Offense Level (opening): 4

Docket as of January 31, 2003 8:51 am                Page 13

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al               PRIOR  APPEAL
                                                         INTERP
```

Terminated Counts:

    NONE


Complaints                              Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]


========================

Case Assigned to:  Judge Daniel T. K. Hurley

TEREK ZAKI ABU-LAWI (11)
    defendant

Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
```

     NONE


========================

Case Assigned to:  Judge Daniel T. K. Hurley

```
RABAH EL HADDAD (12) ,              Howard Milton Srebnick
Address: 17112 SW 143 Place         FTS 358-2006
Miami 33177                         [COR LD NTC tmp]
     defendant                      Black Srebnick Kornspan &
                                    Stumpf
                                    201 S Biscayne Boulevard
                                    Suite 1300
                                    Miami, FL 33131
                                    305-371-6421

                                    Alvin Ernest Entin
                                    FTS 767-8343
                                    [COR LD NTC cja]
                                    Entin Margules & Della Fera
                                    110 SE 6th Street
                                    Suite 1970 Auto Nation Tower
                                    Fort Lauderdale, FL 33301
                                    954-761-7201

                                    John Robert Howes
                                    FTS 462-2255
                                    [COR LD NTC ret]
                                    John R. Howes
                                    Trial Lawyers Building
                                    633 SE 3rd Avenue
                                    Suite 4R
                                    Fort Lauderdale, FL 33302
                                    954-763-6003
```

Pending Counts:                     Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(2rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE

```
Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR  APPEAL
                                                                INTERP
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(11rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(12rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(14rs)


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints                          Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]



========================
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR  APPEAL
                                                                  INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

ZUHAIR MAHUMUD RABEI (13) ,          Randee J. Golder
Language: Arabic Address: 2131        [term  04/04/02]
Meridian Apt. 130 Tallahassee,       FTS 752-9889
FL 32303 DOB: 11/29/87               [COR LD NTC cja]
Prisoner # 88691-079                 PO Box 243756
     defendant                       Boynton Beach, FL 33424-3756
  [term  04/04/02]                   561-752-9890


Pending Counts:                            Disposition

21:846=CM.F CONSPIRACY               Imprisonment for a term of time
MANUFACTURE CONTRL SUBST             served; Supervised Release    2
(1s)                                 years; Assessed $ 100.00
                                     (1s)


Offense Level (opening): 4


Terminated Counts:                         Disposition

21:846=CD.F CONSPIRACY               dismissed
DISTRIBUTE CONTRL SUBST              (1)
(1)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (4)
(4)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (10s)
(10s)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al            PRIOR  APPEAL
                                                     INTERP
Case Assigned to:  Judge Daniel T. K. Hurley
```

MOHAMMED SAMHAN (14) , 12901
SW 60th Street, Miami, Florida
33183
    defendant
 [term  06/17/02]

Leonard Paul Fenn
 [term  02/20/01]
FTS 444-0913
305-448-7200
[COR LD ret]
DeFabio & Fenn
2121 Ponce de Leon Boulevard
Suite 430
Coral Gables, FL 33134
305-448-7200

Maria Rivas Hamar
 [term  06/17/02]
FTS 550-0461
[COR LD NTC ret]
Richard A. Hamar
 [term  06/17/02]
FTS 550-0461
[COR LD NTC ret]
Hamar & Hamar
9454 Wilshire Boulevard
Penthouse Gardens
Beverly Hills, CA 90212
310-550-0460

Jeffrey M. Voluck
FTS 779-3908
[COR LD NTC ret]
Jeffrey M. Voluck
200 SE 6th Street
Suite 201
Fort Lauderdale, FL 33301
954-467-8989

| Pending Counts: | Disposition |
| --- | --- |
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (11rs) | imprisonment 78 months as to each count and supervised release 36 months as to each count to be served concurrently; assessed $ 300.00; fined $ 10,000.00 (11rs) |
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (12rs) | imprisonment 78 months as to each count and supervised release 36 months as to each count to be served concurrently; assessed $ 300.00; fined $ 10,000.00 (12rs) |

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP
```

| | |
|---|---|
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (14rs) | imprisonment 78 months as to each count and supervised release 36 months as to each count to be served concurrently; assessed $ 300.00; fined $ 10,000.00 (14rs) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 21:846=CD.F CONSPIRACY DISTRIBUTE CONTRL SUBST (1) | dismissed (1) |
| 21:846=CM.F CONSPIRACY MANUFACTURE CONTRL SUBST (1rs) | aquitted (1rs) |
| 21:846=CM.F CONSPIRACY MANUFACTURE CONTRL SUBST (2rs) | aquitted (2rs) |
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (5) | dismissed (5) |
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (6) | dismissed (6) |

Offense Level (disposition): 4

| Complaints | Disposition |
|---|---|
| 21:841,846 Conspiracy to PWID pseudoephedrine, used to manufacture methamphetamine. [ 0:00-m -4188 ] | |

```
Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
```

Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE



Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE


U. S. Attorneys:

    Laurence M. Bardfeld, AUSA
     [term  09/24/01]
    Below Address Terminated on 12/18/02
    FTS 356-7336
    954-356-7255
    [COR LD NTC]
    Thomas Anthony O'Malley
    FTS 356-7336
    954-356-7255
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

    PTS Officer

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

    561-803-3460
    [COR LD NTC]
    Pretrial Services Office
    701 Clematis Street
    Room 221
    West Palm Beach, FL 33401
    561-803-3460

    Probation Officer
    FTS 655-1049
    561-804-6894
    [COR LD NTC]
    United States Probation Office
    501 S Flagler Drive
    Suite 400
    West Palm Beach, FL 33401-5912
    561-804-6894
```

*Begin Vol #1*

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                       PRIOR   APPEAL
                                                                 INTERP
```

7/29/00  (1)      COMPLAINT as to Thomas Narog, Ghandi Jaber, Motlaq Jaber,
                  Rabah El Haddad, Mohammed Samhan, Raed Naser Aldin
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00   2       ARREST WARRANT issued as to Motlaq Jaber .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00  (3)      ARREST WARRANT issued as to Raed Naser Aldin .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00   4       ARREST WARRANT issued as to Rabah El Haddad .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/30/00   --      ARREST of Thomas Narog, Ghandi Jaber, Mohammed Samhan
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  (1)      COMPLAINT as to Nabil Aquil, Nizar Fneiche
                  [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]

7/31/00   1       COMPLAINT as to Ahmad Almasri, Nadia Almasri
                  [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00   2       ARREST WARRANT issued as to Nabil Aquil .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]

7/31/00   2       ARREST WARRANT issued as to Ahmad Almasri .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00   3       ARREST WARRANT issued as to Nadia Almasri .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00  (3)      ARREST WARRANT issued as to Nizar Fneiche .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]
```

Vol #1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                              INTERP
```

7/31/00   (5)      ORDER on Initial Appearance as to Thomas Narog Bond set to
                   PTD Requested . Arraignment set for 11:00 8/10/00 ; Report
                   re counsel set for 11:00 8/10/00 ; Detention hearing set
                   for 10:00 8/8/00 before Magistrate Barry S. Seltzer, ,
                   ( Signed by Magistrate Barry S. Seltzer on 7/31/00) Tape #
                   00-061 CCAP
                   [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00    6       ORDER on Initial Appearance as to Ghandi Jaber Bond set to
                   PTD Requested. Arraignment set for 11:00 8/10/00 ; Report
                   re counsel set for 10:00 8/8/00; Detention hearing set for
                   10:00 8/8/00 before Magistrate Barry S. Seltzer, , (
                   Signed by Magistrate Barry S. Seltzer on 7/31/00) Tape #
                   00-061 CCAP
                   [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00   (7)      ORDER on Initial Appearance as to Mohammed Samhan Bond set
                   to PTD Requested . Arraignment set for 11:00 8/10/00 ;
                   Report re counsel set for 11:00 8/10/00; Detention hearing
                   set for 10:00 8/3/00 before Magistrate Barry S. Seltzer,
                   ,  ( Signed by Magistrate Barry S. Seltzer on 7/31/00)
                   Tape # 00-061 CCAP
                   [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00   (8)      Minutes of Initial Appearance held on 7/31/00  before
                   Magistrate Barry S. Seltzer as to Thomas Narog ; Defendant
                   advised of charges, temp. retained Atty. Martin Jaffee, IRC
                   -Arraignment set 8/10/00, PTD set 8/8/00. Court Reporter
                   Name or Tape #: 00-061
                   [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00    9       Minutes of Initial Appearance held on 7/31/00  before
                   Magistrate Barry S. Seltzer as to Ghandi Jaber ; Defendant
                   advised of charges, Atty. Richard Rosenbaum temp. retained,
                   IRC/PTD set 8/8/00, arraignment 8/10/00. Court Reporter
                   Name or Tape #: 00-061
                   [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00   (10)     Minutes of Initial Appearance held on 7/31/00  before
                   Magistrate Barry S. Seltzer as to Mohammed Samhan ;
                   Defendant advised of charges, Atty. Jose Puig temp.
                   retained, IRC/Arraignment set 8/10/00. PTD 8/3/00. Court
                   Reporter Name or Tape #: 00-061
                   [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00   (11)     NOTICE of temp. appearance of Atty. Jose Puig as to
                   Mohammed Samhan
                   [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00    --      ARREST of Ahmad Almasri, Nadia Almasri in Middle District of
                   Florida (kw) [Entry date 08/10/00] [Edit date 08/14/00]


Docket as of January 31, 2003 8:51 am                    Page 23
```

Vol #1 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP

8/1/00   (12)   INDICTMENT as to Thomas Narog (1) count(s) 1, 2, 3, 4, 5,
                6, 7, Ghandi Jaber (2) count(s) 1, 2, 3, 4, 5, Ahmad
                Almasri (3) count(s) 1, 4, Nadia Almasri (4) count(s) 1, 4,
                Mutasem Al-Salhi (5) count(s) 1, 2, 3, Saber Abdelmuti (6)
                count(s) 1, 4, Raed Naser Aldin (7) count(s) 1, 5, Nabil
                Aquil (8) count(s) 1, 5, Nizar Fneiche (9) count(s) 1, 5,
                Motlaq Jaber (10) count(s) 1, 2, 3, 5, Terek Zaki Abu-Lawi
                (11) count(s) 1, 2, Rabah El Haddad (12) count(s) 1, 5, 6,
                Zuhair Mahumud Rabei (13) count(s) 1, 4, Mohammed Samhan
                (14) count(s) 1, 5, 6 (Criminal Category 3) (pb)
                [Entry date 08/02/00]

8/1/00   13     ARREST WARRANT issued as to Mutasem Al-Salhi .    Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 08/02/00]

8/1/00   14     ARREST WARRANT issued as to Saber Abdelmuti .    Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 08/02/00]

8/1/00   (15)   ARREST WARRANT issued as to Raed Naser Aldin .    Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 08/02/00]

8/1/00   16     ARREST WARRANT issued as to Motlaq Jaber .    Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 08/02/00]

8/1/00   17     ARREST WARRANT issued as to Terek Zaki Abu-Lawi . Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 08/02/00]

8/1/00   18     ARREST WARRANT issued as to Zuhair Mahumud Rabei . Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 08/02/00]

8/1/00   --     Magistrate identification:  Magistrate Judge Ann E. Vitunac
                (pb) [Entry date 08/02/00]

8/3/00   (19)   Minutes of Pretrial Detention Hearing held on 8/3/00
                before Magistrate Barry S. Seltzer as to Mohammed Samhan ;
                Court Tape #: oo-062-PG# 1 453-1510 (pa)
                [Entry date 08/04/00]

8/3/00   (20)   NOTICE of filing exhibit see attached, by Debbie Donvan CRD
                for Magistrate Judge Barry S. Seltzer for defendant
                Mohammed Samhan (pa) [Entry date 08/04/00]

8/7/00   (24)   ORDER OF DETENTION as to Mohammed Samhan ( Signed by
                Magistrate Barry S. Seltzer on 8/4/00)  CCAP (kw)
                [Entry date 08/10/00]

Vol # 1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                PRIOR  APPEAL
                                                          INTERP
```

8/8/00    22    Minutes of report re: counsel & pretrial detention held on
                8/8/00 before Ch. Magistrate Judge Linnea R. Johnson as to
                Ghandi Jaber ; Tape #: LRJ-00-67-329/2550 67 68-1, 69-1 (kw)
                [Entry date 08/10/00]

8/8/00    --    Detention hearing as to Ghandi Jaber  held (kw)
                [Entry date 08/10/00]

8/8/00    (23)   Minutes of pretrial detention held on 8/8/00  before Ch.
                Magistrate Judge Linnea R. Johnson as to Thomas Narog ;
                Court Reporter Name or Tape #: LRJ-00-67-329/2550 67, 68-1,
                69-1 (kw) [Entry date 08/10/00]

8/8/00    --    Detention hearing as to Thomas Narog  held (kw)
                [Entry date 08/10/00]

8/8/00    25    MOTION by Ghandi Jaber for Glenn Seiden to appear pro hac
                vice (kw) [Entry date 08/11/00]

8/8/00    27    AFFIDAVIT as to Ghandi Jaber  Re: [25-1] motion for Glenn
                Seiden to appear pro hac vice (kw) [Entry date 08/11/00]

8/9/00    26    ORDER as to Ghandi Jaber  granting [25-1] motion for Glenn
                Seiden to appear pro hac vice as to Ghandi Jaber (2) (
                Signed by Ch. Magistrate Judge Linnea R. Johnson on 8/8/00)
                CCAP [EOD Date: 8/11/00] CCAPΔ (kw) [Entry date 08/11/00]

8/9/00    28     Arrest WARRANT Returned Executed as to Rabah El Haddad on
                8/8/00 (kw) [Entry date 08/11/00]

8/9/00    --    ARREST of Rabah El Haddad (kw) [Entry date 08/11/00]

8/10/00   21    Rule 40 Documents as to Ahmad Almasri, Nadia Almasri
                received from Middle District of Florida (kw)
                [Entry date 08/10/00]

8/10/00   (29)   Minutes of report re: counsel & arraignment held on 8/10/00
                before Ch. Magistrate Judge Linnea R. Johnson as to
                Mohammed Samhan ;  Court Reporter Name or Tape #:
                LRJ-00-69-1277 (kw) [Entry date 08/11/00]

8/10/00   --    Status conference as to Mohammed Samhan  set at 9:30
                9/11/00 for Mohammed Samhan   before Ch. Magistrate Judge
                Linnea R. Johnson (kw) [Entry date 08/11/00]

8/10/00   (30)   ORDER on Hearing to Report Re Counsel as to Thomas Narog
                Counsel by reset to 9:30 8/15/00 for Thomas Narog  before
                Ch. Magistrate Judge Linnea R. Johnson  ( Signed by Ch.
                Magistrate Judge Linnea R. Johnson on 8/10/00)  Tape #
                LRJ-00-67-329/2550/68-1/69-1  CCAP (kw)
                [Entry date 08/11/00]


Docket as of January 31, 2003 8:51 am              Page 25
```

Vol #1 Cont.

Proceedings include all events.                                            AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP

8/10/00  --      Deadline updated as to Thomas Narog,  set Arraignment for
                 9:30 8/15/00 for Thomas Narog  before Ch. Magistrate Judge
                 Linnea R. Johnson (kw) [Entry date 08/11/00]

8/10/00  (31)    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Mohammed Samhan   Status conference set for 9:30
                 9/11/00 for Mohammed Samhan  before Duty Magistrate (
                 Signed by Ch. Magistrate Judge Linnea R. Johnson on
                 8/10/00) CCAP [EOD Date: 8/11/00]   CCAP (kw)
                 [Entry date 08/11/00]

8/10/00  (32)    STANDING DISCOVERY ORDER as to Mohammed Samhan   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on 8/10/00)  CCAP (kw)
                 [Entry date 08/11/00]

8/10/00  (33)    NOTICE of Appearance for Mohammed Samhan by Attorney
                 Leonard Paul Fenn (kw) [Entry date 08/11/00]

8/10/00  (34)    ARRAIGNMENT INFORMATION SHEET for Mohammed Samhan (14)
                 count(s) 1, 5, 6   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 08/11/00]

8/10/00  35      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Ghandi Jaber    Status conference set for 9:30 8/8/00
                 for Ghandi Jaber   before Duty Magistrate ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on 8/8/00) CCAP [EOD
                 Date: 8/11/00]  CCAP (kw) [Entry date 08/11/00]

8/10/00  36      STANDING DISCOVERY ORDER as to Ghandi Jaber   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Ch. Magistrate
                 Judge Linnea R. Johnson on nunc pro tunc 8/8/00 signed on
                 8/10/00) CCAP (kw) [Entry date 08/11/00]

8/10/00  37      ARRAIGNMENT INFORMATION SHEET for Ghandi Jaber (2) count(s)
                 1, 2, 3, 4, 5   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (kw) [Entry date 08/11/00]

8/10/00  (38)    ORDER OF DETENTION as to Thomas Narog, Ghandi Jaber (
                 Signed by Ch. Magistrate Judge Linnea R. Johnson on
                 8/10/00) Tape # CCAP (kw) [Entry date 08/11/00]

8/11/00  39      ARREST WARRANT Returned Executed as to Nadia Almasri on
                 7/31/00 (pa) [Entry date 08/14/00]

8/15/00  --      Report Re Counsel  as to Thomas Narog held (pa)
                 [Entry date 08/15/00]

8/15/00  --      Deadline updated as to Thomas Narog,  status/discovery
                 conference set for 9:30 9/22/00 for Thomas Narog before
                 Magistrate Ann E. Vitunac (pa) [Entry date 08/15/00]

Vol #1 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP

8/15/00  (42)    NOTICE of Appearance for Thomas Narog by Attorney Fred
                 Haddad (pa) [Entry date 08/15/00]

8/15/00  (43)    ARRAIGNMENT INFORMATION SHEET for Thomas Narog (1) count(s)
                 1, 2, 3, 4, 5, 6, 7   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (pa) [Entry date 08/15/00]

8/15/00  (44)    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Thomas Narog   Status conference set for 9:30 9/22/00
                 for Thomas Narog   before Magistrate Ann E. Vitunac (
                 Signed by Magistrate Ann E. Vitunac on 8/15/00) CCAP [EOD
                 Date: 8/15/00]   CCAP (pa) [Entry date 08/15/00]

8/15/00  --      Deadline updated as to Thomas Narog, set status conference
                 for 9:30 9/22/00 before Magistrate Ann E. Vitunac (pa)
                 [Entry date 08/15/00]

8/15/00  (45)    STANDING DISCOVERY ORDER as to Thomas Narog   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Ann E.
                 Vitunac on 8/15/00)   CCAP (pa) [Entry date 08/15/00]

8/16/00  46      Minutes of initial hearing held on 8/16/00  before
                 Magistrate Ann E. Vitunac as to Nadia Almasri ; Tape #: AEV
                 00-56-288/768 (kw) [Entry date 08/17/00]

8/16/00  --      Initial appearance as to Nadia Almasri  held (Defendant
                 informed of rights.) (kw) [Entry date 08/17/00]

8/16/00  47      Minutes of initial hearing held on 8/16/00  before
                 Magistrate Ann E. Vitunac as to Ahmad Almasri ;  Court
                 Reporter Name or Tape #: AEV 00-56-832 (kw)
                 [Entry date 08/17/00]

8/16/00  --      Initial appearance as to Ahmad Almasri  held (Defendant
                 informed of rights.) (kw) [Entry date 08/17/00]

8/16/00  48      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Nadia Almasri   Status conference set for 9:30
                 9/18/00 for Nadia Almasri   before Magistrate Ann E.
                 Vitunac ( Signed by Magistrate Ann E. Vitunac on 8/16/00)
                 CCAP [EOD Date: 8/17/00]   CCAP (kw) [Entry date 08/17/00]

8/16/00  49      STANDING DISCOVERY ORDER as to Nadia Almasri   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Ann E.
                 Vitunac on 8/16/00)   CCAP (kw) [Entry date 08/17/00]

8/16/00  50      INTERPRETER required for Nadia Almasri   Language: Arabic
                 (kw) [Entry date 08/17/00]

8/16/00  51      NOTICE of Appearance for Ahmad Almasri by Attorney Mark E.
                 NeJame (kw) [Entry date 08/17/00]

Docket as of January 31, 2003 8:51 am                   Page 27

Vol #1 Cont.

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                        INTERP

8/16/00   52    NOTICE of Appearance for Nadia Almasri by Attorney Mark E.
                NeJame (kw) [Entry date 08/17/00]

8/16/00   53    ARRAIGNMENT INFORMATION SHEET for Nadia Almasri (4)
                count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (kw) [Entry date 08/17/00]

8/16/00   (54)   Arrest WARRANT Returned Executed as to Nizar Fneiche on
                8/3/00 (kw) [Entry date 08/17/00]

8/16/00   55    Arrest WARRANT Returned Executed as to Nabil Aquil on
                8/3/00 (kw) [Entry date 08/17/00]

8/16/00   --    Bond hearing as to Nadia Almasri  held (pa)
                [Entry date 08/18/00]

8/17/00   56    PERSONAL SURETY BOND entered by Nadia Almasri  in  Amount $
                50,000. Continued from M/D of Florida-Tampa Division.
                Approved by Magistrate Ann E. Vitunac. Surrender
                passports/travel documents; Do not apply for or receive any
                other travel documents. Report to PTS as follows: 1 X per
                week by phone & in person as directed. Additional
                conditions: All conditions as set in the M/D of
                Florida-Tampa Divion, are hereby adpted and remain in full
                force and effect. the M (pa) [Entry date 08/18/00]

8/17/00   57    ORDER on Initial Appearance as to Nadia Almasri Bond set to
                $50,000 PERSONAL SURETY Continued from M/D of Florida-Tampa
                , Mark E. Nejame appear as permanent counsel.
                Arraingment held and Bond hearing held(Signed by Magistrate
                Ann E. Vitunac on 8/16/00) Tape # AEV00-56-288-/768 CCAP (pa)
                [Entry date 08/18/00]

8/21/00   58    Rule 40 Documents as to Saber Abdelmuti received from
                Middle District of Florida (kw) [Entry date 08/21/00]

8/22/00   59    Arrest WARRANT Returned Executed as to Zuhair Mahumud
                Rabei on 8/3/00 (kw) [Entry date 08/22/00]

8/22/00   60    REPORT Commencing Criminal Action as to Nadia Almasri  DOB:
                11/21/64  Prisoner # 39192-018 (kw) [Entry date 08/22/00]

8/22/00   61    Arrest WARRANT Returned Executed as to Saber Abdelmuti on
                8/7/00 (kw) [Entry date 08/22/00]

8/22/00   62    Arrest WARRANT Returned Executed as to Mutasem Al-Salhi on
                8/3/00 (kw) [Entry date 08/22/00]

8/23/00   (64)   MOTION by Mohammed Samhan for disclosure of of general
                nature of evidence (kw) [Entry date 08/24/00]

8/23/00   67    MOTION by Rabah El Haddad for Pretrial Release (kw)
                [Entry date 08/25/00]

Vol #1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP
```

8/24/00   63        Minutes of initial hearing held on 8/24/00 before
                    Magistrate Ann E. Vitunac as to Ahmad Almasri, Nadia
                    Almasri Court Reporter Name or Tape #: AEV 00-60-1 (kw)
                    [Entry date 08/24/00]

8/24/00   65        INTERPRETER required for Ahmad Almasri    Language: Arabic
                    (kw) [Entry date 08/25/00]

8/25/00   66        ORDER as to Nadia Almasri for Appointment of Public
                    Defender for Garcia Hearing only ( Signed by Magistrate
                    Ann E. Vitunac on 8/24/00) CCAP [EOD Date: 8/25/00] CCAPΔ
                    (kw) [Entry date 08/25/00]

8/25/00   68         CSB cont. from M/D of FL. BOND entered by Ahmad Almasri
                    in Amount $ 50,000.00   Approved by Magistrate Ann E.
                    Vitunac Additional conditions: all conditions as set in the
                    Middle District of FL. remain in full force and effect (kw)
                    [Entry date 08/25/00]

8/25/00   69        ORDER on Initial Appearance as to Ahmad Almasri Bond set to
                    for Ahmad Almasri.   Arraignment set for 9:30 9/6/00 for
                    Ahmad Almasri ;   before Magistrate Ann E. Vitunac, ,
                    ( Signed by Magistrate Ann E. Vitunac on 8/24/00)  CCAP (kw)
                    [Entry date 08/25/00]

8/25/00  (70)       MOTION by Nizar Fneiche for Timothy Biasiello to appear
                    pro hac vice (kw) [Entry date 08/28/00]

8/25/00   --        Filing Fee Paid by Nizar Fneiche  FILING FEE $ 75.00
                    RECEIPT # 713046 (kw) [Entry date 08/28/00]

8/25/00   --        Filing Fee Paid by Nabil Aquil  FILING FEE $ 75.00  RECEIPT
                    # 713049 (kw) [Entry date 08/28/00]

8/25/00   82        ORDER on Initial Appearance as to Rabah El Haddad
                    Arraignment set for 10:00 9/5/00 for Rabah El Haddad ;
                    Report re counsel set for 10:00 9/5/00 for Rabah El Haddad
                    ; Detention hearing set for 10:00 9/5/00 for Rabah El Haddad
                    ;   before Duty Magistrate, , ( Signed by Magistrate
                    Judge William C. Turnoff  on 8/24/00) CCAP (kw)
                    [Entry date 08/30/00]

8/25/00   71        MOTION by Nabil Aquil for Paul Goodman to appear pro hac
                    vice (kw) [Entry date 09/20/00]

8/28/00   72        Clerk's receipt. Number: 713050 in the amount of $ 75.00
                    for Glenn Seiden's motion to appear pro hac vice by Ghandi
                    Jaber (kw) [Entry date 08/28/00]

8/28/00  (73)       Minutes of initial held on 8/28/00 before Ch. Magistrate
                    Judge Linnea R. Johnson as to Nizar Fneiche ; Court
                    Reporter Name or Tape #: LRJ-00-80-170 (kw)
                    [Entry date 08/28/00]

Docket as of January 31, 2003 8:51 am                   Page 29

Vol #1 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

8/28/00   74    Minutes of initial held on 8/28/00  before Ch. Magistrate
                Judge Linnea R. Johnson as to Nabil Aquil ; Court Reporter
                Name or Tape #: LRJ-00-80-68 (kw) [Entry date 08/28/00]

8/28/00   76     PSB BOND entered by Nizar Fneiche  in  Amount $ 75,000.00
                Approved by Ch. Magistrate Judge Linnea R. Johnson . Report
                to PTS as follows: 1 time a week by phone and 1 time a month
                in person Additional conditions: comply with the following
                conditions set by Illinois (kw) [Entry date 08/29/00]
                [Edit date 08/29/00]

8/28/00   77     PSB BOND entered by Nabil Aquil  in  Amount $ 75,000.00
                Approved by Ch. Magistrate Judge Linnea R. Johnson .
                Report to PTS as follows: 1 time a week by phone and 1 time
                a week in person Additional conditions: comply with
                conditions set in Illinois (kw) [Entry date 08/29/00]

8/28/00   78    ORDER on Initial Appearance as to Nabil Aquil   Arraignment
                set for 9:30 9/18/00 for Nabil Aquil ; Report re counsel
                set for 9:30 9/18/00 for Nabil Aquil ;  before Duty
                Magistrate, , ( Signed by Ch. Magistrate Judge Linnea
                R. Johnson on 8/28/00)  CCAP (kw) [Entry date 08/29/00]

8/28/00   75    ORDER on Initial Appearance as to Nizar Fneiche Arraignment
                set for 9:30 9/21/00 for Nizar Fneiche ; Report re counsel
                set for 9:30 9/21/00 for Nizar Fneiche ; before Duty
                Magistrate, , ( Signed Ch. Magistrate Judge Linnea R.
                Johnson on 8/28/00)  CCAP (kw) [Entry date 08/30/00]

8/29/00   79    Clerk's receipt. Number: 401520305 in the amount of $
                $5000.00 for 10% cash bond posted in Houston Texas by
                Zuhair Mahumud Rabei (kw) [Entry date 08/29/00]

8/29/00   80    REPORT Commencing Criminal Action as to Nabil Aquil DOB:
                2/16/62 Prisoner # 20047-424 (kw) [Entry date 08/30/00]
                [Edit date 08/30/00]

8/29/00   81    REPORT Commencing Criminal Action as to Nizar Fneiche  DOB:
                2/16/76  Prisoner # 20046-424 (kw) [Entry date 08/30/00]
                [Edit date 08/30/00]

8/29/00   83    APPEAL of Magistrate Decision to District Court by USA  as
                to Rabah El Haddad  re: of magistrate Judge's denial of
                request for pretrial detention (kw) [Entry date 08/30/00]

8/29/00   84    NOTICE of Appeal of magistrate Judge's denial of request
                for pretrial detention by Rabah El Haddad as to Rabah El
                Haddad (kw) [Entry date 08/30/00]

8/29/00   93    ORDER DENYING GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION &
                SETTING A BOND as to Rabah El Haddad granting [67-1] motion
                for Pretrial Release as to Rabah El Haddad (12) ( Signed by
                Magistrate Ted E. Bandstra on 8/29/00) CCAP [EOD Date:
                9/1/00] CCAPΔ (kw) [Entry date 09/01/00]

Docket as of January 31, 2003 8:51 am                    Page 30

Vol #1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
```

8/29/00   94   NOTICE of Temporary Appearance for Rabah El Haddad by
               Attorney Howard Milton Srebnick (kw) [Entry date 09/01/00]

8/30/00   85   NOTICE of filing order which should have been attached to
               8/29/00 Appeal of Magistrate Judge's denial of request for
               pretrial detention by USA as to Rabah El Haddad (kw)
               [Entry date 08/31/00]

8/30/00   86   RESPONSE to Standing Discovery Order by USA  as to Thomas
               Narog, Ghandi Jaber, Mohammed Samhan (kw)
               [Entry date 08/31/00]

8/30/00   87   Rule 40 Documents as to Zuhair Mahumud Rabei received from
               Southern District of Texas (kw) [Entry date 08/31/00]

8/30/00   88   NOTICE of Hearing as to Zuhair Mahumud Rabei :  set
               Initial Appearance for 9/12/00 @9:30   before Duty
               Magistrate (kw) [Entry date 08/31/00]

8/30/00   89   ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT
               ON BOND as to Rabah El Haddad ( Signed by Judge Daniel T.
               K. Hurley on 8/30/00) CCAP [EOD Date: 8/31/00] CCAP∆ (kw)
               [Entry date 08/31/00]

8/30/00   91   BOND entered by Rabah El Haddad  in  Amount $ 200,000.00
               Approved by Magistrate Ted E. Bandstra . Surrender
               passports/travel documents;  Report to PTS as follows: 1
               time in person plus as direc  Full-time employment;  Curfew
               from: midnight to 6 am  Additional conditions: execute
               waiver of extradition and surrender passports of wife and
               children (kw) [Entry date 09/01/00] [Edit date 09/01/00]

8/30/00   92    CSB BOND entered by Rabah El Haddad  in  Amount $
               100,000.00 (Surety Information: Ranger Insurance , Isaid
               Awad , 1465 NW N. River Drive)    Approved by Magistrate
               Ted E. Bandstra .  Surrender passports/travel documents;
               Report to PTS as follows: 1 time a week in person
               Full-time employment;  Curfew from: midnight to 6 am
               Additional conditions: execute waiver of extradition;
               surrender passports of wife and children (kw)
               [Entry date 09/01/00]

8/30/00   95   WAIVER OF EXTRADITION  by Rabah El Haddad (kw)
               [Entry date 09/01/00]

8/30/00   96   MOTION by Mohammed Samhan for disclosure of written
               summary testimony that it intends to use (kw)
               [Entry date 09/01/00]

8/31/00   90   ORDER as to Rabah El Haddad vacating [89-1] order (
               Signed by Judge Daniel T. K. Hurley on 8/30/00) CCAP [EOD
               Date: 8/31/00] CCAP∆ (kw) [Entry date 08/31/00]

Docket as of January 31, 2003 8:51 am                      Page 31

*Vol #1 Cont.*

Proceedings include all events.                                           AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP

9/5/00   98    TRANSCRIPT filed as to Rabah El Haddad  of Pretrial
               Detention Hearing held 8/29/00  before Judge Ted E.
               Bandstra  Volume #: 1  Pages: 1-29 (kw)
               [Entry date 09/06/00]

9/6/00   97    Minutes of continuation of Garcia Hearing held on 9/6/00
               before Magistrate Ann E. Vitunac as to Ahmad Almasri, Nadia
               Almasri ;  Court Reporter Name or Tape #: AEV
               00-60-2865/3480 00-61-1 (kw) [Entry date 09/06/00]

9/6/00   99    NOTICE of filing transcript of detention hearing on 8/29/00
               before Judge Bandstra by USA as to Rabah El Haddad (kw)
               [Entry date 09/07/00]

9/7/00   101   MOTION by Thomas Narog to extend time to file motions (kw)
               [Entry date 09/08/00]

9/7/00   102   TRANSCRIPT filed as to Mohammed Samhan  of detention
               hearing held 8/3/00  before Judge Seltzer  Volume #: 1
               Pages: 1-25 (kw) [Entry date 09/11/00]    *Vol #6*

9/7/00   103   TRANSCRIPT filed as to Thomas Narog, Ghandi Jaber  of
               pretrial detention hearing held 8/8/00  before Judge
               Johnson  Volume #: 1  Pages: 1-117 (kw)    *Vol #7*
               [Entry date 09/11/00]

9/7/00   104   ORDER on Hearing to Report Re Counsel as to Rabah El Haddad
               Counsel by Alvin Ernest Entin   ( Signed by Magistrate
               Barry L. Garber on 9/5/00)  Tape # 00C-59-580  CCAP (kw)
               [Entry date 09/11/00]

9/7/00   105   ORDER as to Rabah El Haddad  reset Arraignment for 10:00
               9/7/00 for Rabah El Haddad  before Magistrate Barry L.
               Garber ( Signed by Magistrate Barry L. Garber on 9/5/00)
               CCAP [EOD Date: 9/11/00] CCAPΔ (kw) [Entry date 09/11/00]

9/7/00   106   ARRAIGNMENT INFORMATION SHEET for Rabah El Haddad (12)
               count(s) 1, 5, 6   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (kw) [Entry date 09/11/00]

9/7/00   107   STANDING DISCOVERY ORDER as to Rabah El Haddad   all
               motions concerning matters not covered by this order must
               be filed within 28 days of this order ( Signed by
               Magistrate Barry L. Garber on 9/7/00)  Tape # 00C62-1  CCAP
               (kw) [Entry date 09/11/00]

9/8/00   100   ORDER that the attorney Mark NeJame may jointly represent
               both defendants with 2 conditions. See file for details as
               to Ahmad Almasri, Nadia Almasri ( Signed by Magistrate Ann
               E. Vitunac on 9/8/00) CCAP [EOD Date: 9/8/00] CCAPΔ (kw)
               [Entry date 09/08/00]

Vol #1 Cont.

```
Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
```

9/8/00   108   Minutes of Status Conference held on 9/8/00 before
               Magistrate Ann E. Vitunac as to Ghandi Jaber ; Court
               Reporter Name or Tape #: AEV 00-61-2214 (kw)
               [Entry date 09/11/00]

9/11/00  109   NOTICE of Appearance for Saber Abdelmuti by Attorney
               Theodore Willard Weeks IV (kw) [Entry date 09/11/00]

9/11/00  110   ORDER as to Thomas Narog  granting [101-1] motion to extend
               time to file motions as to Thomas Narog (1) ( Signed by
               Magistrate Ann E. Vitunac on 9/11/00) CCAP [EOD Date:
               9/11/00] CCAP∆ (kw) [Entry date 09/11/00]

9/12/00  111   Minutes of initial hearing held on 9/12/00 before
               Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ; Tape
               #: AEV 00-62-599 (kw) [Entry date 09/12/00]

9/12/00  112   INTERPRETER required for Zuhair Mahumud Rabei   Language:
               Arabic (kw) [Entry date 09/12/00]

9/12/00  113   ORDER on Initial Appearance as to Zuhair Mahumud Rabei Bond
               set to 50,000.00 10% Cash bond from Texas Report re counsel
               set for 9:30 9/19/00 Arraignment set for 9:30 9/19/00
               before Magistrate Ann E. Vitunac, , ( Signed by
               Magistrate Ann E. Vitunac on 9/12/00) CCAP (kw)
               [Entry date 09/13/00]

9/12/00  114   $50,000.00 10% cash bond as set in S/D of Texas entered by
               Zuhair Mahumud Rabei Approved by Magistrate Ann E. Vitunac .
               Additional conditions: comply with all conditions set in the
               Southern District of Texas are hereby adopted and remain in
               full force and effect (kw) [Entry date 09/13/00]
               [Edit date 09/13/00]

9/13/00  115   REPORT Commencing Criminal Action as to Zuhair Mahumud
               Rabei  DOB: 11/29/87  Prisoner # 88691-079 (kw)
               [Entry date 09/13/00]

9/18/00  116   Minutes of status re: counsel and arraign held on 9/18/00
               before Magistrate Ann E. Vitunac as to Nabil Aquil Tape #:
               AEV 80-62-3537/00-63-1 (kw) [Entry date 09/18/00]

9/18/00  117   ARRAIGNMENT INFORMATION SHEET for Nabil Aquil (8) count(s)
               1, 5   NOT GUILTY PLEA ENTERED as to all counts. Court
               accepts plea. (kw) [Entry date 09/18/00]

9/18/00  118   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
               as to Nabil Aquil   Status conference set for 9:30 11/20/00
               for Nabil Aquil  before Ch. Magistrate Judge Linnea R.
               Johnson ( Signed by Magistrate Ann E. Vitunac on 9/18/00)
               CCAP [EOD Date: 9/18/00]  CCAP (kw) [Entry date 09/18/00]

Vol # 1 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR  APPEAL
                                                                  INTERP

9/18/00   119   STANDING DISCOVERY ORDER as to Nabil Aquil   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Ann E.
                Vitunac on 9/18/00)  CCAP (kw) [Entry date 09/18/00]

9/19/00   120   Minutes of status re: counsel held on 9/19/00  before
                Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ; (kw)
                [Entry date 09/19/00]

9/19/00   126   MOTION by Ahmad Almasri, Nadia Almasri for Mark E. NeJame
                to appear pro hac vice (kw) [Entry date 09/21/00]

9/19/00   --    Filing Fee Paid by Ahmad Almasri, Nadia Almasri  FILING FEE
                $ 75.00  RECEIPT # 713199 (kw) [Entry date 09/21/00]

9/20/00   121   CJA 20 as to Zuhair Mahumud Rabei : Appointment of Attorney
                Randee J. Golder ( Signed by Magistrate Ann E. Vitunac  on
                9/19/00) (kw) [Entry date 09/21/00]

9/20/00   122   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Zuhair Mahumud Rabei   Status conference set for 9:30
                10/20/00 for Zuhair Mahumud Rabei  before Ch. Magistrate
                Judge Linnea R. Johnson ( Signed by Magistrate Ann E.
                Vitunac on 9/20/00) CCAP [EOD Date: 9/21/00]  CCAP (kw)
                [Entry date 09/21/00]

9/20/00   123   STANDING DISCOVERY ORDER as to Zuhair Mahumud Rabei   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Ann E. Vitunac on 9/20/00)  CCAP (kw)
                [Entry date 09/21/00]

9/20/00   124   ARRAIGNMENT INFORMATION SHEET for Zuhair Mahumud Rabei (13)
                count(s) 1, 4    NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (kw) [Entry date 09/21/00]

9/20/00   125   Minutes of arraignment & possible review held on 9/20/00
                before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                Tape #: AEV 00-63-3297 00-64-1 (kw) [Entry date 09/21/00]

9/21/00   127   NOTICE of Appearance for Rabah El Haddad by Attorney John
                Robert Howes (kw) [Entry date 09/21/00]

9/21/00   128   Minutes of status re: counsel and possible arraignment held
                on 9/21/00 before Magistrate Ann E. Vitunac as to Nizar
                Fneiche ; Court Reporter Name or Tape #: AEV 80-64-1160 (kw)
                [Entry date 09/21/00]

9/21/00   129   ARRAIGNMENT INFORMATION SHEET for Nizar Fneiche (9)
                count(s) 1, 5   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (kw) [Entry date 09/22/00]

Vol #1 Cont.

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                              INTERP

9/21/00  (130)    ORDER as to Nizar Fneiche  granting [70-1] motion for
                  Timothy Biasiello to appear pro hac vice as to Nizar
                  Fneiche (9) ( Signed by Magistrate Ann E. Vitunac on
                  9/21/00) CCAP [EOD Date: 9/22/00] CCAPΔ (kw)
                  [Entry date 09/22/00]

9/21/00  (131)    STANDING DISCOVERY ORDER as to Nizar Fneiche  all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Magistrate Ann E.
                  Vitunac on 9/21/00)  CCAP (kw) [Entry date 09/22/00]

9/21/00  (132)    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Nizar Fneiche   Status conference set for 9:30
                  11/20/00 for Nizar Fneiche   before Magistrate Ann E.
                  Vitunac ( Signed by Magistrate Ann E. Vitunac on 9/21/00)
                  CCAP [EOD Date: 9/22/00]  CCAP (kw) [Entry date 09/22/00]

9/22/00  --       ARREST of Raed Naser Aldin (dr) [Entry date 08/02/02]

9/25/00  133      NOTICE of Hearing as to Saber Abdelmuti :  set Initial
                  Appearance for 10/3/00 9:30   before Magistrate Ann E.
                  Vitunac (kw) [Entry date 09/25/00]

9/26/00  (135)    Arrest WARRANT Returned Executed as to Raed Naser Aldin on
                  9/22/00 (kw) [Entry date 09/27/00]

9/26/00  134      CJA 20 as to Rabah El Haddad : Appointment of Attorney (
                  Signed by Magistrate Barry L. Garber  on 9/5/00) (kw)
                  [Entry date 01/29/01]

9/27/00  (136)    RESPONSE to Standing Discovery Order by USA  as to Nabil
                  Aquil, Nizar Fneiche (kw) [Entry date 09/28/00]

9/28/00  137      DESIGNATION OF ATTORNEY APPEARANCE for Ghandi Jaber by
                  Attorney Jack Alan Goldberger (kw) [Entry date 09/28/00]

9/28/00  (138)    MOTION with Memorandum in Support by Mohammed Samhan for
                  De Novo review of order setting detention pending trial (kw)
                  [Entry date 09/28/00]

9/28/00  (139)    NOTICE of Appearance for Mohammed Samhan by Attorney Maria
                  Rivas Hamar, Richard A. Hamar (kw) [Entry date 09/28/00]

9/28/00  140      ORDER as to Zuhair Mahumud Rabei to exonerate bond set in
                  the amount of $5000.00 cash plus accrued interest set in
                  Southern District of Texas; Bond reset to $ 100,000.00 CSB
                  with nebbia for Zuhair Mahumud Rabei. ( Signed by
                  Magistrate Ann E. Vitunac on 9/28/00) CCAP [EOD Date:
                  9/29/00] CCAPΔ (kw) [Entry date 09/29/00]

10/2/00  141      DESIGNATION OF JACK A. GOLDBERGER as local counsel Ghandi
                  Jaber (kw) [Entry date 10/03/00]

10/2/00  (142)    MOTION by Mohammed Samhan for disclosure of of testimony (kw)

Vol # 1 Cort.

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                  INTERP
                      [Entry date 10/03/00]

10/2/00   143     Rule 40 Documents as to Raed Naser Aldin received from
                  Eastern District of Michigan (kw) [Entry date 10/03/00]

10/3/00   144     Minutes of initial hearing held on 10/3/00  before
                  Magistrate Ann E. Vitunac as to Saber Abdelmuti ; Tape #:
                  AEV 00-68-1 (kw) [Entry date 10/04/00]

10/3/00   145     NOTICE of Appearance for Saber Abdelmuti by Attorney
                  Theodore Weeks (kw) [Entry date 10/04/00]

10/3/00   146     ARRAIGNMENT INFORMATION SHEET for Saber Abdelmuti (6)
                  count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (kw) [Entry date 10/04/00]

10/3/00   147     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Saber Abdelmuti   Status conference set for 9:30
                  11/3/00 for Saber Abdelmuti   before Magistrate Ann E.
                  Vitunac ( Signed by Magistrate Ann E. Vitunac on 10/3/00)
                  CCAP [EOD Date: 10/4/00]   CCAP (kw) [Entry date 10/04/00]

10/3/00   148     STANDING DISCOVERY ORDER as to Saber Abdelmuti   all
                  motions concerning matters not covered by this order must
                  be filed within 28 days of this order ( Signed by
                  Magistrate Ann E. Vitunac on 10/3/00)   CCAP (kw)
                  [Entry date 10/04/00]

10/4/00   149      CSB BOND entered by Saber Abdelmuti  in  Amount $
                  50,000.00 set in M/D of FL.- T Receipt #   Approved by
                  Magistrate Ann E. Vitunac .  Additional conditions: comply
                  with conditions previously set in the M/D of FL (kw)
                  [Entry date 10/04/00]

10/4/00   150     ORDER on Initial Appearance as to Saber Abdelmuti, ,  (
                  Signed by Magistrate Ann E. Vitunac  on 10/3/00)  CCAP (kw)
                  [Entry date 10/04/00]

10/4/00   151     INTERPRETER required for Saber Abdelmuti    Language: Arabic
                  (kw) [Entry date 10/04/00]

10/4/00   152     ORDER as to Nabil Aquil  granting [71-1] motion for Paul
                  Goodman to appear pro hac vice as to Nabil Aquil (8) (
                  Signed by Judge Daniel T. K. Hurley on 10/2/00) CCAP [EOD
                  Date: 10/4/00] CCAP∆ (kw) [Entry date 10/04/00]
```

Vol # 1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR    APPEAL
                                                                 INTERP
```

10/4/00  (153)   ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                 Nadia Almasri, Mutasem Al-Salhi, Saber Abdelmuti, Raed
                 Naser Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber,
                 Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei,
                 Mohammed Samhan  set status conference for 8:40 10/17/00
                 for Thomas Narog, for Ghandi Jaber, for Ahmad Almasri, for
                 Nadia Almasri, for Mutasem Al-Salhi, for Saber Abdelmuti,
                 for Raed Naser Aldin, for Nabil Aquil, for Nizar Fneiche,
                 for Motlaq Jaber, for Terek Zaki Abu-Lawi, for Rabah El
                 Haddad, for Zuhair Mahumud Rabei, for Mohammed Samhan
                 before Judge Daniel T. K. Hurley ( Signed by Judge Daniel
                 T. K. Hurley on 10/2/00) CCAP [EOD Date: 10/5/00] CCAPΔ (kw)
                 [Entry date 10/05/00]

10/5/00  (154)   Minutes of initial held on 10/5/00  before Ch. Magistrate
                 Judge Linnea R. Johnson as to Raed Naser Aldin ;  Court
                 Reporter Name or Tape #: LRJ-00-86-3076 (kw)
                 [Entry date 10/05/00]

10/5/00  (155)   INTERPRETER required for Raed Naser Aldin    Language:
                 Arabic (kw) [Entry date 10/06/00]

10/5/00  (156)   ORDER on Initial Appearance as to Raed Naser Aldin
                 Arraignment set for 9:30 10/10/00 for Raed Naser Aldin ;
                 before Duty Magistrate, ,  ( Signed by Ch. Magistrate
                 Judge Linnea R. Johnson  on 10/5/00)  CCAP (kw)
                 [Entry date 10/06/00]

10/6/00  (157)   MOTION by Thomas Narog to extend time to file motions (kw)
                 [Entry date 10/10/00]

10/6/00   158    RESPONSE to Standing Discovery Order by USA  as to Zuhair
                 Mahumud Rabei, Saber Abdelmuti, Ahmad Almasri, Nadia
                 Almasri (kw) [Entry date 10/10/00]

10/6/00   159    RESPONSE to Standing Discovery Order by USA  as to Rabah El
                 Haddad (kw) [Entry date 10/10/00]

10/10/00 (160)   ARRAIGNMENT INFORMATION SHEET for Raed Naser Aldin (7)
                 count(s) 1, 5   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (kw) [Entry date 10/10/00]

10/10/00 (161)   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Raed Naser Aldin    Status conference set for 9:30
                 11/13/00 for Raed Naser Aldin   before Ch. Magistrate Judge
                 Linnea R. Johnson ( Signed by Magistrate Ann E. Vitunac on
                 10/10/00) CCAP [EOD Date: 10/10/00]  CCAP (kw)
                 [Entry date 10/10/00]

10/10/00 (162)   STANDING DISCOVERY ORDER as to Raed Naser Aldin   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Ann E. Vitunac on 10/10/00)  CCAP (kw)
                 [Entry date 10/10/00]

Docket as of January 31, 2003 8:51 am                    Page 37

Proceedings include all events.                         AEV
0:00cr6211-ALL USA v. Narog, et al                       PRIOR  APPEAL
                                                                INTERP

10/10/00  163   Minutes of arraignment & Bond held on 10/10/00  before
                Magistrate Ann E. Vitunac as to Raed Naser Aldin ; Tape #:
                AEV 00-73-490 (kw) [Entry date 10/10/00]

10/10/00  164   REPORT Commencing Criminal Action as to Saber Abdelmuti
                DOB: 12/5/59 (kw) [Entry date 10/11/00]

10/10/00  165   ORDER as to Thomas Narog  granting [157-1] motion to extend
                time to file motions( Signed by Magistrate Ann E. Vitunac
                on 10/10/00) CCAP [EOD Date: 10/11/00] CCAP△ (kw)
                [Entry date 10/11/00]

10/10/00  166   NOTICE of Unavailabilty by Mohammed Samhan  for dates of:
                3/29/01-4/7/01 (kw) [Entry date 10/11/00]

10/10/00  167   SUPPLEMENT by Mohammed Samhan  to: [138-1] motion for De
                Novo review of order setting detention pending trial (kw)
                [Entry date 10/11/00]

10/10/00  168   MOTION by Mohammed Samhan to extend time to file pretrial
                motions (kw) [Entry date 10/11/00]

10/12/00  170   MOTION by Mohammed Samhan for order of reference (kw)
                [Entry date 10/13/00]

10/13/00  169   ORDER as to Mohammed Samhan  granting [168-1] motion to
                extend time to file pretrial motions as to Mohammed Samhan
                (14) ( Signed by Magistrate Ann E. Vitunac on 10/12/00)
                CCAP [EOD Date: 10/13/00] CCAP△ (kw) [Entry date 10/13/00]

10/13/00  171   MOTION by Rabah El Haddad to extend time to file a brief
                in response to brief filed by the government appealing the
                order setting bond in this matter (kw) [Entry date 10/16/00]

10/16/00  172   SEALED DOCUMENT (kw) [Entry date 10/16/00]

10/16/00  173   SEALED DOCUMENT (kw) [Entry date 10/16/00]

10/16/00  174   MOTION by Raed Naser Aldin for authorization to retain
                arabic interpreter (kw) [Entry date 10/16/00]

10/20/00  175   MOTION by Zuhair Mahumud Rabei to modify Bond (pa)
                [Entry date 10/20/00]

10/20/00  176   DEMAND FOR DISCLOSURE of Witness by Zuhair Mahumud Rabei (pa)
                [Entry date 10/20/00]

Vol #1 Cont.

Proceedings include all events.                                           AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR   APPEAL
                                                                    INTERP

10/20/00 177    ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME:
                ORDER as to Rabah El Haddad granting [171-1] motion to
                extend time to file a brief in response to brief filed by
                the government appealing the order setting bond in this
                matter as to Rabah El Haddad (12). Reply brief due 10/27/00
                (Signed by Judge Daniel T. K. Hurley on 10/18/00) CCAP [EOD
                Date: 10/20/00] CCAP∆ (pa) [Entry date 10/20/00]

10/20/00 178    Minutes of Status Re: Discovery held on 10/20/00 before
                Ch. Magistrate Judge Linnea R. Johnson as to Zuhair Mahumud
                Rabei; Government will provide the Court with the status of
                the case later this afternoon. Tape #: LRJ-00-92-2400 (pa)
                [Entry date 10/23/00]

10/20/00 --     Status conference as to Zuhair Mahumud Rabei  held (pa)
                [Entry date 10/23/00]

10/20/00 179    CJA 20 as to Raed Naser Aldin : Appointment of Attorney
                Charles Garret White ( Signed by Ch. Magistrate Judge
                Linnea R. Johnson  on 10/19/00) (pa) [Entry date 10/23/00]

10/23/00 180    MOTION by Saber Abdelmuti for Theodore W. Weeks III  to
                appear pro hac vice (kw) [Entry date 10/24/00]

10/23/00 --     Filing Fee Paid by Saber Abdelmuti  FILING FEE $ 75.00
                RECEIPT # 713366 (kw) [Entry date 10/24/00]

10/23/00 181    ORDER as to Zuhair Mahumud Rabei  denying [175-1] motion to
                modify Bond (Signed by Magistrate Ann E. Vitunac on
                10/23/00) CCAP [EOD Date: 10/24/00] CCAP∆ (kw)
                [Entry date 10/24/00]

10/23/00 182    ORDER OF REFERENCE referring Motion(s)  to Magistrate Ann
                E. Vitunac as to Mohammed Samhan : [138-1] motion for De
                Novo review of order setting detention pending trial as to
                Mohammed Samhan (14)  ( Signed by Judge Daniel T. K. Hurley
                on 10/18/00) CCAP [EOD Date: 10/24/00]  CCAP (kw)
                [Entry date 10/24/00]

10/24/00 183    PRETRIAL ORDER as to Zuhair Mahumud Rabei  ( Signed by Ch.
                Magistrate Judge Linnea R. Johnson on ) CCAP [EOD Date:
                10/24/00]  CCAP (kw) [Entry date 10/24/00]

10/24/00 184    ORDER as to Saber Abdelmuti  granting [180-1] motion for
                Theodore W. Weeks III  to appear pro hac vice as to Saber
                Abdelmuti (6) ( Signed by Magistrate Ann E. Vitunac on )
                CCAP [EOD Date: 10/24/00] CCAP∆ (kw) [Entry date 10/24/00]

10/24/00 185    ORDER as to Raed Naser Aldin  granting [174-1] motion for
                authorization to retain arabic interpreter as to Raed Naser
                Aldin (7) ( Signed by Judge Daniel T. K. Hurley on
                10/23/00) CCAP [EOD Date: 10/24/00] CCAP∆ (kw)
                [Entry date 10/24/00]

Docket as of January 31, 2003 8:51 am                    Page 39

Vol # 1 Cont.

```
Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                             PRIOR    APPEAL
                                                                        INTERP
```

10/24/00 186    SEALED DOCUMENT (kw) [Entry date 10/25/00]

10/24/00 187    SEALED DOCUMENT (kw) [Entry date 10/25/00]

10/26/00 194    MOTION by Thomas Narog to extend time to file motions (kw)
                [Entry date 10/30/00]

10/27/00 188    RESPONSE by Rabah El Haddad in opposition to [83-1]
                Magistrate appeal (kw) [Entry date 10/27/00]

10/27/00 189    INFORMATION SHEET RE: BOND STATUS OF DEFENDANTS of by
                Mohammed Samhan (kw) [Entry date 10/27/00]

10/27/00 190    NOTICE of filing attached letter from Immigration Agent
                Richard Kalb and Save the Children for use at the DeNovo
                Bond hearing  by Mohammed Samhan (kw) [Entry date 10/27/00]

10/27/00 191    NOTICE of Hearing as to Ahmad Almasri :  hearing on Motion
                to modify conditions of release set for 11/2/00 @10:00
                before Magistrate Ann E. Vitunac (kw) [Entry date 10/30/00]

10/27/00 192    NOTICE of APPEAL OF MAGISTRATE JUDGE'S DENIAL OF REQUESST
                FOR PRETRIAL DETENTION by Mohammed Samhan (kw)
                [Entry date 10/30/00]

10/27/00 193    Minutes of PTD hearing held on 10/27/00  before Magistrate
                Barry S. Seltzer as to Mohammed Samhan ; Tape #: 00-085/086
                1106-3913 (kw) [Entry date 10/30/00]

10/31/00 195    ORDER as to Ahmad Almasri  granting [126-1] motion for Mark
                E. NeJame to appear pro hac vice ( Signed by Judge Daniel
                T. K. Hurley on 10/30/00) CCAP [EOD Date: 11/1/00] CCAPΔ (kw)
                [Entry date 11/01/00]

10/31/00 196    ORDER as to Thomas Narog  granting [194-1] motion to extend
                time to file motions  set motion filing deadline for
                12/1/00 for Thomas Narog ( Signed by Magistrate Ann E.
                Vitunac on 10/30/00) CCAP [EOD Date: 11/1/00] CCAPΔ (kw)
                [Entry date 11/01/00]

11/1/00  197    APPEAL of Magistrate Decision to District Court by USA  as
                to Mohammed Samhan  re: [24-1] order (ch)
                [Entry date 11/03/00]

11/1/00  198    BRIEF by USA as to Mohammed Samhan  in support of [197-1]
                Magistrate appeal (ch) [Entry date 11/03/00]

11/2/00  199    Minutes of Unopposed Motion To Modify held on 11/02/00
                before Magistrate Ann E. Vitunac as to Ahmad Almasri; Deft
                present with co-counsel, defense presents arguments. Govt
                does not object. Deft promise not to abscond. Court grants
                motion for dft to be released from electronic monitoring
                and home detention. Tape #: AEV-00-81-155 (at)
                [Entry date 11/03/00]

```
Docket as of January 31, 2003 8:51 am                    Page 40
```

Vol #1 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                     INTERP

11/2/00   200    UNOPPOSED MOTION by Ahmad Almasri to Modify Conditions of
                 Release (at) [Entry date 11/03/00]

11/2/00   201    ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITION
                 OF RELEASE as to Ahmad Almasri granting [200-1] motion to
                 Modify Conditions of Release as to Ahmad Almasri (3) (
                 Signed by Magistrate Ann E. Vitunac on 11/02/00) CCAP [EOD
                 Date: 11/3/00] CCAPΔ (at) [Entry date 11/03/00]

11/2/00  (202)   ORDER GRANTING MOTION TO RE-OPEN DETENTION HEARING:ORDER as
                 to Mohammed Samhan granting [138-1] motion for De Novo
                 review of order setting detention pending trial denying
                 [167-1] supplement to (Signed by Judge Daniel T. K. Hurley
                 on 11/1/00) CCAP [EOD Date: 11/3/00] CCAPΔ (pa)
                 [Entry date 11/03/00]

11/6/00   204    TRANSCRIPT filed as to Mohammed Samhan of pretrial
                 detention hearing held 10/27/00 before Judge Seltzer  Vol #8
                 Volume #: 1  Pages: 1-50 (kw) [Entry date 11/08/00]

11/7/00  (203)   ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                 Nadia Almasri, Saber Abdelmuti, Nabil Aquil, Nizar Fneiche,
                 Rabah El Haddad, Mohammed Samhan  set Jury trial for
                 3/5/01 before Judge Daniel T. K. Hurley, and  set
                 calendar call for 2/23/01 before Judge Daniel T. K.
                 Hurley, and to Continue in Interest of Justice ( Signed
                 by Judge Daniel T. K. Hurley on 11/4/00) CCAP [EOD Date:
                 11/8/00] CCAPΔ (kw) [Entry date 11/08/00]

11/9/00  (205)    Arrest WARRANT Returned Executed as to Raed Naser Aldin on
                 9/22/00 (kw) [Entry date 11/09/00]

11/13/00 (206)   PRETRIAL ORDER as to Raed Naser Aldin  ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson ) CCAP [EOD Date:
                 11/13/00]  CCAP (kw) [Entry date 11/13/00]

11/13/00 (207)   RESPONSE to Standing Discovery Order by USA  as to Raed
                 Naser Aldin (kw) [Entry date 11/14/00]

11/15/00 (208)   NOTICE that all documents related to the bond appeal have
                 been submitted of by Mohammed Samhan as to Mohammed Samhan
                 (kw) [Entry date 11/16/00]

11/15/00 (209)   NOTICE of filing the attached transcript of the detention
                 hearing on 10/27/00 before Judge Seltzer by Mohammed Samhan
                 (kw) [Entry date 11/16/00]

11/20/00  210    PRETRIAL ORDER as to Nabil Aquil  ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on ) CCAP [EOD Date:
                 11/20/00]  CCAP (kw) [Entry date 11/20/00]

Proceedings include all events.                        $Vol \# 1 Cont.$                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR   APPEAL
                                                                        INTERP

11/20/00 211    Minutes of status re: discovery held on 11/20/00 before
                Ch. Magistrate Judge Linnea R. Johnson as to Nabil Aquil ;
                Court Reporter Name or Tape #: LRJ-00-102-1238 (kw)
                [Entry date 11/20/00]

11/21/00 (212)  MOTION by Thomas Narog to extend time to file motions .(kw)
                [Entry date 11/21/00]

11/27/00 (213)  ORDER  granting [212-1] motion to extend time to file
                motions as to Thomas Narog (1) ( Signed by Magistrate Ann
                E. Vitunac on 11/26/00) CCAP [EOD Date: 11/27/00] CCAP△ (kw)
                [Entry date 11/27/00]                End of Vol # 1

11/27/00 (214)  MOTION by Mohammed Samhan to dissolve stay (kw) Begin Vol #2
                [Entry date 11/28/00]

12/4/00 (215)   ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER SETTING TERMS &
                CONDITIONS FOR PRETRIAL RELEASE as to Mohammed Samhan (
                Signed by Judge Daniel T. K. Hurley on 12/2/00) CCAP [EOD
                Date: 12/4/00] CCAP (kw) [Entry date 12/04/00]

12/6/00 (216)   Minutes of Posting of Bond held on 12/6/00 before
                Magistrate Judge Lurana S. Snow as to Mohammed Samhan ;
                Tape #: 00-062-720 (pa) [Entry date 12/07/00]

12/6/00 (217)   PERSONAL SURETY BOND entered by Mohammed Samhan in  Amount
                $ 400,000  Approved by Magistrate Judge Lurana S. Snow.
                Surrender passports/travel documents;  Report to PTS as
                follows: as directed  Random urine testing; Treatment as
                deemed necessary. Avoid victims/witnesses; No
                firearms/weapons; Do not dispose real/personal property
                Additional conditions: 24 hour house arrest. Reside at
                currect address, no illegal drugs or exces alcohol.
                Electronic monitoring at defendants expense. (pa)
                [Entry date 12/07/00]

12/7/00 (218)    CSB BOND entered by Mohammed Samhan in  Amount $
                100,000.00  conditions same as on PSB(Surety Information:
                A Alternative Bail Bonds , , Meike Moss)   Approved by
                Magistrate Judge Lurana S. Snow . (kw) [Entry date 12/08/00]

12/11/00 219    NOTICE of Hearing as to Zuhair Mahumud Rabei: set Nebbia
                Hearing for 9:30 12/13/00 before Magistrate Ann E. Vitunac
                (pa) [Entry date 12/12/00]

12/11/00 220    ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER SETTING TERMS &
                CONDITIONS FOR PRETRIAL RELEASE: ORDER as to Rabah El
                Haddad affirming [93-1] order ( Signed by Judge Daniel T.
                K. Hurley on 12/7/00) CCAP [EOD Date: 12/12/00] CCAP△ (pa)
                [Entry date 12/12/00]

12/13/00 221    Minutes of nebbia hearing held on 12/13/00  before
                Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ;
                Court Reporter Name or Tape #: AEV 00-93-773 (kw)

Vol #2 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR      APPEAL
                                                                 INTERP
            [Entry date 12/13/00]

12/15/00 (222)    MOTION by Mohammed Samhan for Brady Material  (kw)
                  [Entry date 12/18/00]

12/18/00 (223)    MOTION by Thomas Narog for Hearing on motion to reopen and
                  reconsider the pretrial detention (kw) [Entry date 12/19/00]

12/18/00 (224)    MOTION by Thomas Narog for reconsideration of [38-1]
                  order (kw) [Entry date 12/19/00]

12/21/00 (225)    ORDER as to Thomas Narog  granting [224-1] motion for
                  reconsideration of [38-1] order Motion hearing  before Ch.
                  Magistrate Judge Linnea R. Johnson set for 9:30 12/22/00
                  for Thomas Narog for [223-1] motion for Hearing on motion
                  to reopen and reconsider the pretrial detention (Signed by
                  Ch. Magistrate Judge Linnea R. Johnson on 12/20/00) CCAP
                  [EOD Date: 12/21/00] CCAPΔ (pa) [Entry date 12/21/00]

12/22/00 (226)    Minutes of bond hearing held on 12/22/00  before Ch.
                  Magistrate Judge Linnea R. Johnson as to Thomas Narog ;
                  Court Reporter Name or Tape #: LRJ-00-114-1420 (kw)
                  [Entry date 12/26/00]

12/22/00 (227)     PSB BOND entered by Thomas Narog  in  Amount $ 250,000.00
                  Approved by Ch. Magistrate Judge Linnea R. Johnson .
                  Report to PTS as follows: 1 week in person or as otherwi
                  Additional conditions: properties not to be encumbered
                  except for legal & investigative fees (no substitutions of
                  collateral) and defendant to submit to electronic
                  monitoring (kw) [Entry date 12/26/00]

12/22/00 (228)     CSB BOND entered by Thomas Narog  in  Amount $ 100,000.00
                  (Surety Information: International Fidelity Insuran ,  ,
                  Stephen Falwell)   Approved by Ch. Magistrate Judge Linnea
                  R. Johnson .  Report to PTS as follows: 1 time a week in
                  person or as  Additional conditions: properties not to be
                  encumbered except for legal investigative fees (no
                  substitution of collateral) submit to electronic monitoring
                  (kw)  [Entry date 12/26/00]

12/26/00 (229)    MOTION with Memorandum in Support by Thomas Narog for
                  discovery, and for Brady Material (kw) [Entry date 12/27/00]

12/26/00 (230)    MOTION by Thomas Narog to extend time to file motions (kw)
                  [Entry date 12/27/00]

12/26/00 (231)    MOTION by Thomas Narog to suppress statements (kw)
                  [Entry date 12/27/00]

12/26/00 (232)    MOTION with Memorandum in Support by Thomas Narog for rule
                  104(c)Hearing regarding admissibility of any rule 404(b)
                  evidence (kw) [Entry date 12/27/00]
```

Vol # 2 Cont.

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR   APPEAL
                                                              INTERP

12/26/00  234   MOTION by Thomas Narog for Bill of Particulars, and for
                discovery regarding electronic surveillance, and for
                disclosure of all intercepted communication (kw)
                [Entry date 12/27/00]

12/26/00  235   MOTION by Thomas Narog to Adopt Motion of Other Defendant
                [222-1] motion for Brady Material (kw) [Entry date 12/27/00]

12/26/00  233   SUPPLEMENT by Thomas Narog  to: [231-1] motion to suppress
                statements (kw) [Entry date 12/27/00]
                [Edit date 12/27/00]

12/27/00  236   NOTICE of filing attached motion to reconsider and reopen
                order setting detention pending trial by Ghandi Jaber (kw)
                [Entry date 12/27/00]

12/27/00  237   MOTION by Ghandi Jaber for reconsideration of [38-1]
                order (kw) [Entry date 12/28/00]

12/29/00  239   Minutes of stipulated bond setting held on 12/29/00  before
                Magistrate Barry S. Seltzer as to Ghandi Jaber ; Tape #:
                00-102 822-1206 (kw) [Entry date 01/02/01]

12/29/00  240   10% PSB BOND entered by Ghandi Jaber  in  Amount $
                100,000.00   Approved by Magistrate Barry S. Seltzer .
                Surrender passports/travel documents;  Report to PTS as
                directed by Pretrial Services  Random urine testing;
                Full-time employment; Educational program;  Avoid
                victims/witnesses;  No firearms/weapons;  Curfew from:  Do
                not dispose real/personal property  Additional conditions:
                no excessive alcohol or illegal drugs; travel extended to
                Chicago for counsel (kw) [Entry date 01/02/01]

12/29/00  241    PSB BOND entered by Ghandi Jaber  in  Amount $ 250,000.00
                Approved by Magistrate Barry S. Seltzer . conditions remain
                the same as 10%. (kw) [Entry date 01/02/01]

1/2/01    238   NOTICE of adoption of defendant Narog's motions by Rabah El
                Haddad (kw) [Entry date 01/02/01]

1/3/01    242   ORDER directing Government to review evidence and to comply
                with the dictates of Brady and Kyles vs. Whitley as to
                Mohammed Samhan ( Signed by Magistrate Ann E. Vitunac on
                1/2/01) CCAP [EOD Date: 1/3/01] CCAPΔ (kw)
                [Entry date 01/03/01]

1/17/01   243   MOTION by Mutasem Al-Salhi to dismiss indictment (kw)
                [Entry date 01/19/01]

1/17/01   244   MOTION by Mohammed Samhan to enlarge Bond conditions (kw)
                [Entry date 01/19/01]

1/18/01   245   MOTION by USA  as to Thomas Narog to extend time to file
                responses to pretrial motions (kw) [Entry date 01/19/01]

Proceedings include all events.     Vol #2 Cont.          AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP



1/19/01   247   NOTICE of filing co-signature bond page as to Ghandi Jaber
                (kw) [Entry date 01/22/01] [Edit date 01/24/01]

1/22/01   246   ORDER as to Thomas Narog  granting [245-1] motion to extend
                time to file responses to pretrial motions as to Thomas
                Narog (1) ( Signed by Magistrate Ann E. Vitunac on 1/22/01)
                CCAP [EOD Date: 1/22/01] CCAPΔ (kw) [Entry date 01/22/01]

1/22/01   248   MOTION by Thomas Narog to extend time to file additional
                motions (kw) [Entry date 01/23/01]

1/23/01   249   ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                Nadia Almasri, Saber Abdelmuti, Nabil Aquil, Nizar Fneiche,
                Rabah El Haddad, Mohammed Samhan  set status conference
                for 8:40 2/1/01   before Judge Daniel T. K. Hurley (
                Signed by Judge Daniel T. K. Hurley on 1/22/01) CCAP [EOD
                Date: 1/23/01] CCAPΔ (kw) [Entry date 01/23/01]

1/23/01   250   ORDER as to Thomas Narog  granting [248-1] motion to extend
                time to file additional motions as to Thomas Narog (1) (
                Signed by Magistrate Ann E. Vitunac on 1/23/01) CCAP [EOD
                Date: 1/23/01] CCAPΔ (kw) [Entry date 01/23/01]

1/23/01   251   ORDER as to Mohammed Samhan  granting [244-1] motion to
                enlarge Bond conditions ( Signed by Magistrate Barry S.
                Seltzer on 1/22/01) CCAP [EOD Date: 1/25/01] CCAPΔ (kw)
                [Entry date 01/25/01]

1/24/01   252   MOTION by Ghandi Jaber to Travel  (kw) [Entry date 01/25/01]

1/26/01   253   RESPONSE by USA  as to Thomas Narog re [234-1] motion for
                Bill of Particulars (kw) [Entry date 01/29/01]

1/26/01   254   RESPONSE by USA  as to Thomas Narog re [232-1] motion for
                rule 104(c)Hearing regarding admissibility of any rule
                404(b) evidence (kw) [Entry date 01/29/01]

1/26/01   255   RESPONSE by USA  as to Thomas Narog re [231-1] motion to
                suppress statements (kw) [Entry date 01/29/01]

1/26/01   256   RESPONSE by USA  as to Thomas Narog re [234-2] motion for
                discovery regarding electronic surveillance (kw)
                [Entry date 01/29/01]

1/28/01   259   ORDER as to Ghandi Jaber  granting [252-1] motion to Travel
                ( Signed by Magistrate Barry S. Seltzer on 1/25/01) CCAP
                [EOD Date: 1/30/01] CCAPΔ (kw) [Entry date 01/30/01]

1/29/01   257   ORDER as to Thomas Narog  denying [232-1] motion for rule
                104(c)Hearing regarding admissibility of any rule 404(b)
                evidence as to Thomas Narog (1) ( Signed by Magistrate Ann
                E. Vitunac on 1/29/01) CCAP [EOD Date: 1/30/01] CCAPΔ (kw)
                [Entry date 01/30/01]

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP



1/29/01  258    ORDER as to Thomas Narog  granting [235-1] motion to Adopt
                Motion of Other Defendant [222-1] motion for Brady Material
                as to Thomas Narog (1) ( Signed by Magistrate Ann E.
                Vitunac on 1/29/01) CCAP [EOD Date: 1/30/01] CCAPΔ (kw)
                [Entry date 01/30/01]

1/29/01  --     Motion joined by Thomas Narog : joinder in [222-1] motion
                for Brady Material (kw) [Entry date 01/30/01]

1/30/01  260    ORDER as to Thomas Narog  denying [234-1] motion for Bill
                of Particulars , denying [234-2] motion for discovery
                regarding electronic surveillance , denying [234-3] motion
                for disclosure of all intercepted communication , denying
                [229-1] motion for discovery , denying [229-2] motion for
                Brady Material ( Signed by Magistrate Ann E. Vitunac on
                1/30/01) CCAP [EOD Date: 1/31/01] CCAPΔ (kw)
                [Entry date 01/31/01]

1/30/01  261    MOTION by Thomas Narog to quash search warrants, and to
                suppress evidence and statements (kw) [Entry date 02/01/01]

1/31/01  262    NOTICE OF CONFLICT AND MOTION by Rabah El Haddad to
                continue jury trial (kw) [Entry date 02/01/01]

2/7/01   263    ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE
                referring evidentiary hearing to Magistrate Ann E. Vitunac
                as to Mutasem Al-Salhi : ( Signed by Judge Daniel T. K.
                Hurley on 2/6/01) CCAP [EOD Date: 2/8/01] CCAP (kw)
                [Entry date 02/08/01]

2/8/01   264    ORDER as to Rabah El Haddad  denying [262-1] motion to
                continue jury trial as to Rabah El Haddad (12) ( Signed by
                Judge Daniel T. K. Hurley on 2/8/01) CCAP [EOD Date:
                2/9/01] CCAPΔ (kw) [Entry date 02/09/01]

2/8/01   265    NOTICE of Hearing as to Thomas Narog : Motion hearing
                before Magistrate Ann E. Vitunac set for 10:00 3/1/01 for
                Thomas Narog for [261-2] motion to suppress evidence and
                statements (kw) [Entry date 02/09/01]

2/13/01  266    MOTION by Mohammed Samhan for Leonard Fenn to withdraw as
                attorney (kw) [Entry date 02/15/01]

2/14/01  267    RESPONSE by USA  as to Mutasem Al-Salhi re [243-1] motion
                to dismiss indictment (kw) [Entry date 02/15/01]

2/16/01  268    NOTICE of Hearing as to Zuhair Mahumud Rabei :  set Nebbia
                Hearing for 9:30 2/21/01 for Zuhair Mahumud Rabei  before
                Magistrate Ann E. Vitunac (kw) [Entry date 02/20/01]

2/20/01  269    ORDER as to Mohammed Samhan  granting [266-1] motion for
                Leonard Fenn to withdraw as attorney ( Signed by Magistrate
                Ann E. Vitunac on 2/20/01) CCAP [EOD Date: 2/21/01] CCAPΔ

*Vol #2 Cont.*

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                        INTERP
        (kw) [Entry date 02/21/01]

2/21/01   270   Minutes of second nebbia hearing (to substitute property)
                held on 2/21/01 before Magistrate Ann E. Vitunac as to
                Zuhair Mahumud Rabei ; Tape #: AEV 01-7-3800 01-8-60  (kw)
                [Entry date 02/22/01]

2/21/01   271   REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                to Mutasem Al-Salhi recommending that [243-1] motion to
                dismiss indictment as to Mutasem Al-Salhi (5) be granted.
                Motion no longer referred.  Signed on: 2/21/01 Objections
                to R and R due by 3/3/01 CCAP  (kw) [Entry date 02/22/01]

2/22/01   272   CSB BOND entered by Zuhair Mahumud Rabei  in  Amount $
                100,000.00 (Surety Information: Ranger Insurance , Almand
                Asad , PO Box 2807 Houston, TX 77252)    Approved by
                Magistrate Ann E. Vitunac .  Surrender passports/travel
                documents;  Full-time employment;   Avoid victims/witnesses;
                   No firearms/weapons;  Additional conditions: do not move
                without court permission and travel restricted to S/D of TX
                and S/D of Fl. for court appearances and meet with counsel,
                must reside at 10157 Westview Drive # 26 Houston, TX. 77043
                (kw) [Entry date 02/22/01]

2/27/01  (273)  SUPERSEDING INDICTMENT as to  Thomas Narog (1) count(s)
                1s, 2s, 3s-5s, 6s, 7s, 8s, 9s-14s, Ghandi Jaber (2)
                count(s) 1s, 6s, 8s, 10s-11s, Ahmad Almasri (3) count(s)
                1s, 10s, Nadia Almasri (4) count(s) 1s, 10s, Saber
                Abdelmuti (6) count(s) 1s, 10s, Raed Naser Aldin (7)
                count(s) 1s, 11s, Nabil Aquil (8) count(s) 1s, 11s, Nizar
                Fneiche (9) count(s) 1s, 11s, Motlaq Jaber (10) count(s)
                1s, 6s, 8s, 11s, Terek Zaki Abu-Lawi (11) count(s) 1s, 6s,
                Rabah El Haddad (12) count(s) 1s, 2s, 11s, 12s, 14s, Zuhair
                Mahumud Rabei (13) count(s) 1s, 10s, Mohammed Samhan (14)
                count(s) 1s, 2s, 11s, 12s, 14s (Criminal Category 3) (kw)
                [Entry date 03/01/01]

3/1/01   (274)  Minutes of motion to supress statements held on 3/1/01
                before Magistrate Ann E. Vitunac as to Thomas Narog ;
                Court Reporter Name or Tape #: AEV 01-15-1 and Kim Mesfun
                (kw) [Entry date 03/02/01]

3/7/01   (275)  NOTICE of Hearing as to Thomas Narog, Ghandi Jaber, Ahmad
                Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin,
                Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Zuhair Mahumud
                Rabei, Mohammed Samhan :  set Arraignment for 10:00
                3/14/01 before Magistrate Ann E. Vitunac (kw)
                [Entry date 03/07/01]

3/7/01   (276)  RESPONSE by USA  as to Thomas Narog re [261-1] motion to
                quash search warrants (kw) [Entry date 03/08/01]

Vol #2 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

3/13/01  277   ORDER adopting as to Mutasem Al-Salhi [271-1] report and
               recommendations  granting [243-1] motion to dismiss
               indictment as to Mutasem Al-Salhi (5) ( Signed by Judge
               Daniel T. K. Hurley on 3/12/01) CCAP [EOD Date: 3/14/01]
               CCAP (kw) [Entry date 03/14/01]

3/13/01  --    DISMISSAL of Count(s) on Court or Defendant Motion as to
               Mutasem Al-Salhi   Terminated motions:  Counts Dismissed:
               Mutasem Al-Salhi (5) count(s) 1, 2, 3 (kw)
               [Entry date 03/14/01]

3/13/01  278    Bench WARRANT issued as to Ghandi Jaber .    Warrant
               issued by Magistrate Ann E. Vitunac   Bail fixed at no bond
               (kw) [Entry date 03/14/01]

3/14/01  279    Bench WARRANT issued as to Nizar Fneiche .    Warrant
               issued by Magistrate Ann E. Vitunac   Bail fixed at no bond
               (kw) [Entry date 03/14/01]

3/14/01  280    Arrest WARRANT issued as to Nabil Aquil .    Warrant
               issued by Magistrate Ann E. Vitunac   Bail fixed at no bond
               (kw) [Entry date 03/14/01]

3/14/01  281   ARRAIGNMENT INFORMATION SHEET for Rabah El Haddad (12)
               count(s) 1s, 2s, 11s, 12s, 14s   NOT GUILTY PLEA ENTERED as
               to all counts. Court accepts plea. (kw)
               [Entry date 03/15/01]

3/14/01  282   ARRAIGNMENT INFORMATION SHEET for Mohammed Samhan (14)
               count(s) 1s, 2s, 11s, 12s, 14s   NOT GUILTY PLEA ENTERED as
               to all counts. Court accepts plea. (kw)
               [Entry date 03/15/01]

3/14/01  283   ARRAIGNMENT INFORMATION SHEET for Saber Abdelmuti (6)
               count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (kw) [Entry date 03/15/01]

3/14/01  284   ARRAIGNMENT INFORMATION SHEET for Raed Naser Aldin (7)
               count(s) 1s, 11s   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (kw) [Entry date 03/15/01]

3/14/01  285   ARRAIGNMENT INFORMATION SHEET for Thomas Narog (1) count(s)
               1s, 2s, 3s-5s, 6s, 8s, 7s, 9s-14s   NOT GUILTY PLEA ENTERED
               as to all counts. Court accepts plea. (kw)
               [Entry date 03/15/01]

3/14/01  286   ARRAIGNMENT INFORMATION SHEET for Zuhair Mahumud Rabei (13)
               count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (kw) [Entry date 03/15/01]

Proceedings include all events.      *Vol #2 Cont.*                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

3/14/01  287    ORDER enlarging conditions of bond to permit defendant to
                remove permanently his electronic monitoring device, and
                that defendant maintain an active cel phone for pretrial
                purposes as to Saber Abdelmuti ( Signed by Magistrate Ann
                E. Vitunac ) CCAP [EOD Date: 3/15/01] CCAPΔ (kw)
                [Entry date 03/15/01]

3/14/01  288    MOTION by Saber Abdelmuti to enlarge bond conditions Bond
                (kw) [Entry date 03/15/01]

3/14/01  (289)  REPORT AND RECOMMENDATIONS of Magistrate Ann E. Vitunac as
                to Thomas Narog recommending that [231-1] motion to
                suppress statements as to Thomas Narog (1) be denied.
                Motion no longer referred.  Signed on: 3/15/01 Objections
                to R and R due by 3/24/01  CCAP (kw) [Entry date 03/15/01]

3/14/01  (290)  ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Thomas Narog, Saber Abdelmuti, Raed Naser Aldin,
                Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
                Status conference set for 9:30 4/16/01  before Magistrate
                Ann E. Vitunac ( Signed by Magistrate Ann E. Vitunac on
                3/14/01) CCAP [EOD Date: 3/15/01] CCAP (kw)
                [Entry date 03/15/01]

3/14/01  (291)  STANDING DISCOVERY ORDER as to Thomas Narog, Saber
                Abdelmuti, Raed Naser Aldin, Rabah El Haddad, Zuhair
                Mahumud Rabei, Mohammed Samhan   all motions concerning
                matters not covered by this order must be filed within 28
                days of this order ( Signed by Magistrate Ann E. Vitunac on
                3/14/01) CCAP (kw) [Entry date 03/15/01]

3/15/01  292    MOTION by Rabah El Haddad to Modify Conditions of Release
                (kw) [Entry date 03/15/01]

3/15/01  (293)  Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Mohammed
                Samhan ; Tape #: AEV 01-16-3400 (kw) [Entry date 03/15/01]

3/15/01  294    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Rabah El
                Haddad ; Tape #: AEV 01-17-724 (kw) [Entry date 03/15/01]

3/15/01  (295)  Minutes of arraignment on superseding indictment not held on
                3/14/01, defendant not present, warrant issued before
                Magistrate Ann E. Vitunac as to Nizar ; Tape #: AEV
                01-16-3368 (kw) [Entry date 03/15/01]
                [Edit date 03/15/01]

3/15/01  296    Minutes of arraignment on superseding indictment not held
                on 3/14/01 before Magistrate Ann E. Vitunac as to Nabil
                Aquil ; defendant not present; warrant issued Tape #: AEV
                01-16-330 (kw) [Entry date 03/15/01]

Vol #2 Cont.

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                                   PRIOR  APPEAL
                                                                            INTERP

3/15/01  297    Minutes of arraignment on superseding indictment not held
                on 3/14/01 before Magistrate Ann E. Vitunac as to Ghandi
                Jaber ;defendant not present; warrant issued; Tape #: AEV
                01-16-3247 (kw) [Entry date 03/15/01]

3/15/01  298    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Thomas Narog
                ; Tape #: AEV 01-16-3037 AEV 01-17-1 (kw)
                [Entry date 03/15/01]

3/15/01  299    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Raed Naser
                Aldin ; Tape #: AEV 01-16-2987 (kw) [Entry date 03/15/01]

3/15/01  300    Minutes of arraignment on superseding ind held on 3/14/01
                before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                Tape #: AEV 01-16-2904 (kw) [Entry date 03/15/01]

3/15/01  301    Minutes of arraignment on superseding ind held on 3/14/01
                before Magistrate Ann E. Vitunac as to Saber Abdelmuti ;
                Tape #: AEV 01-16-2745 (kw) [Entry date 03/15/01]

3/15/01  302    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Nadia
                Almasri ; Tape #: AEV 01-16-2327 (kw) [Entry date 03/15/01]

3/15/01  303    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Ahmad
                Almasri ; Tape #: AEV 01-16-2327 (kw) [Entry date 03/15/01]

3/15/01  304    ORDER as to Nadia Almasri for Appointment of Public
                Defender ( Signed by Magistrate Ann E. Vitunac on 3/14/01)
                CCAP [EOD Date: 3/15/01] CCAPˆ (kw) [Entry date 03/15/01]

3/15/01  305    ORDER as to Rabah El Haddad  granting [292-1] motion to
                Modify Conditions of Release as to Rabah El Haddad (12) (
                Signed by Magistrate Ann E. Vitunac on 3/15/01) CCAP [EOD
                Date: 3/15/01] CCAPˆ (kw) [Entry date 03/15/01]

3/15/01  306    NOTICE of Unavailabilty by Thomas Narog  for dates of:
                4/12/01-4/22/01 and 7/26/01-8/19/01 (kw)
                [Entry date 03/16/01]

3/16/01  307    Minutes of arraignment on superseding held on 3/16/01
                before Magistrate Ann E. Vitunac as to Nadia Almasri ; Tape
                #: AEV 01-17-871 (kw) [Entry date 03/16/01]

3/16/01  308    Minutes of status re: counsel and arraignment on
                superseding indictment held on 3/16/01 before Magistrate
                Ann E. Vitunac as to Ahmad Almasri ; Tape #: AEV 01-17-958
                (kw) [Entry date 03/16/01]

Docket as of January 31, 2003 8:51 am                      Page 50

Vol #2 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR  APPEAL
                                                                     INTERP

3/16/01   309    CJA 20 as to Ahmad Almasri : Appointment of Attorney Howard
                 Leslie Greitzer ( Signed by Magistrate Ann E. Vitunac  on
                 3/16/01) (kw) [Entry date 03/16/01]

3/16/01   310    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Ahmad Almasri, Nadia Almasri   Status conference set
                 for 9:30 4/16/01 for Ahmad Almasri, for Nadia Almasri
                 before Magistrate Ann E. Vitunac ( Signed by Magistrate Ann
                 E. Vitunac on 3/16/01) CCAP [EOD Date: 3/16/01]  CCAP (kw)
                 [Entry date 03/16/01]

3/16/01   311    RESPONSE to Standing Discovery Order by USA  as to Ahmad
                 Almasri, Nadia Almasri (kw) [Entry date 03/16/01]

3/16/01   312    ARRAIGNMENT INFORMATION SHEET for Ahmad Almasri (3)
                 count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 03/16/01]

3/16/01   313    ARRAIGNMENT INFORMATION SHEET for Nadia Almasri (4)
                 count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 03/16/01]

3/16/01   314    MOTION by Zuhair Mahumud Rabei to permit change of address
          (kw) [Entry date 03/16/01]

3/16/01   315    NOTICE of adoption of motions filed by Thomas Narog by
                 Nizar Fneiche (kw) [Entry date 03/19/01]

3/16/01   --     Motion(s) joined by Nizar Fneiche : joinder in [222-1]
                 motion for Brady Material, joinder in [229-1] motion for
                 discovery, joinder in [229-2] motion for Brady Material (kw)
                 [Entry date 03/19/01]

3/16/01   316    MOTION by Nabil Aquil to continue arraignment, andto
                 quash warrant of March 14, 2001 (kw) [Entry date 03/19/01]

3/16/01   317    MOTION by Nizar Fneiche to continue arraignment, and to
                 quash warrant of March 14, 2001 (kw) [Entry date 03/19/01]

3/19/01   318    Minutes of report re: quashing warrant and arraignment on
                 superseding indictment held on 3/19/01 before Ch.
                 Magistrate Judge Linnea R. Johnson as to Nabil Aquil ;
                 Court Reporter Name or Tape #: LRJ-01-17-864 (kw)
                 [Entry date 03/20/01]

3/19/01   319    Minutes of report re: quashing warrant & arraignment on
                 superseding indictment held on 3/19/01 before Ch.
                 Magistrate Judge Linnea R. Johnson as to Nizar Fneiche ;
                 Court Reporter Name or Tape #: LRJ-01-17-864 (kw)
                 [Entry date 03/20/01]

Vol # 2 Cont

```
Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR      APPEAL
                                                                 INTERP
```

3/19/01  (320)  ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin, Nabil
                Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi,
                Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
                set Jury trial for 4/2/01    before Judge Daniel T. K.
                Hurley, and  set calendar call for 1:30 3/23/01 .
                before Judge Daniel T. K. Hurley, and to Continue in
                Interest of Justice ( Signed by Judge Daniel T. K. Hurley
                on 3/17/01) CCAP [EOD Date: 3/20/01] CCAPΔ (kw)
                [Entry date 03/20/01]

3/19/01  (322)  NOTICE  intent to use expert witness' memorandum of law of
                by Mohammed Samhan (pa) [Entry date 03/21/01]

3/19/01  (323)  Specially Requested  Voir Dire Questions to the prospective
                jurors, by Mohammed Samhan as to Mohammed Samhan (pa)
                [Entry date 03/21/01]

3/20/01  (321)  STANDING DISCOVERY ORDER as to Nabil Aquil, Nizar Fneiche
                all motions concerning matters not covered by this order
                must be filed within 28 days of this order ( Signed by Ch.
                Magistrate Judge Linnea R. Johnson on 3/19/01)  Tape #
                LRJ-01  CCAP (pa) [Entry date 03/21/01]

3/20/01  (324)  ARRAIGNMENT INFORMATION SHEET for Nizar Fneiche (9)
                count(s) 1s, 11s  NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (pa) [Entry date 03/21/01]

3/20/01  325   ARRAIGNMENT INFORMATION SHEET for Nabil Aquil (8) count(s)
                1s, 11s  NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (pa) [Entry date 03/21/01]

3/20/01  (326)  ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Nabil Aquil, Nizar Fneiche   Status conference set
                for 9:30 4/16/01 before Magistrate Ann E. Vitunac ( Signed
                by Ch. Magistrate Judge Linnea R. Johnson on 3/19/01) CCAP
                [EOD Date: 3/21/01] (pa) [Entry date 03/21/01]

3/21/01  327   NOTICE of Assignment of Assistant Public Defender for Nadia
                Almasri . Terminated attorney Public Defender for Nadia
                Almasri, attorney Richard Douglas Docobo for Nadia Almasri,
                attorney Mark E. NeJame for Nadia Almasri AFPD Robert E.
                Adler assigned. (kw) [Entry date 03/22/01]

3/21/01  328   DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                Nadia Almasri (kw) [Entry date 03/22/01]

3/21/01  329   DEMAND FOR DISCLOSURE of Witness by Nadia Almasri (kw)
                [Entry date 03/22/01]

Vol #2 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

3/21/01  330   ORDER as to Nabil Aquil  mooting [316-1] motion to continue
               arraignment as to Nabil Aquil (8), granting [316-2] motion
               to quash warrant of March 14, 2001 as to Nabil Aquil (8) (
               Signed by Ch. Magistrate Judge Linnea R. Johnson on
               3/19/01) CCAP [EOD Date: 3/22/01] CCAP△ (kw)
               [Entry date 03/22/01]

3/21/01  (331) ORDER as to Nizar Fneiche  mooting [317-1] motion to
               continue arraignment as to Nizar Fneiche (9), granting
               [317-2] motion to quash warrant of March 14, 2001 as to
               Nizar Fneiche (9) ( Signed by Ch. Magistrate Judge Linnea
               R. Johnson on 3/19/01) CCAP [EOD Date: 3/22/01] CCAP△ (kw)
               [Entry date 03/22/01]

3/21/01  (332) OBJECTION by Thomas Narog  to [289-1] report and
               recommendations (kw) [Entry date 03/23/01]

3/21/01  350   Letter by attorney Mark NeJame in compliance with court
               order regarding fees: by Ahmad Almasri, Nadia Almasri with
               (kw) [Entry date 04/05/01]

3/23/01  (333) UNOPPOSED MOTION by USA  as to Thomas Narog to continue
               suppression hearing (pa) [Entry date 03/26/01]

3/26/01  334   NOTICE of Unavailabilty by Ahmad Almasri  for dates of:
               4/9/01-4/13/01 (kw) [Entry date 03/27/01]

3/26/01  335   NOTICE of change of plea hearing scheduled for 3/28/01 @
               1:30 by Saber Abdelmuti (kw) [Entry date 03/27/01]

3/26/01  336   ORDER PERMITTING DEFENDANT RABEI TO CHANGE ADDRESS as to
               Zuhair Mahumud Rabei ( Signed by Magistrate Ann E. Vitunac
               on 3/26/01) CCAP [EOD Date: 3/27/01] CCAP△ (kw)
               [Entry date 03/27/01]

3/26/01  (337) ORDER RE: BOND ENLARGMENT; defendant will no longer be
               required to wear an electronic monitoring device or adhere
               to curfew as to Mohammed Samhan ( Signed by Magistrate Ann
               E. Vitunac on 3/26/01) CCAP [EOD Date: 3/27/01] CCAP△ (kw)
               [Entry date 03/27/01]

3/28/01  338   NOTICE of Appearance for Nadia Almasri by Attorney Richard
               Docobo (kw) [Entry date 03/29/01]

3/28/01  (339) ORDER adopting as to Thomas Narog [289-1] report and
               recommendations  denying [261-2] motion to suppress
               evidence and statements as to Thomas Narog (1) ( Signed by
               Judge Daniel T. K. Hurley on 3/28/01) CCAP [EOD Date:
               3/29/01] CCAP (kw) [Entry date 03/29/01]

3/28/01  340   Plea Agreement as to Saber Abdelmuti (kw)
               [Entry date 03/29/01]

Vol # 2 Cont.

Proceedings include all events.                                           AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR    APPEAL
                                                                   INTERP

3/28/01  --    PLEA entered by Saber Abdelmuti . Court accepts plea.
               GUILTY: Saber Abdelmuti (6) count(s) 1s (kw)
               [Entry date 03/29/01]

3/28/01  341   NOTICE of Hearing as to Saber Abdelmuti :  set Sentencing
               for 9:30 6/22/01 for Saber Abdelmuti   before Judge Daniel
               T. K. Hurley (kw) [Entry date 03/29/01]

3/28/01  343   Minutes of change of plea held on 3/28/01  before Judge
               Daniel T. K. Hurley as to Saber Abdelmuti ;  Court Reporter
               Name or Tape #: Pauline Stipes (kw) [Entry date 03/30/01]

3/29/01  342   ORDER as to Thomas Narog  granting [333-1] motion to
               continue suppression hearing as to Thomas Narog (1) (
               Signed by Magistrate Ann E. Vitunac on 3/28/01) CCAP [EOD
               Date: 3/29/01] CCAPΔ (kw) [Entry date 03/29/01]

3/29/01  344   ORDER GRANTING CONTINUANCE OF MOTION TO SUPPRESS HEARING as
               to Thomas Narog ( Signed by Magistrate Ann E. Vitunac on
               3/29/01) CCAP [EOD Date: 3/30/01] CCAPΔ (kw)
               [Entry date 03/30/01]

3/30/01  345   MOTION by Thomas Narog to continue motion to suppress
               hearing (kw) [Entry date 04/02/01]

4/2/01   346   NOTICE of Appearance for Ahmad Almasri by Attorney Francis
               Wesley Blankner Sr. (kw) [Entry date 04/03/01]

4/3/01   347   Minutes of Leon Hearing held on 4/3/01  before Magistrate
               Ann E. Vitunac as to Thomas Narog ;  Court Reporter Name or
               Tape #: AEV 01-23-1 and Paul Haferling (kw)
               [Entry date 04/03/01]

4/4/01   348   MOTION by Ahmad Almasri to substitute F. Wesley Blankner,
               Jr. as Attorney (kw) [Entry date 04/05/01]

4/5/01   349   ORDER directing all monies are to be returned to the
               Almasri's as to Ahmad Almasri, Nadia Almasri ( Signed by
               Magistrate Ann E. Vitunac on 4/5/01) CCAP [EOD Date:
               4/5/01] CCAPΔ (kw) [Entry date 04/05/01]

4/5/01   351   ORDER FOR SUBSTITUTION OF COUNSEL as to Ahmad Almasri
               granting [348-1] motion to substitute F. Wesley Blankner,
               Jr. as Attorney as to Ahmad Almasri (3) ( Signed by
               Magistrate Ann E. Vitunac on 4/5/01) CCAP [EOD Date:
               4/5/01] CCAPΔ (kw) [Entry date 04/05/01]

4/6/01   352   Plea Agreement as to Zuhair Mahumud Rabei (kw)
               [Entry date 04/09/01]

4/6/01   --    PLEA entered by Zuhair Mahumud Rabei . Court accepts plea.
               GUILTY: Zuhair Mahumud Rabei (13) count(s) 1s (kw)
               [Entry date 04/09/01]

Vol #2 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP
```

4/6/01    353    Minutes of change of plea held on 4/6/01  before Judge
                 Daniel T. K. Hurley as to Zuhair Mahumud Rabei ;  Court
                 Reporter Name  Pauline Stipes (kw) [Entry date 04/09/01]

4/6/01    354    NOTICE of Hearing as to Zuhair Mahumud Rabei :  set
                 Sentencing for 9:30 7/13/01 for Zuhair Mahumud Rabei before
                 Judge Daniel T. K. Hurley (kw) [Entry date 04/09/01]

4/9/01    355    MOTION by Nadia Almasri for termination of appointment of
                 counsel (kw) [Entry date 04/10/01]

4/10/01   356    ORDER granting ore tenus motion to remove monitor as to
                 Thomas Narog ( Signed by Magistrate Ann E. Vitunac on
                 4/10/01) CCAP [EOD Date: 4/11/01] CCAPΔ (kw)
                 [Entry date 04/11/01]

4/10/01   357    ORDER as to Nadia Almasri  granting [355-1] motion for
                 termination of appointment of counsel as to Nadia Almasri
                 (4) ( Signed by Magistrate Ann E. Vitunac on 4/10/01) CCAP
                 [EOD Date: 4/11/01] CCAPΔ (kw) [Entry date 04/11/01]

4/10/01   358    MOTION by Thomas Narog to Adopt all Motions filed to
                 original indictment (kw) [Entry date 04/12/01]

4/11/01   359    REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                 to Thomas Narog recommending that be denied. Motion no
                 longer referred.  Signed on: 4/11/01 Objections to R and R
                 due by 4/23/01  CCAP (kw) [Entry date 04/12/01]

4/11/01   360    RESPONSE to Standing Discovery Order by USA  as to Ahmad
                 Almasri, Nadia Almasri (kw) [Entry date 04/12/01]

4/11/01   361    RESPONSE by Mark E. NeJame as to Thomas Narog  in
                 opposition to [349-1] order (kw) [Entry date 04/12/01]

4/16/01   362    MOTION to seal accompanying defense document (pa)
                 [Entry date 04/16/01]

4/16/01   363    ORDER as to Thomas Narog  granting [358-1] motion to Adopt
                 all Motions filed to original indictment as to Thomas Narog
                 (1) ( Signed by Magistrate Ann E. Vitunac on 4/16/01) CCAP
                 [EOD Date: 4/17/01] CCAPΔ (kw) [Entry date 04/17/01]

4/16/01   364    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Rabah El Haddad ;
                 Court Reporter Name : AEV 01-24-1 (kw) [Entry date 04/17/01]

4/16/01   365    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Thomas Narog ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

Docket as of January 31, 2003 8:51 am                    Page 55

Vol #2 Cont.

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP

4/16/01  (366)   Minutes of status/discovery held on 4/16/01  before
                 Magistrate Ann E. Vitunac as to Raed Naser Aldin ;  Court
                 Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01  367     Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01  368     Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Saber Abdelmuti ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01  (369)   Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Mohammed Samhan ;
                 Tape #: AEV 01-24-1 (kw) [Entry date 04/17/01]

4/16/01  (370)   Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Nizar Fneiche ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw) — Sealed
                 [Entry date 04/17/01]                             Document

4/16/01  371     Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Nabil Aquil ;  Court
                 Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/18/01  (373)   SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as
                 to Mohammed Samhan (kw) [Entry date 04/19/01]

4/19/01  (372)   SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 04/19/01]

4/23/01  (374)   Exhibit and Witness List as to Thomas Narog (kw)
                 [Entry date 04/24/01]

4/23/01  (375)   OBJECTION by Thomas Narog  to [359-1] report and
                 recommendations (kw) [Entry date 04/24/01]

4/26/01  (376)   SUPPLEMENT by USA as to Mohammed Samhan  to: [373-1] order
                 response (kw) [Entry date 04/26/01]

5/4/01   (377)   MOTION by Raed Naser Aldin to suppress statements (kw)
                 [Entry date 05/08/01]

5/9/01   (378)   NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
                 before Magistrate Ann E. Vitunac set for 10:00 5/24/01 for
                 Raed Naser Aldin for [377-1] motion to suppress statements
                 (kw) [Entry date 05/09/01]

End of Vol #2

*Begin Vol #3*

Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al

AEV
PRIOR  APPEAL
INTERP

5/14/01 (379)  ORDER adopting as to Thomas Narog [359-1] report and
recommendations  denying [261-1] motion to quash search
warrants as to Thomas Narog (1), ( Signed by Judge Daniel
T. K. Hurley on 5/14/01) CCAP [EOD Date: 5/15/01] CCAP (kw)
[Entry date 05/15/01]

5/21/01 (380)  RESPONSE by USA  as to Raed Naser Aldin re [377-1] motion
to suppress statements (kw) [Entry date 05/22/01]

5/22/01 (381)  NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
before Magistrate Ann E. Vitunac set for 9:30 5/30/01 for
Raed Naser Aldin for [377-1] motion to suppress statements
(kw) [Entry date 05/23/01]

5/22/01 (382)  MOTION by USA  as to Raed Naser Aldin to continue
suppression hearing (kw) [Entry date 05/23/01]

5/23/01 (384)  NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
before Magistrate Ann E. Vitunac set for 10:00 6/11/01 for
Raed Naser Aldin for [377-1] motion to suppress statements
(kw) [Entry date 05/24/01]

5/24/01 (383)  ORDER as to Raed Naser Aldin  granting [382-1] motion to
continue suppression hearing as to Raed Naser Aldin (7) (
Signed by Magistrate Ann E. Vitunac on 5/23/01) CCAP [EOD
Date: 5/24/01] CCAP△ (kw) [Entry date 05/24/01]

5/29/01 (385)  TRIAL BRIEF by Mohammed Samhan (kw) [Entry date 05/30/01]

5/30/01 (386)  ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
Nadia Almasri, Raed Naser Aldin, Nabil Aquil, Nizar
Fneiche, Rabah El Haddad, Mohammed Samhan  set status
conference for 8:45 6/5/01 before Judge Daniel T. K.
Hurley ( Signed by Judge Daniel T. K. Hurley on 5/29/01)
CCAP [EOD Date: 5/30/01] CCAP△ (kw) [Entry date 05/30/01]

5/30/01 (387)  MOTION by Thomas Narog to continue trial (kw)
[Entry date 05/31/01]

5/30/01 (388)  ARREST WARRANT Returned Unexecuted as to Nizar Fneiche (ch)
[Entry date 05/31/01]

5/31/01 (389)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
[Entry date 06/01/01]

5/31/01 (390)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
[Entry date 06/01/01]

5/31/01 (391)  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
testificandum for Khaled Al-Hababih to appear as a witness
in a trial set for 6/11/01 @9:00 as to Thomas Narog (kw)
[Entry date 06/01/01]

6/1/01  392  MOTION by Rabah El Haddad to Travel (kw)

Docket as of January 31, 2003 8:51 am                Page 57

Vol #3 Cont

Proceedings include all events.                                                      AEV
0:00cr6211-ALL USA v. Narog, et al                                    PRIOR  APPEAL
                                                                             INTERP
        [Entry date 06/01/01]

6/4/01    393    WRIT of Habeas Corpus ad Testificandum issued for Khaled
                 Al-Hababih for 6/11/01 in caseas to Thomas Narog granting
                 [391-1] petition as to Thomas Narog (1)  ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on 6/4/01) CCAP [EOD
                 Date: 6/4/01] (kw) [Entry date 06/04/01]

6/4/01    394    ORDER as to Rabah El Haddad  granting [392-1] motion to
                 Travel as to Rabah El Haddad (12) to travel to Talos Hills,
                 Illinois is GRANTED. (Signed by Magistrate Ann E. Vitunac
                 on 06/04/01) CCAP [EOD Date: 6/4/01] CCAP△ (at)
                 [Entry date 06/04/01]

6/6/01    395    ORDER TO SEAL: ORDER as to Raed Naser Aldin  granting
                 [362-1] motion to seal accompanying defense document as to
                 Raed Naser Aldin (7) until the end of trial. (Document in
                 vault) (Signed by Judge Daniel T. K. Hurley on 6/4/01) CCAP
                 [EOD Date: 6/6/01] (pa) [Entry date 06/06/01]
                 [Edit date 06/06/01]

6/6/01    396    MOTION by Mohammed Samhan to sever (kw)
                 [Entry date 06/07/01]

6/6/01    397    ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                 Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin, Nabil
                 Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi,
                 Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
                 set Jury trial for 10/9/01 before Judge Daniel T. K.
                 Hurley, and  set calendar call for 1:30 9/28/01 before
                 Judge Daniel T. K. Hurley, and to Continue in Interest of
                 Justice ( Signed by Judge Daniel T. K. Hurley on 6/6/01)
                 CCAP [EOD Date: 6/7/01] CCAPΔ (kw) [Entry date 06/07/01]

6/11/01   398    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Mohammed Samhan    Status conference set for 11:30
                 6/15/01 before Judge Daniel T. K. Hurley ( Signed by Judge
                 Daniel T. K. Hurley on 6/11/01) CCAP [EOD Date: 6/11/01]
                 CCAP (kw) [Entry date 06/11/01]

6/11/01   399    Minutes of motion to supress statements held on 6/11/01
                 before Magistrate Ann E. Vitunac as to Raed Naser Aldin ;
                 Tape #: AEV 01-51-94, 01-52-1 and Kimberly Mesfun (kw)
                 [Entry date 06/11/01] [Edit date 06/11/01]

6/13/01   400    RESPONSE by USA  as to Mohammed Samhan re [396-1] motion to
                 sever (kw) [Entry date 06/13/01]

6/14/01   401    REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                 to Raed Naser Aldin recommending that [377-1] motion to
                 suppress statements as to Raed Naser Aldin (7) be DENIED.
                 Motion no longer referred.  Signed on: 6/14/01 Objections
                 to R and R due by 6/25/01  CCAP (kw) [Entry date 06/14/01]

Vol # 3 Cont

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP

6/18/01  (402)   NOTICE of Change of Address of Attorney by Raed Naser Aldin
                 (kw) [Entry date 06/19/01]

6/18/01  (403)   MOTION by Raed Naser Aldin to sever (kw)
                 [Entry date 06/19/01]

6/19/01   404    OBJECTION by Zuhair Mahumud Rabei  to Presentence
                 Investigation Report (kw) [Entry date 06/19/01]

6/20/01   405    MOTION by Saber Abdelmuti to continue sentencing (kw)
                 [Entry date 06/20/01]

6/20/01  (406)   ORDER as to Raed Naser Aldin  denying [403-1] motion to
                 sever as to Raed Naser Aldin (7) ( Signed by Judge Daniel
                 T. K. Hurley on 6/20/01) CCAP [EOD Date: 6/20/01] CCAPΔ (kw)
                 [Entry date 06/20/01]

6/20/01  (407)   ORDER DENYING MOTION TO SEVER as to Mohammed Samhan denying
                 [396-1] motion to sever as to Mohammed Samhan (14) ( Signed
                 by Judge Daniel T. K. Hurley on 6/20/01) CCAP [EOD Date:
                 6/20/01] CCAPΔ (kw) [Entry date 06/20/01]

6/21/01  (408)   OBJECTION by Raed Naser Aldin  to [401-1] report and
                 recommendations (kw) [Entry date 06/21/01]

6/21/01   409    ORDER GRANTING MOTION TO CONTINUE AND RESETTING SENTENCING
                 HEARING as to Saber Abdelmuti granting [405-1] motion to
                 continue sentencing as to Saber Abdelmuti (6)  set
                 Sentencing for 3:30 10/19/01 for Saber Abdelmuti  before
                 Judge Daniel T. K. Hurley in West Palm Beach ( Signed by
                 Judge Daniel T. K. Hurley on 6/21/01) CCAP [EOD Date:
                 6/21/01] CCAPΔ (kw) [Entry date 06/21/01]

7/5/01   (410)   ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
                 adopting as to Raed Naser Aldin [401-1] report and
                 recommendations  denying [377-1] motion to suppress
                 statements as to Raed Naser Aldin (7) ( Signed by Judge
                 Daniel T. K. Hurley on 7/5/01) [EOD Date: 7/5/01] CCAP (kw)
                 [Entry date 07/05/01]

7/6/01    411    UNOPPOSED MOTION TO CONTINUE SENTENCING by Zuhair Mahumud
                 Rabei to continue sentencing (kw) [Entry date 07/06/01]

7/10/01   412    ORDER CONTINUING SENTENCING as to Zuhair Mahumud Rabei
                 granting [411-1] motion to continue sentencing as to Zuhair
                 Mahumud Rabei (13)  set Sentencing for 9:30 12/7/01 for
                 Zuhair Mahumud Rabei before Judge Daniel T. K. Hurley (
                 Signed by Judge Daniel T. K. Hurley on 7/10/01) [EOD Date:
                 7/11/01] CCAPΔ (kw) [Entry date 07/11/01]

*Vol #3 Cont.*

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

| 8/13/01 | (413) | ORDER SETTING STATUS CONFERENCE: ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan set status conference for 8:40 8/20/01 for before Judge Daniel T. K. Hurley (Signed by Judge Daniel T. K. Hurley on 8/11/01) [EOD Date: 8/14/01] CCAPΔ (pa) [Entry date 08/14/01] |
|---|---|---|

| 8/17/01 | 414 | TRANSCRIPT filed as to Raed Naser Aldin  of motion to suppress held 6/11/01  before Judge Vitunac  Volume #: 1  Pages: 1-87 (kw) [Entry date 08/21/01]  *Vol #* |
|---|---|---|

| 9/4/01 | (415) | MOTION by Thomas Narog to Travel (kw) [Entry date 09/05/01] |
|---|---|---|
| 9/6/01 | (416) | ORDER as to Thomas Narog  granting [415-1] motion to Travel as to Thomas Narog (1) ( Signed by Ch. Magistrate Judge Linnea R. Johnson on 9/6/01) [EOD Date: 9/7/01] CCAPΔ (kw) [Entry date 09/07/01] |
| 9/7/01 | (417) | NOTICE of Hearing as to Thomas Narog, Ghandi Jaber, Ahmad Almasri, Nadia Almasri, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan :  set status conference for 11:00 9/13/01 before Magistrate Ann E. Vitunac (kw) [Entry date 09/10/01] |
| 9/13/01 | 418 | Minutes of status conference held on 9/13/01  before Magistrate Ann E. Vitunac as to Ghandi Jaber ;  Court Reporter Name or Tape #: AEV 01-68-240 (kw) [Entry date 09/14/01] |
| 9/13/01 | (419) | Minutes of status conference held on 9/13/01. before Magistrate Ann E. Vitunac as to Nizar Fneiche ;  Court Reporter Name or Tape #: AEV 01-68-240 (kw) [Entry date 09/14/01] |
| 9/13/01 | 420 | Minutes of status conference held on 9/13/01  before Magistrate Ann E. Vitunac as to Rabah El Haddad ;  Court Reporter Name or Tape #: AEV 01-68-240 (kw) [Entry date 09/14/01] |
| 9/13/01 | (421) | Minutes of status conference held on 9/13/01  before Magistrate Ann E. Vitunac as to Mohammed Samhan ;  Court Reporter Name or Tape #: AEV 01-68-240 (kw) [Entry date 09/14/01] |
| 9/13/01 | (422) | Minutes of status conference held on 9/13/01  before Magistrate Ann E. Vitunac as to Thomas Narog ;  Court Reporter Name or Tape #: AEV 01-68-240 (kw) [Entry date 09/14/01] |
| 9/13/01 | 423 | Minutes of status conference held on 9/13/01  before Magistrate Ann E. Vitunac as to Ahmad Almasri ;  Court Reporter Name or Tape #: AEV 01-68-240 (kw) |

Vol #3 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
                   [Entry date 09/14/01]

9/13/01   424    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Nadia Almasri ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/13/01   425    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Raed Naser Aldin ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/13/01   426    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Nabil Aquil ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/24/01   427    NOTICE of Reassignment of US Attorney. Terminated attorney
                 Laurence M. Bardfeld for USA Added Thomas Anthony O'Malley
                 (kw) [Entry date 09/25/01]

9/25/01   428    MOTION by Thomas Narog to continue trial due to
                 exceptional circumstances (kw) [Entry date 09/26/01]

9/26/01   429    MOTION by Rabah El Haddad to continue trial (kw)
                 [Entry date 09/26/01]

9/26/01   430    MOTION by Rabah El Haddad to Travel (kw)
                 [Entry date 09/26/01]

9/26/01   431    NOTICE of filing certificate of service of motion to remove
                 above case from calendar call by Nizar Fneiche (kw)
                 [Entry date 09/26/01]

9/26/01   432    MOTION by Nizar Fneiche to continue calendar call (kw)
                 [Entry date 09/26/01]

9/26/01   433    NOTICE of adoption of the motion to remove the instant
                 matter from the October Trial Call filed by Nizar Fneiche
                 by Nabil Aquil (kw) [Entry date 09/27/01]

9/27/01   434    ORDER as to Rabah El Haddad  denying [430-1] motion to
                 Travel as to Rabah El Haddad (12) ( Signed by Magistrate
                 Ann E. Vitunac on 9/27/01) [EOD Date: 9/27/01] CCAPΔ (kw)
                 [Entry date 09/27/01]

9/28/01   435    SEALED DOCUMENT (kw) [Entry date 09/28/01]

9/28/01   436    SEALED DOCUMENT (kw) [Entry date 09/28/01]

Vol # 3 Cont.

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                       PRIOR  APPEAL
                                                                INTERP
9/28/01  (437)   ORDER SETTING TELEPHONE CONFERENCE ON MOTIONS TO CONTINUE
                 as to Thomas Narog, Ghandi Jaber, Ahmad Almasri, Nadia
                 Almasri, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche,
                 Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El Haddad,
                 Mohammed Samhan Motion hearing  before Judge Daniel T. K.
                 Hurley set for 8:45 10/2/01 for Thomas Narog, for Ghandi
                 Jaber, for Ahmad Almasri, for Nadia Almasri, for Raed Naser
                 Aldin, for Nabil Aquil, for Nizar Fneiche, for Motlaq
                 Jaber, for Terek Zaki Abu-Lawi, for Rabah El Haddad, for
                 Mohammed Samhan for [432-1] motion to continue calendar
                 call, set for 8:45 10/2/01 for Thomas Narog, for Ghandi
                 Jaber, for Ahmad Almasri, for Nadia Almasri, for Raed Naser
                 Aldin, for Nabil Aquil, for Nizar Fneiche, for Motlaq
                 Jaber, for Terek Zaki Abu-Lawi, for Rabah El Haddad, for
                 Mohammed Samhan for [429-1] motion to continue trial, set
                 for 8:45 10/2/01 for Thomas Narog, for Ghandi Jaber, for
                 Ahmad Almasri, for Nadia Almasri, for Raed Naser Aldin, for
                 Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for Terek
                 Zaki Abu-Lawi, for Rabah El Haddad, for Mohammed Samhan for
                 [428-1] motion to continue trial due to exceptional
                 circumstances ( Signed by Magistrate Ann E. Vitunac on
                 9/28/01) [EOD Date: 9/28/01] CCAPΔ (kw)
                 [Entry date 09/28/01]

9/28/01  (438)   MOTION by Mohammed Samhan to dismiss speedy trial
                 violations (kw) [Entry date 10/01/01]

9/28/01  (439)   Proposed Voir Dire Questions by Mohammed Samhan (kw)
                 [Entry date 10/01/01]

9/28/01  (440)   Proposed Jury Instructions by Mohammed Samhan (kw)
                 [Entry date 10/01/01]

10/2/01   441    MOTION by Ahmad Almasri, Nadia Almasri to Adopt each and
                 every motion for continuance of the 10/9/01 trial date
                 Motion of Other Defendant (kw) [Entry date 10/02/01]
```

Vol #3 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

10/3/01  (442)   ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL &
                 RESETTING TRIAL DATE as to Thomas Narog, Ghandi Jaber,
                 Ahmad Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser
                 Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki
                 Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed
                 Samhan  terminating [441-1] motion to Adopt each and every
                 motion for continuance of the 10/9/01 trial date Motion of
                 Other Defendant as to Ahmad Almasri (1), Nadia Almasri (1),
                 granting [432-1] motion to continue calendar call as to
                 Nizar Fneiche (9), granting [429-1] motion to continue
                 trial as to Rabah El Haddad (12), granting [428-1] motion
                 to continue trial due to exceptional circumstances as to
                 Thomas Narog (1)  set calendar call for 1:30 1/25/02 for
                 Thomas Narog, for Ghandi Jaber, for Ahmad Almasri, for
                 Nadia Almasri, for Saber Abdelmuti, for Raed Naser Aldin,
                 for Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for
                 Terek Zaki Abu-Lawi, for Rabah El Haddad, for Zuhair
                 Mahumud Rabei, for Mohammed Samhan  before Judge Daniel T.
                 K. Hurley, and  set Jury trial for 2/4/02 for Thomas
                 Narog, for Ghandi Jaber, for Ahmad Almasri, for Nadia
                 Almasri, for Saber Abdelmuti, for Raed Naser Aldin, for
                 Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for Terek
                 Zaki Abu-Lawi, for Rabah El Haddad, for Zuhair Mahumud
                 Rabei, for Mohammed Samhan  before Judge Daniel T. K.
                 Hurley ( Signed by Judge Daniel T. K. Hurley on 10/2/01)
                 (EOD Date: 10/3/01] CCAPΔ (kw) [Entry date 10/03/01]

10/4/01  (443)   SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 10/04/01]

10/4/01  (444)   SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 10/04/01]

10/4/01  445     ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO
                 THE SUSPENDED/FUGITIVE FILE as to Terek Zaki Abu-Lawi (
                 Signed by Judge Daniel T. K. Hurley on 10/3/01 ) [EOD Date:
                 10/4/01] CCAPΔ (kw) [Entry date 10/04/01]

10/5/01  446     ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO
                 THE SUSPENDED/FUGITIVE FILE as to Ghandi Jaber ( Signed by
                 Judge Daniel T. K. Hurley on 10/4/01) [EOD Date: 10/9/01]
                 CCAPΔ (kw) [Entry date 10/09/01]

10/9/01  447     MOTION by Saber Abdelmuti to continue of sentencing (kw)
                 [Entry date 10/10/01]

10/10/01 (448)   MOTION by Thomas Narog to Travel (kw) [Entry date 10/11/01]

10/15/01 449     ORDER ON UNOPPOSED CONTINUANCE OF SENTENCING as to Saber
                 Abdelmuti granting [447-1] motion to continue of sentencing
                 as to Saber Abdelmuti (6)  set Sentencing for 1:30
                 12/21/01 for Saber Abdelmuti before Judge Daniel T. K.
                 Hurley ( Signed by Judge Daniel T. K. Hurley on 10/15/01)
                 [EOD Date: 10/15/01] CCAPΔ (kw) [Entry date 10/15/01]

Proceedings include all events.                    Vol #3 Cont.                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP

10/17/01 450    ORDER OF REFERENCE referring Motion(s) to Magistrate Ann
                E. Vitunac as to Mohammed Samhan : [438-1] motion to
                dismiss speedy trial violations as to Mohammed Samhan (14)
                ( Signed by Judge Daniel T. K. Hurley on 10/17/01) [EOD
                Date: 10/17/01] CCAP (kw) [Entry date 10/17/01]

10/18/01 451    ORDER as to Thomas Narog granting [448-1] motion to Travel
                as to Thomas Narog (1) ( Signed by Judge Daniel T. K.
                Hurley on 10/17/01) [EOD Date: 10/19/01] CCAP△ (pa)
                [Entry date 10/19/01]

10/22/01 452    NOTICE of Unavailability by Thomas Narog as to Thomas
                Narog for dates of: 3/29/01-4/8/01 (kw)
                [Entry date 10/23/01]

10/22/01 453    SEALED DOCUMENT placed in vault (pa) [Entry date 10/23/01]

10/23/01 454    SEALED DOCUMENT (pa) [Entry date 10/23/01]

10/23/01 455    Rule 40 Documents as to Rabah El Haddad received from
                Northern District of California (kw) [Entry date 10/24/01]

10/31/01 456    ORDER DENYING WITHOUT PREJUDICE RENEWED EXPARTE MOTION FOR
                SUPPLEMENTAL AUTHORIZATION: ORDER as to Raed Naser Aldin
                denyintg without prejudice motion for supplemental
                authorization to utilize Criminal Juste Act (CJA) funds for
                private investigator (Signed by Daniel T.K. Hurley on
                10/28/01) [EOD Date: 10/31/01] CCAP△ (pa)
                [Entry date 10/31/01]

11/6/01 457     MOTION by Thomas Narog to Travel (kw) [Entry date 11/07/01]

11/15/01 458    ORDER as to Thomas Narog granting [457-1] motion to Travel
                as to Thomas Narog (1) ( Signed by Ch. Magistrate Judge
                Linnea R. Johnson on 11/9/01) [EOD Date: 11/15/01] CCAP△ (kw)
                [Entry date 11/15/01]

12/6/01 459     ORDER SETTING STATUS CONFERENCE as to Thomas Narog, Ghandi
                Jaber, Ahmad Almasri, Nadia Almasri, Raed Naser Aldin,
                Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Zuhair Mahumud
                Rabei, Mohammed Samhan set status conference for 8:40
                1/15/02 for Thomas Narog, for Ghandi Jaber, for Ahmad
                Almasri, for Nadia Almasri, for Raed Naser Aldin, for Nabil
                Aquil, for Nizar Fneiche, for Rabah El Haddad, for Zuhair
                Mahumud Rabei, for Mohammed Samhan before Judge Daniel T.
                K. Hurley ( Signed by Judge Daniel T. K. Hurley on
                12/5/01) [EOD Date: 12/6/01] CCAP△ (kw)
                [Entry date 12/06/01]

12/6/01 460     MOTION by Zuhair Mahumud Rabei to continue sentencing (kw)
                [Entry date 12/06/01]

Vol #3 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR   APPEAL
                                                                        INTERP

12/7/01   461        ARREST WARRANT Returned Executed as to Nabil Aquil on
                     3/19/01 (kw) [Entry date 12/10/01]

12/11/01 462        ORDER as to Zuhair Mahumud Rabei  granting [460-1] motion
                    to continue sentencing as to Zuhair Mahumud Rabei (13)
                    reset Sentencing for 1:30 3/15/02 for Zuhair Mahumud Rabei
                    before Judge Daniel T. K. Hurley ( Signed by Judge Daniel
                    T. K. Hurley on 12/6/01) [EOD Date: 12/12/01] CCAP△ (kw)
                    [Entry date 12/12/01]

12/18/01 463        MOTION by Saber Abdelmuti to continue sentencing (kw)
                    [Entry date 12/19/01]

12/20/01 464        ORDER ON UNOPPOSED CONTINUANCE OF SENTENCING as to Saber
                    Abdelmuti  set Sentencing for 2:30 3/15/02 for Saber
                    Abdelmuti   before Judge Daniel T. K. Hurley ( Signed by
                    Judge Daniel T. K. Hurley on 12/20/01) [EOD Date: 12/21/01]
                    CCAP△ (kw) [Entry date 12/21/01]

12/26/01 465        RESPONSE by USA  as to Mohammed Samhan re [438-1] motion to
                    dismiss speedy trial violations (kw) [Entry date 12/27/01]

12/31/01 466        RESPONSE by USA  as to Mohammed Samhan re [438-1] motion to
                    dismiss speedy trial violations (kw) [Entry date 12/31/01]

1/7/02   467        REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                    to Mohammed Samhan recommending that [438-1] motion to
                    dismiss speedy trial violations as to Mohammed Samhan (14)
                    be DENIED. Motion no longer referred.  Signed on: 1/7/02
                    Objections to R and R due by 1/17/02  CCAP (kw)
                    [Entry date 01/09/02]

1/10/02  468        REPLY by Mohammed Samhan  to response to [438-1] motion to
                    dismiss speedy trial violations (kw) [Entry date 01/11/02]

1/10/02  468        MOTION by Mohammed Samhan to strike [466-1] motion
                    response (kw) [Entry date 01/11/02]

1/11/02  469        OBJECTION by Mohammed Samhan  to report and recommendation
                    (kw) [Entry date 01/15/02]

1/14/02  470        RESPONSE by USA as to Mohammed Samhan  in opposition to
                    [469-1] objection (kw) [Entry date 01/16/02]

1/16/02  471        MOTION by Zuhair Mahumud Rabei to Travel (kw)
                    [Entry date 01/18/02]

1/17/02  472        NOTICE of Unavailability by Mohammed Samhan  for dates of:
                    February 11, 2002 (kw) [Entry date 01/18/02]

1/18/02  473        ORDER as to Zuhair Mahumud Rabei  granting [471-1] motion
                    to Travel as to Zuhair Mahumud Rabei (13) ( Signed by Judge
                    Daniel T. K. Hurley on 1/18/02) [EOD Date: 1/22/02] CCAP△
                    (kw) [Entry date 01/22/02]

Vol # 3 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al               PRIOR    APPEAL
                                                           INTERP
```

1/18/02  (474)   ORDER adopting as to Mohammed Samhan [467-1] report and
                 recommendations  denying [438-1] motion to dismiss speedy
                 trial violations as to Mohammed Samhan (14) ( Signed by
                 Judge Daniel T. K. Hurley on 1/18/02) [EOD Date: 1/22/02]
                 CCAP (kw) [Entry date 01/22/02]

1/22/02  (475)   FINAL CASE MANAGEMENT ORDER as to Thomas Narog, Ghandi
                 Jaber, Ahmad Almasri, Nadia Almasri, Saber Abdelmuti, Raed
                 Naser Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber,
                 Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei,
                 Mohammed Samhan  set Jury trial for 2/4/02 before Judge
                 Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley
                 on 1/21/02) [EOD Date: 1/22/02] CCAP△ (kw)
                 [Entry date 01/22/02]

1/23/02   476    NOTICE of Hearing as to Nadia Almasri :  set Change of
                 Plea Hearing for 2:30 2/1/02 for Nadia Almasri   before
                 Judge Daniel T. K. Hurley (kw) [Entry date 01/25/02]

1/24/02  (477)   PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                 testificandum of William Vissaggi  as to Thomas Narog (kw)
                 [Entry date 01/28/02] [Edit date 01/28/02]

1/24/02  (478)   PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                 testificandum of John Raftopoulos  as to Thomas Narog (kw)
                 [Entry date 01/28/02]

1/24/02  (479)   PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                 testificandum of Mark Maher  as to Thomas Narog (kw)
                 [Entry date 01/28/02]

1/24/02  (480)   PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                 testificandum of Peter Elias (kw) [Entry date 01/28/02]

1/25/02   481    NOTICE of Unavailability by Rabah El Haddad  for dates of:
                 2/4/02 (kw) [Entry date 01/28/02]

1/25/02  (482)   ORDER as to Thomas Narog  denying [480-1] petition, denying
                 [479-1] petition, denying [478-1] petition, denying [477-1]
                 petition ( Signed by Magistrate Ann E. Vitunac on 1/25/02)
                 [EOD Date: 1/29/02] CCAP△ (kw) [Entry date 01/29/02]

1/28/02  (483)   MOTION by Thomas Narog to Adopt El Haddad's Voir Dire
                 Questions (kw) [Entry date 01/30/02]

1/29/02   484    Proposed Voir Dire Questions by Rabah El Haddad (kw)
                 [Entry date 01/31/02]

1/30/02  (485)   MOTION by Raed Naser Aldin  for additional  peremptory
                 challenges (kw) [Entry date 02/01/02]

1/30/02  (486)   MOTION by Thomas Narog to receive additional  peremptory
                 challenges (kw) [Entry date 02/01/02]

Docket as of January 31, 2003 8:51 am                    Page 66



Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al

                                                    AEV
                                           PRIOR  APPEAL
                                                  INTERP

1/30/02   487    MOTION by Rabah El Haddad to receive additional peremptory
                 challenge (kw) [Entry date 02/01/02]

1/30/02   488    MOTION by Rabah El Haddad to bring electronic equipment
                 into the courtroom (kw) [Entry date 02/01/02]

1/31/02   490    MOTION by USA  as to Thomas Narog, Ghandi Jaber, Ahmad
                 Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki
                 Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed
                 Samhan to bring electronic equipment into the courtroom (kw)
                 [Entry date 02/01/02]

1/31/02   491    NOTICE of plea of defendant by Ahmad Almasri (kw)
                 [Entry date 02/01/02] [Edit date 02/05/02]

2/1/02    489    INFORMATION as to  Nadia Almasri (4) count(s) 1ss (Criminal
                 Category 1) (kw) [Entry date 02/01/02]

2/1/02    493    RESPONSE by Mohammed Samhan to [492-1] motion in limine to
                 exclude testimony of cultural expert witness (kw)
                 [Entry date 02/05/02]

2/1/02    495    WAIVER OF INDICTMENT by Nadia Almasri (kw)
                 [Entry date 02/06/02]

2/1/02    496    Minutes of change of plea held on 2/1/02  before Judge
                 Daniel T. K. Hurley as to Ahmad Almasri, Nadia Almasri ;
                 Court Reporter Name : Pauline Stipes (kw)
                 [Entry date 02/06/02]

2/1/02    497    Plea Agreement as to Ahmad Almasri (kw)
                 [Entry date 02/06/02]

2/1/02    499    Plea Agreement as to Nadia Almasri (kw)
                 [Entry date 02/06/02]

2/1/02    --     PLEA entered by Nadia Almasri . Court accepts plea.
                 GUILTY: Nadia Almasri (4) count(s) 1ss (kw)
                 [Entry date 02/06/02]

2/1/02    500    NOTICE of Hearing as to Nadia Almasri :  set Sentencing
                 for 3:30 4/19/02 for Nadia Almasri  before Judge Daniel T.
                 K. Hurley (kw) [Entry date 02/06/02]

2/1/02    501    NOTICE of Hearing as to Ahmad Almasri :  set Sentencing
                 for 2:30 4/19/02 for Ahmad Almasri  before Judge Daniel T.
                 K. Hurley (kw) [Entry date 02/06/02]

2/1/02    --     Change of Plea Hearing as to Ahmad Almasri  held  before
                 Judge Daniel T. K. Hurley (kw) [Entry date 03/06/02]

Docket as of January 31, 2003 8:51 am               Page 67

Vol #3 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR    APPEAL
                                                                     INTERP

2/1/02    --        PLEA entered by Ahmad Almasri . Court accepts plea.
                    GUILTY: Ahmad Almasri (3) count(s) 1s (kw)
                    [Entry date 03/06/02]

2/1/02    --        PLEA entered by Nadia Almasri . Court accepts plea.
                    GUILTY: Nadia Almasri (4) count(s) 1rss (kw)
                    [Entry date 03/13/02]

2/4/02    (492)     MOTION by USA  as to Mohammed Samhan in limine to exclude
                    testimony of cultural expert witness (kw)
                    [Entry date 02/05/02]

2/4/02    (498)     Minutes of jury trial held on 2/4/02 before Judge Daniel T.
                    K. Hurley as to Thomas Narog, Raed Naser Aldin, Nabil Nizar
                    Fneiche, Rabah El Haddad, Mohammed Samhan ; Court Reporter
                    Name: Pauline Stipes (kw) [Entry date 02/06/02]

2/4/02    --        Voir dire begun as to Thomas Narog (1) count(s) 1s, 2s,
                    3s-5s, 6s, 7s, 8s, 9s-14s, Raed Naser Aldin (7) count(s)
                    1s, 11s, Nabil Aquil (8) count(s) 1s, 11s, Nizar Fneiche
                    (9) count(s) 1s, 11s, Rabah El Haddad (12) count(s) 1s, 2s,
                    11s, 12s, 14s, Mohammed Samhan (14) count(s) 1s, 2s, 11s,
                    12s, 14s (kw) [Entry date 02/06/02]

2/5/02    (494)     NOTICE of Change of Address of Attorney by Raed Naser Aldin
                    (kw) [Entry date 02/06/02]

2/5/02    502       ORDER as to Rabah El Haddad  granting [488-1] motion to
                    bring electronic equipment into the courtroom as to Rabah
                    El Haddad (12) ( Signed by Judge Daniel T. K. Hurley on
                    2/4/02) (EOD Date: 2/8/02) CCAP△ (kw) [Entry date 02/08/02]

2/5/02    (504)     WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                    to Raed Naser Aldin ( Signed by Judge Daniel T. K. Hurley
                    on 2/4/02) [EOD Date: 2/11/02] CCAP△ (kw)
                    [Entry date 02/11/02]

2/5/02    (505)     WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                    to Nizar Fneiche ( Signed by Judge Daniel T. K. Hurley on
                    2/4/02) [EOD Date: 2/11/02] CCAP△ (kw) [Entry date 02/11/02]

2/5/02    (506)     WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                    to Mohammed Samhan ( Signed by Judge Daniel T. K. Hurley on
                    2/4/02) [EOD Date: 2/11/02] CCAP△ (kw) [Entry date 02/11/02]

2/5/02    507       WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                    to Nabil Aquil ( Signed by Judge Daniel T. K. Hurley on
                    2/4/02) [EOD Date: 2/11/02] CCAP△ (kw) [Entry date 02/11/02]

2/5/02    (508)     WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                    to Thomas Narog ( Signed by Judge Daniel T. K. Hurley on
                    2/4/02) [EOD Date: 2/11/02] CCAP△ (kw) [Entry date 02/11/02]

Vol #3 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR   APPEAL
                                                                        INTERP

2/5/02   509   WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
               to Rabah El Haddad ( Signed by Judge Daniel T. K. Hurley on
               2/4/02) [EOD Date: 2/11/02] CCAPΔ (kw) [Entry date 02/11/02]

2/5/02   510   ORDER ON FUGITIVE STATUS AND DIRECTING CLERK TO TRANSFER
               CASE TO SUSPENDED/FUGITIVE FILE as to Ghandi Jaber ( Signed
               by Judge Daniel T. K. Hurley on 2/4/02) [EOD Date: 2/11/02]
               CCAPΔ (kw) [Entry date 02/11/02]

2/7/02   (503)  ORDER as to Thomas Narog  granting [490-1] motion to bring
               electronic equipment into the courtroom as to Thomas Narog
               (1), Ghandi Jaber (2), Ahmad Almasri (3), Nadia Almasri
               (4), Saber Abdelmuti (6), Raed Naser Aldin (7), Nabil Aquil
               (8), Nizar Fneiche (9), Motlaq Jaber (10), Terek Zaki
               Abu-Lawi (11), Rabah El Haddad (12), Zuhair Mahumud Rabei
               (13), Mohammed Samhan (14) ( Signed by Judge Daniel T. K.
               Hurley on 2/5/02) [EOD Date: 2/8/02] CCAPΔ (kw)
               [Entry date 02/08/02]

2/12/02  512   PETITION by USA  for Writ of Habeas Corpus ad testificandum
               of Khaled Ali-Habahbih on 2/6/02 @ 9:00 (kw)
               [Entry date 02/13/02]

2/12/02  511   PETITION by USA  for Writ of Habeas Corpus ad testificandum
               as to Terek Zaki Abu-Lawi  on 2/6/02 @ 9:00 (kw)
               [Entry date 02/13/02]

2/13/02  (512)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  (513)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  (514)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  (515)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  (516)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  (517)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/19/02  (518)  SEALED DOCUMENT (kw) [Entry date 02/20/02]

2/19/02  (519)  SEALED DOCUMENT (kw) [Entry date 02/20/02]

2/19/02  (520)  SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/20/02]

2/19/02  (521)  SEALED DOCUMENT (kw) [Entry date 02/20/02]   End of Vol #3

Docket as of January 31, 2003 8:51 am                    Page 69

*Begin Vol # 4*

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                            PRIOR  APPEAL
                                                                     INTERP

2/22/02  (524)  SUPPLEMENTAL MEMORANDUM RE: EXPERT TESTIMONY  by Mohammed
                Samhan (kw) [Entry date 02/26/02]

2/25/02  (522)  SEALED DOCUMENT (kw) [Entry date 02/25/02]

2/25/02  (523)  SEALED DOCUMENT (kw) [Entry date 02/25/02]

2/27/02  525    MOTION by Zuhair Mahumud Rabei to permit change of address
         (kw) [Entry date 02/28/02]

2/28/02  526    ORDER as to Zuhair Mahumud Rabei  granting [525-1] motion
                to permit change of address as to Zuhair Mahumud Rabei (13)
                ( Signed by Judge Daniel T. K. Hurley on 2/28/02) [EOD
                Date: 3/1/02] CCAP∆ (kw) [Entry date 03/01/02]

3/4/02   (527)  MOTION by Mohammed Samhan for rule 16 evidence , and to
                exclude evidence of booking statement (kw)
                [Entry date 03/04/02]

3/4/02   (528)  NOTICE of filing supplemental jury instructions and
                objections to government instructions by Mohammed Samhan (kw)
                [Entry date 03/05/02]

3/5/02   (529)  NOTICE of filing second supplemental jury instructions by
                Mohammed Samhan (kw) [Entry date 03/06/02]

3/11/02  (530)  Court's Jury instructions as to Thomas Narog, Raed Naser
                Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad,
                Mohammed Samhan (kw) [Entry date 03/13/02]

*Vol # 4 Cont.*

Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al

AEV
PRIOR  APPEAL
INTERP

3/11/02  --    Count Redaction  Thomas Narog (1): Former count 1s is now
count 1rs.    Thomas Narog (1): Former count 2s is now count
2rs.    Thomas Narog (1): Former count 3s is now count 3rs.
Former count 4s is now count 4rs.  Former count 5s is now
count 5rs.    Thomas Narog (1): Former count 6s is now count
6rs.    Thomas Narog (1): Former count 8s is now count 8rs.
Thomas Narog (1): Former count 7s is now count 7rs.
Thomas Narog (1): Former count 9s is now count 9rs.  Former
count 10s is now count 10rs.  Former count 11s is now count
11rs.  Former count 12s is now count 12rs.  Former count 13s
is now count 13rs.  Former count 14s is now count 14rs.
Ahmad Almasri (3): Former count 1s is now count 1rs.
Ahmad Almasri (3): Former count 10s is now count 10rs.
Nadia Almasri (4): Former count 1ss is now count 1rss.
Saber Abdelmuti (6): Former count 1s is now count 1rs.
Former count 10s is now count 10rs.    Raed Naser Aldin (7):
Former count 1s is now count 1rs.  Former count 11s is now
count 11rs.    Nabil Aquil (8): Former count 1s is now count
1rs. Former count 11s is now count 11rs.    Nizar Fneiche
(9): Former count 1s is now count 1rs.  Former count 11s is
now count 11rs.    Motlaq Jaber (10): Former count 1s is now
count 1rs.  Former count 6s is now count 6rs.  Former count
8s is now count 8rs.  Former count 11s is now count 11rs.
Terek Zaki Abu-Lawi (11): Former count 1s is now count 1rs.
Former count 6s is now count 6rs.    Rabah El Haddad (12):
Former count 1s is now count 1rs.  Former count 2s is now
count 2rs.  Former count 11s is now count 11rs.  Former
count 12s is now count 12rs.  Former count 14s is now count
14rs.    Mohammed Samhan (14): Former count 1s is now count
1rs.  Former count 2s is now count 2rs.  Former count 11s
is now count 11rs.  Former count 12s is now count 12rs.
Former count 14s is now count 14rs. (kw)
[Entry date 03/13/02]

3/11/02  --    Count Redaction  Ghandi Jaber (2): Former count 1s is now
count 1rs.  Former count 6s is now count 6rs.  Former count
8s is now count 8rs.  Former count 10s is now count 10rs.
Former count 11s is now count 11rs.    Nadia Almasri (4):
Former count 1s is now count 1rs.  Former count 10s is now
count 10rs. (kw) [Entry date 03/13/02]

3/11/02  (531)  REDACTED SUPERSEDING INDICTMENT by Thomas Narog, Ghandi
Jaber, Ahmad Almasri, Nadia Almasri, Mutasem Al-Salhi,
Saber Abdelmuti, Raed Naser Aldin, Nabil Aquil, Nizar
Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El
Haddad, Zuhair Mahumud Rabei, Mohammed Samhan (kw)
[Entry date 03/13/02]

3/13/02  (532)  MEMORANDUM OF LAW RELATED TO NOTE 3 by Mohammed Samhan (kw)
[Entry date 03/13/02]

3/14/02  (533)  Proposed Jury Instructions by Raed Naser Aldin (kw)
[Entry date 03/15/02]

Docket as of January 31, 2003 8:51 am                    Page 71

Vol #4 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR      APPEAL
                                                           INTERP
```

| Date | No. | Description |
|---|---|---|
| 3/14/02 | 534 | Court's Jury instructions as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan (kw) [Entry date 03/18/02] |
| 3/14/02 | 535 | Jury notes and Court's answers as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan (kw) [Entry date 03/18/02] |
| 3/14/02 | 536 | Proposed Voir Dire Questions by Mohammed Samhan (kw) [Entry date 03/18/02] |
| 3/15/02 | 537 | JURY VERDICT as to Nabil Aquil Not Guilty: Nabil Aquil (8) count(s) 1rs, 11rs (kw) [Entry date 03/18/02] |
| 3/15/02 | 538 | JURY VERDICT as to Rabah El Haddad Guilty: Rabah El Haddad (12) count(s) 1rs, 2rs, 11rs, 12rs, 14rs (kw) [Entry date 03/18/02] |
| 3/15/02 | 539 | JURY VERDICT as to Mohammed Samhan Not Guilty: Mohammed Samhan (14) count(s) 1rs, 2rs, and Guilty: Mohammed Samhan (14) count(s) 11rs, 12rs, 14rs (kw) [Entry date 03/18/02] |
| 3/15/02 | 540 | JURY VERDICT as to Nizar Fneiche Not Guilty: Nizar Fneiche (9) count(s) 1rs, and Guilty: Nizar Fneiche (9) count(s) 11rs (kw) [Entry date 03/18/02] |
| 3/15/02 | 541 | JURY VERDICT as to Raed Naser Aldin Guilty: Raed Naser Aldin (7) count(s) 1rs, 11rs (kw) [Entry date 03/18/02] |
| 3/15/02 | 542 | JURY VERDICT as to Thomas Narog Guilty: Thomas Narog (1) count(s) 1rs, 2rs, 3rs-5rs, 6rs, 7rs, 8rs, 9rs-14rs (kw) [Entry date 03/18/02] |
| 3/15/02 | 543 | SPECIAL JURY VERDICT ON FORFEITURE ALLEGATIONS as to Thomas Narog for Forfeiture allegations (kw) [Entry date 03/18/02] |
| 3/15/02 | 555 | MOTION by USA as to Saber Abdelmuti for downward departure (kw) [Entry date 04/01/02] |
| 3/15/02 | 559 | MOTION by USA as to Zuhair Mahumud Rabei for downward departure (kw) [Entry date 04/02/02] |
| 3/15/02 | -- | Sentencing held before Judge Daniel T. K. Hurley Saber Abdelmuti (6) count(s) 1rs (kw) [Entry date 04/04/02] |
| 3/15/02 | -- | Sentencing held before Judge Daniel T. K. Hurley Zuhair Mahumud Rabei (13) count(s) 1s (kw) [Entry date 04/04/02] |
| 3/19/02 | 544 | ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO FUGITIVE STATUS as to Rabah El Haddad ( Signed by Judge Daniel T. K. Hurley on 3/18/02) [EOD Date: 3/20/02] CCAP△ (kw) [Entry date 03/20/02] |

```
Docket as of January 31, 2003 8:51 am                    Page 72
```

Vol #4 Cont

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                     PRIOR    APPEAL
                                                                INTERP

3/22/02  (545)   NOTICE of Hearing as to Mohammed Samhan :  set Sentencing
                 for 1:30 6/7/02 for Mohammed Samhan   before Judge Daniel
                 T. K. Hurley (kw) [Entry date 03/25/02]

3/22/02  (546)   NOTICE of Hearing as to Nizar Fneiche :  set Sentencing
                 for 10:30 6/7/02 for Nizar Fneiche   before Judge Daniel T.
                 K. Hurley (kw) [Entry date 03/25/02]

3/22/02  (547)   NOTICE of Hearing as to Thomas Narog :  set Sentencing for
                 8:30 6/7/02 for Thomas Narog   before Judge Daniel T. K.
                 Hurley (kw) [Entry date 03/25/02]

3/22/02  (548)   NOTICE of Hearing as to Raed Naser Aldin :  set Sentencing
                 for 9:30 6/7/02 for Raed Naser Aldin   before Judge Daniel
                 T. K. Hurley (kw) [Entry date 03/25/02]

3/25/02  549     MEMORANDUM by Nabil Aquil  of law with respect to jury note
                 # 3. (kw) [Entry date 03/26/02]

3/25/02  550     Proposed Jury Instructions by Nabil Aquil (kw)
                 [Entry date 03/26/02]

3/25/02  551     MOTION by Nabil Aquil for Judgment of Acquittal (kw)
                 [Entry date 03/26/02]

3/25/02  (552)   MOTION by Mohammed Samhan for new trial (kw)
                 [Entry date 03/26/02]

3/27/02  (553)   MOTION by Thomas Narog for Judgment of Acquittal, and
                 for new trial, and to dismiss forfeiture, or to set
                 aside verdict (kw) [Entry date 03/28/02]

3/27/02  (554)   NOTICE of objections to forfeiture motion for judgment
                 setting aside verdict and to dismiss forfeiture by Thomas
                 Narog as to Thomas Narog (kw) [Entry date 03/28/02]

4/1/02   (556)   ORDER as to Thomas Narog  denying [553-1] motion for
                 Judgment of Acquittal as to Thomas Narog (1), denying
                 [553-2] motion for new trial as to Thomas Narog (1),
                 denying [553-3] motion to dismiss forfeiture as to Thomas
                 Narog (1), denying [553-4] motion to set aside verdict as
                 to Thomas Narog (1) ( Signed by Judge Daniel T. K. Hurley
                 on 3/28/02) [EOD Date: 4/2/02] CCAP∆ (kw)
                 [Entry date 04/02/02]

4/1/02   (557)   ORDER denying motion for judgment setting aside verdict and
                 to dismiss forfeiture as to Thomas Narog ( Signed by Judge
                 Daniel T. K. Hurley on 3/28/02) [EOD Date: 4/2/02] CCAP∆ (kw)
                 [Entry date 04/02/02]

4/1/02   558     JUDGMENT OF ACQUITTAL as to Nabil Aquil (8) count(s) 1rs,
                 11rs acquittal ( Signed by Judge Daniel T. K. Hurley on
                 [EOD Date: 4/2/02]  CCAP (kw) [Entry date 04/02/02]

Proceedings include all events.    Vol #4 Cont.                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP

4/3/02    560    NOTICE of filing Rule 29 motion and supporting memorandum
                 by Nizar Fneiche (kw) [Entry date 04/03/02]

4/3/02    561    RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL AND ALTERNATIVE
                 MOTION FOR NEW TRIAL AND MEMORANDUM OF LAW IN SUPPORT by
                 Nizar Fneiche for Judgment of Acquittal, and for new
                 trial (kw) [Entry date 04/03/02]

4/3/02    562    MOTION by Raed Naser Aldin for new trial, or for
                 Judgment of Acquittal (kw) [Entry date 04/03/02]

4/3/02    563    MOTION by Raed Naser Aldin to extend time to file
                 memorandum in support of motion for new trial or judgment
                 of acquittal (kw) [Entry date 04/03/02]

4/4/02    564    MOTION by Rabah El Haddad for Judgment of Acquittal, and
                 for new trial (kw) [Entry date 04/04/02]

4/4/02    565    JUDGMENT as to  Saber Abdelmuti (6) count(s) 1rs.
                 Imprisonment 1 year and 1 day; supervised release 2 years;
                 assessed $ 100.00 , Saber Abdelmuti (6) count(s) 1, 4 ,
                 10rs dismissed  ( Signed by Judge Daniel T. K. Hurley on
                 4/2/02) [EOD Date: 4/4/02] CCAP (kw) [Entry date 04/04/02]

4/4/02    566    JUDGMENT as to  Zuhair Mahumud Rabei (13) count(s) 1s.
                 Imprisonment for a term of time served; Supervised Release
                 2 years; Assessed $ 100.00 , Zuhair Mahumud Rabei (13)
                 count(s) 1, 4 , 10s . dismissed  ( Signed by Judge Daniel
                 T. K. Hurley on 4/2/02) [EOD Date: 4/4/02] CCAP (kw)
                 [Entry date 04/04/02]

4/4/02    567    ORDER as to Raed Naser Aldin  denying [563-1] motion to
                 extend time to file memorandum in support of motion for new
                 trial or judgment of acquittal as to Raed Naser Aldin (7) (
                 Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD Date:
                 4/5/02] CCAPΔ (kw) [Entry date 04/05/02]

4/4/02    568    ORDER as to Raed Naser Aldin  denying [564-1] motion for
                 Judgment of Acquittal as to Rabah El Haddad (12), denying
                 [564-2] motion for new trial as to Rabah El Haddad (12) (
                 Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD Date:
                 4/5/02] CCAPΔ (kw) [Entry date 04/05/02]

4/5/02    569    ORDER DENYING MOTION FOR NEW TRIAL as to Mohammed Samhan
                 denying [552-1] motion for new trial as to Mohammed Samhan
                 (14) ( Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD
                 Date: 4/8/02] CCAPΔ (kw) [Entry date 04/08/02]

4/10/02   570    ORDER denying [561-1] motion for Judgment of Acquittal as
                 to Nizar Fneiche (9), denying [561-2] motion for new trial
                 as to Nizar Fneiche (9) ( Signed by Judge Daniel T. K.
                 Hurley on 4/10/02) [EOD Date: 4/11/02] (pa)
                 [Entry date 04/11/02]                    End of Vol #4

Begin Vol # 6

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR      APPEAL
                                                                 INTERP

4/12/02   571   MOTION by Ahmad Almasri to continue sentencing (kw)
                [Entry date 04/15/02]

4/15/02   572   ORDER as to Rabah El Haddad  denying [562-1] motion for new
                trial as to Raed Naser Aldin (7), denying [562-2] motion
                for Judgment of Acquittal as to Raed Naser Aldin (7) (
                Signed by Judge Daniel T. K. Hurley on 4/12/02) [EOD Date:
                4/16/02] CCAP△ (kw) [Entry date 04/16/02]

4/15/02   573   MOTION by USA  as to Thomas Narog for Forfeiture (kw)
                [Entry date 04/16/02]

4/17/02   574   Judgment Returned Executed as to Zuhair Mahumud Rabei on
                at no further action required by USM (kw)
                [Entry date 04/17/02]

4/17/02   575   SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 04/17/02]

4/17/02   576   SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 04/17/02]

4/19/02   577   PRELIMINARY ORDER OF FORFEITURE as to Thomas Narog granting
                [573-1] motion for Forfeiture as to Thomas Narog (1) (
                Signed by Judge Daniel T. K. Hurley on 4/18/02) [EOD Date:
                4/22/02] CCAP△ (kw) [Entry date 04/22/02]

4/19/02   578   ORDER GRANTING MOTION TO CONTINUE AND RESETTING SENTENCING
                HEARING as to Ahmad Almasri granting [571-1] motion to
                continue sentencing as to Ahmad Almasri (3)  set
                Sentencing for 11:00 5/10/02 for Ahmad Almasri  before
                Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K.
                Hurley on 4/18/02) [EOD Date: 4/22/02] CCAP△ (kw)
                [Entry date 04/22/02]

4/19/02   --    Sentencing held before Judge Daniel T. K. Hurley  Nadia
                Almasri (4) count(s) 1rss (kw) [Entry date 04/29/02]

4/22/02   579   SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 04/22/02]

4/23/02   580   MOTION by USA  as to Thomas Narog to continue sentencing (kw)
                [Entry date 04/24/02]

4/26/02   581   JUDGMENT as to  Nadia Almasri (4) count(s) 1rss.  Probation
                2 years; Assessed $ 100.00 , Nadia Almasri (4) count(s)
                1rs, 1 , 4 , 10rs . dismissed  ( Signed by Judge Daniel T.
                K. Hurley on 4/25/02) [EOD Date: 4/29/02]  CCAP (kw)
                [Entry date 04/29/02]

5/2/02    582   SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 05/03/02]

5/2/02    583   SEALED DOCUMENT as to Raed Naser Aldin (kw)

Proceedings include all events.        Vol #5 Cont.                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                   INTERP

                   [Entry date 05/03/02]

5/2/02   584    Judgment Returned Executed as to Nadia Almasri on No
                Further Action Required by the US Marshal Service (kw)
                [Entry date 05/03/02]

5/7/02   585    ORDER DENYING GOVERNMENT'S MOTION TO CONTINUE SENTENCING as
                to Thomas Narog, Raed Naser Aldin, Mohammed Samhan, Nizar
                Fneiche  denying [580-1] motion to continue sentencing as
                to Thomas Narog (1) ( Signed by Judge Daniel T. K. Hurley
                on 5/7/02) [EOD Date: 5/7/02] CCAP△ (kw)
                [Entry date 05/07/02]

5/8/02   586    MOTION by Ahmad Almasri to continue sentencing (kw)
                [Entry date 05/09/02]

5/8/02   587    POSITION with respect to sentencing factors by Mohammed
                Samhan (kw) [Entry date 05/09/02]

5/10/02  588    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 05/10/02]

5/15/02  589    SUPPLEMENTAL OBJECTIONS AND ENCLOSURES RELATED TO POSITION
                OF DEFENDANT SAMHAN WITH RESPECT TO SENTENCING FACTORS;
                ISSUES IN DISPUTE AND OBJECTIONS TO PRESENTENCE
                INVESTIGATION by Mohammed Samhan [587-1] miscellaneous (kw)
                [Entry date 05/16/02]

5/15/02  590    SEALED DOCUMENT as to Mohammed Samhan (kw)
                [Entry date 05/16/02]

5/16/02  591    OBJECTION by Thomas Narog  to Presentence Investigation
                Report (kw) [Entry date 05/17/02]

5/17/02  592    MOTION by Nizar Fneiche to continue sentencing (kw)
                [Entry date 05/17/02]

5/17/02  593    NOTICE of filing motion to continue sentencing by Nizar
                Fneiche (kw) [Entry date 05/17/02]

5/21/02  594    NOTICE of Change of Address of Attorney by Ghandi Jaber (kw)
                [Entry date 05/21/02]

5/21/02  595    SUPPLEMENT by Mohammed Samhan  to: [589-1] opposition
                response (kw) [Entry date 05/21/02]

5/28/02  596    OBJECTION by Raed Naser Aldin  to Presentence Investigation
                Report (kw) [Entry date 05/28/02]

5/28/02  597    MOTION by Raed Naser Aldin for downward departure (kw)
                [Entry date 05/28/02]

5/31/02  598    NOTICE of filing letters for consideration at the time of
                sentencing by Thomas Narog (kw) [Entry date 06/03/02]

Vol #5 Cont.

Proceedings include all events.                                                AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP

6/3/02    (599)     MOTION by Nizar Fneiche for downward departure (kw)
                    [Entry date 06/04/02]

6/3/02    (600)     NOTICE of filing motion for downward departure by Nizar
                    Fneiche (kw) [Entry date 06/04/02]

6/4/02    (601)     RESPONSE by USA as to Mohammed Samhan  in opposition to
                    [595-1] supplement to (kw) [Entry date 06/05/02]

6/7/02    --        Sentencing held  before Judge Daniel T. K. Hurley
                    Mohammed Samhan (14) count(s) 11rs, 12rs, 14rs (kw)
                    [Entry date 06/17/02]

6/7/02    --        Sentencing  held  before Judge Daniel T. K. Hurley  Thomas
                    Narog (1) count(s) 1rs, 2rs, 3rs-5rs, 6rs, 7rs, 8rs,
                    9rs-14rs (kw) [Entry date 06/17/02]

6/7/02    --        Sentencing  held  before Judge Daniel T. K. Hurley  Nizar
                    Fneiche (9) count(s) 11rs (kw) [Entry date 06/18/02]

6/10/02   602       TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                    Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                    Samhan  of Testimony and Proceedings held 2/4/02 before
                    Judge Daniel T.K. Hurley and a Jury  Volume #: 1  Pages: Vol #12
                    1-144 (mr) [Entry date 06/12/02]

6/10/02   603       TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                    Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                    Samhan  of Testimony and Proceedings held 2/5/02 before
                    Judge Daniel T.K. Hurley and a Jury  Volume #: 2  Pages: Vol #13
                    145-354 (mr) [Entry date 06/12/02]

6/10/02   604       TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                    Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                    Samhan  of Testimony and Proceedings held 2/6/02  before
                    Judge Daniel T.K. Hurley and a Jury  Volume #: 3  Pages Vol #14
                    355-577 (mr) [Entry date 06/12/02]

6/10/02   605       TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                    Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                    Samhan  of Testimony and Proceedings held 2/7/02  before
                    Judge Daniel T.K. Hurley and a Jury  Volume #: 4  Pages: Vol #15
                    578-710 (mr) [Entry date 06/12/02]

6/10/02   606       TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                    Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                    Samhan  of Testimony and Proceedings held 2/11/02  before
                    Judge Daniel T.K. Hurley and a Jury  Volume #: 5  Pages: Vol #16
                    711-934 (mr) [Entry date 06/12/02]

Vol #5 Cont.

```
Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR     APPEAL
                                                                      INTERP
```

| 6/10/02 | 607 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedingss held 2/12/02 before Judge Daniel T.K. Hurley Volume #: 6 Pages: 935-1172 (mr) [Entry date 06/12/02] | Vol #17 |
| 6/10/02 | 608 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/13/02 before Judge Daniel T. K. Hurley and a Jury Volume #: 7 Pages: 1173-1421 (mr) [Entry date 06/12/02] | Vol #18 |
| 6/10/02 | 609 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony & Proceedings held 2/14/02 before Judge Daniel T.K.Hurley Volume #: 8 Pages: 1422-1609 (mr) [Entry date 06/12/02] | Vol #19 |
| 6/10/02 | 610 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/19/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 9 Pages: 1610-1855 (mr) [Entry date 06/12/02] | Vol #20 |
| 6/10/02 | 611 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/20/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 10 Pages: 1856-2052 (mr) [Entry date 06/12/02] | Vol #21 |
| 6/10/02 | 612 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/21/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 11 Pages: 2053-2289 (mr) [Entry date 06/12/02] | Vol #22 |
| 6/10/02 | 613 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/25/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 12 Pages: 2290-2523 (mr) [Entry date 06/12/02] | Vol #23 |
| 6/10/02 | 614 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/26/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 13 Pages: 2524-2757 (mr) [Entry date 06/12/02] | Vol #24 |
| 6/10/02 | 615 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/27/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 14 Pages: 2758-3013 (mr) [Entry date 06/12/02] | Vol #25 |

Vol # 5 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR    APPEAL
                                                                   INTERP

| | | | |
|---|---|---|---|
| 6/10/02 | 616 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/28/02 before Judge Daniel T. K. Hurley and a Jury  Volume #: 15  Pages: 3014-3201 (mr) [Entry date 06/12/02] | Vol # 26 |
| 6/10/02 | 617 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony a;nd Proceedings held 3/4/02 before Judge Daniel T.K. Hurley and a Jury  Volume #: 16  Pages: 3202-3476 (mr) [Entry date 06/12/02] | Vol # 27 |
| 6/10/02 | 618 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/5/02 before Judge Daniel T.K. Hurley and a Jury  Volume #: 17  Pages: 3477-3673 (mr) [Entry date 06/12/02] | Vol # 28 |
| 6/10/02 | 619 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony aand Proceedings held 3/6/02 before Judge Daniel T.K. Hurley and a Jury  Volume #: 18  Pages: 3674-3924 (mr) [Entry date 06/12/02] | Vol # 29 |
| 6/10/02 | 620 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/7/02 before Judge Daniel T.K. Hurley and a Jury  Volume #: 19  Pages: 3925-4112 (mr) [Entry date 06/12/02] | Vol # 30 |
| 6/10/02 | 621 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/8/02 before Judge Daniel T.K. Hurley and a Jury  Volume #: 20  Pages: 4113-4305 (mr) [Entry date 06/12/02] | Vol # 31 |
| 6/10/02 | 622 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/11/02 before Judge Daniel T.K. Hurley and a Jury  Volume #: 21  Pages: 4306-4423 (mr) [Entry date 06/12/02] | Vol # 32 |
| 6/10/02 | 623 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/12/02 before Judge Daniel T.K. Hurley and a Jury  Volume #: 22  Pages: 4424-4467 (mr) [Entry date 06/12/02] | Vol # 33 |
| 6/10/02 | 624 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/13/02 before Judge Daniel T.K. Hurley and a Jury  Volume #: 23  Pages: 4468-4558 (mr) [Entry date 06/12/02] | Vol # 34 |

Vol # 5 Cont.

| Proceedings include all events.<br>0:00cr6211-ALL USA v. Narog, et al | PRIOR | AEV<br>APPEAL<br>INTERP |
|---|---|---|

6/10/02  625    TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                Samhan of Testimony and Proceedings held 3/14/02 before
                Judge Daniel T.K. Hurley and a Jury  Volume #: 24  Pages:
                4559-4613 (mr) [Entry date 06/12/02]                        Vol #35

6/10/02  626    TRANSCRIPT filed as to Raed Naser Aldin of Testimony and
                Proceedings held 5/29/02  before Judge Daniel T.K. Hurley
                and a Jury  Volume #: 25  Pages: 4614-4716 (mr)
                [Entry date 06/12/02]                                       Vol #36

6/14/02  627    MOTION by USA as to Thomas Narog for final order of
                Forfeiture (kw) [Entry date 06/17/02]

6/17/02  628    JUDGMENT as to Mohammed Samhan (14) count(s) 11rs, 12rs ,
                14rs imprisonment 78 months as to each count and supervised
                release 36 months as to each count to be served concurrently
                 assessed $ 300.00; fined $ 10,000.00 , Mohammed Samhan (14)
                count(s) 1 , 5 , 6 . dismissed ( Signed by Judge Daniel T.
                K. Hurley on 6/15/02) [EOD Date: 6/17/02] CCAP (kw)
                [Entry date 06/17/02] [Edit date 06/18/02]

6/17/02  630    JUDGMENT as to Thomas Narog (1) count(s) 1rs, 3rs -5rs ,
                6rs , 7rs , 8rs , 9rs -14rs imprisonment 235 months as to
                each of counts and supervised release 36 months. Thomas
                Narog (1) count(s) 2rs imprisonment 235 months to be served
                concurrently with counts 1 and 3-14; supervised release 60
                months to be served concurrently with counts 1 and 3-14.
                Thomas Narog (1) count(s) 1 , 2 , 3 , 4 , 5 , 6 , 7 dismissed
                 Assessed $ 1400.00; Fined $ 25,000.00 ( Signed by Judge
                Daniel T. K. Hurley on 6/7/02) [EOD Date: 6/17/02] CCAP (kw)
                [Entry date 06/17/02] [Edit date 06/18/02]

6/17/02  629    JUDGMENT as to Nizar Fneiche (9) count(s) 11rs.
                Imprisonment 63 months; supervised release 3 years , Nizar
                Fneiche (9) count(s) 1, 5 dismissed; count 1rs aquitted;
                Assessed $ 100.00 ( Signed by Judge Daniel T. K. Hurley on
                6/15/02) [EOD Date: 6/18/02] CCAP (kw)
                [Entry date 06/18/02]

6/17/02  631    NOTICE OF APPEAL by Thomas Narog re: [630-1] judgment order
                EOD Date: 6/17/02; Thomas Narog (1) count(s) 1rs, 2rs,
                3rs-5rs, 6rs, 7rs, 8rs, 9rs-14rs; Filing Fee: $ 105.00
                Receipt #: 716453 Copies to USCA, AUSA, USM, USPO and
                Counsel of Record. (mr) [Entry date 06/19/02]

6/17/02  632    NOTICE OF APPEAL by Nizar Fneiche re: [629-1] judgment
                order EOD Date: 6/18/02; Nizar Fneiche (9) count(s) 11rs;
                Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr)
                [Entry date 06/19/02]

Vol # 5 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                     INTERP

6/17/02  (633)   NOTICE OF APPEAL by Mohammed Samhan re: [628-1] judgment
                 order   EOD Date: 6/17/02; Mohammed Samhan (14) count(s)
                 11rs, 12rs, 14rs;  Filing Fee: $ 105.00 Receipt #: 716454
                 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr)
                 [Entry date 06/19/02]

6/19/02  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Mohammed Samhan [633-1] appeal
                 (mr) [Entry date 06/19/02]

6/19/02  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Nizar Fneiche [632-1] appeal (mr)
                 [Entry date 06/19/02]

6/19/02  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Thomas Narog [631-1] appeal (mr)
                 [Entry date 06/19/02]

6/24/02  (634)   FINAL ORDER OF FORFEITURE as to Thomas Narog for
                 Forfeiture ( Signed by Judge Daniel T. K. Hurley on
                 6/19/02) [EOD Date: 6/25/02] CCAP△ (kw)
                 [Entry date 06/25/02]

6/24/02  (635)   AMENDED JUDGMENT IN A CRIMINAL CASE; Amending the original
                 J&C to indicate the correct disposition date of 3/14/02 (
                 Signed by Judge Daniel T. K. Hurley on 6/22/02) [EOD Date:
                 6/25/02]  CCAP (kw) [Entry date 06/25/02]

6/25/02  (636)   NOTICE of Appearance for Mohammed Samhan by Attorney
                 Jeffrey M. Voluck (kw) [Entry date 06/26/02]

6/25/02  (640)   AMENDED NOTICE OF APPEAL by Thomas Narog re: [634-2] order
                 EOD Date: 6/25/02; ; Copies to USCA, AUSA, USM, USPO and of
                 Record. (mr) [Entry date 06/28/02]

6/26/02  (637)   NOTICE of filing motion for release on bond and stay of
                 execution of sentence by Nizar Fneiche (kw)
                 [Entry date 06/26/02]

6/26/02  (638)   NOTICE of Hearing as to Raed Naser Aldin :  resetting
                 Sentencing for 9:30 8/28/02 for Raed Naser Aldin   before
                 Judge Daniel T. K. Hurley (kw) [Entry date 06/27/02]

6/26/02  639    NOTICE of Hearing as to Ahmad Almasri :  resetting
                 Sentencing for 8:30 8/28/02 for Ahmad Almasri   before
                 Judge Daniel T. K. Hurley (kw) [Entry date 06/27/02]

6/27/02  .--    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 06/24/02  Re: [632-1] appeal  USCA Number:
                 02-13437-A (dj) [Entry date 06/28/02]

6/27/02  --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 06/24/02  Re: [633-1] appeal  USCA Number:
                 02-13437-A (dj) [Entry date 06/28/02]

Proceedings include all events.                    *Vol #5 Cont.*                         AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR   APPEAL
                                                                        INTERP

6/27/02   --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 6/24/02 as to Thomas Narog  Re: [640-1]
                 appeal USCA Number: 02-13437-A (mr) [Entry date 06/28/02]

6/27/02  643     TRANSCRIPT INFORMATION FORM as to Thomas Narog re: [640-1]
                 appeal received on 7/1/02 from Court Reporter. (Returned
                 Court Reporter Coordinator) (mr) [Entry date 07/01/02]

6/28/02   --     Certified copies of AMENDED Notice of Appeal, Docket and
                 Order under appeal to USCA: as to Thomas Narog [640-1]
                 appeal (mr) [Entry date 06/28/02]

6/28/02  641     USCA appeal fees received as to Nizar Fneiche  Re: [632-1]
                 appeal   Filing Fee $ 105.00 Receipt # 716550 (mr)
                 [Entry date 06/28/02]

6/28/02  642     ORDER as to Nizar Fneiche; denying motion for release on
                 bail and for stay of execution of sentence ( Signed by
                 Judge Daniel T. K. Hurley on 6/28/02) [EOD Date: 7/1/02]
                 CCAP∆ (kw) [Entry date 07/01/02]

6/28/02  644     ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE
                 referring Motion(s) from counsel representing defendant to
                 be relieved of further responsibilities of representing
                 defendant; for the defendant to be declared indigent for
                 purpose of appeal; and for appointment of appellate counsel
                 to Magistrate Ann E. Vitunac as to Mohammed Samhan for
                 proposed findings and recommended disposition. The
                 Magistrate shall conduct an in camera evidentiary hearing
                 and provide the court with a recommended disposition.
                 (Signed by Judge Daniel K. Hurley on 6/27/02) [EOD Date:
                 7/1/02] CCAP (at) [Entry date 07/01/02]

7/1/02   645     TRANSCRIPT INFORMATION FORM as to Nizar Fneiche  re:
                 [632-1] appeal   received on 7/3/02 from Court Reporter.
                 (Returned to Court Reporter Coordinator) (mr)
                 [Entry date 07/03/02]

7/3/02   646     MOTION by Nizar Fneiche for release on Bond, and stay of
                 execution of sentence pursuant to Rule 38 (at)
                 [Entry date 07/05/02]

7/3/02   647     NOTICE of Filing Motion for release on bond by Nizar
                 Fneiche (at) [Entry date 07/05/02]

7/8/02   651     SEALED DOCUMENT as to Mohammed Samhan (mr)
                 [Entry date 07/10/02]

7/9/02   648     Acknowledgement of Transcript Information Formas to Thomas
                 Narog re: [631-1] appeal  by Thomas Narog  Transcript of:
                 Pre-Trial Proceedings, Trial & Sentencing held 6/7/02 and
                 Trial held 2/4/02 - 3/15/02 Transcript due on: 8/8/02 for
                 Thomas Narog ; Court Reporter name: Pauline Stipes (mr)

Docket as of January 31, 2003 8:51 am                       Page 82

Vol #5 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

[Entry date 07/09/02]

7/9/02   (649)   Acknowledgement of Transcript Information Formas to Nizar
                 Fneiche re: [632-1] appeal   by Nizar Fneiche   Transcript
                 of: Trial and Sentencing Transcript due on: 8/8/02 for
                 Nizar Fneiche ;  Court Reporter name: Pauline Stipes (mr)
                 [Entry date 07/09/02]

7/9/02   (650)   Acknowledgement of Transcript Information Formas to
                 Mohammed Samhan re: [633-1] appeal   by Mohammed Samhan
                 Transcript of: Trial & Sentencing held 6/7/02 and Trila
                 held 2/4/02-3/14/02 SentencTranscript due on: 8/8/02 for
                 Mohammed Samhan ; Court Reporter name: Pauline Stipes (mr)
                 [Entry date 07/09/02]

7/9/02   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA on 7/1/02 as to Thomas Narog Re: [640-1] appeal
                 USCA Number: 02-13437-A (mr) [Entry date 07/09/02]

7/12/02  652     TRANSCRIPT filed as to Thomas Narog  of Testimony and
                 Proceedings held 6/7/02  before Judge Daniel T.K. Hurley
                 and a Jury  Volume #: 26  Pages: 4717-4752  re: [640-1]      Vol #37
                 appeal, [631-1] appeal . (mr) [Entry date 07/12/02]

7/12/02  653     TRANSCRIPT filed as to Mohammed Samhan  of testimony and
                 proceedings held 6/7/02  before Judge Hurley and jury
                 Volume #: 1  Pages: 4753-4833  re: [633-1] appeal . Appeal   Vol 38
                 record due on 7/27/02 for Mohammed Samhan (kw)
                 [Entry date 07/12/02]

7/12/02  654     TRANSCRIPT filed as to Nizar Fneiche  of sentencing held
                 7/12/02  before Judge Hurley  Volume #: 28  Pages:
                 4834-4913  re: [632-1] appeal . Appeal record due on        Vol #39
                 7/27/02 for Nizar Fneiche (kw) [Entry date 07/12/02]

7/17/02  (655)   Transcript Information Form re:as to Thomas Narog [640-1]
                 appeal by Thomas Narog. No transcript requested. All
                 necessary transcripts on file. (mr) [Entry date 07/23/02]

8/1/02   (656)   Judgment Returned Executed as to Mohammed Samhan on 7/10/02
                 at FDC Miami (kw) [Entry date 08/02/02]

8/9/02   (657)   Transcript Information Form as to Nizar Fneiche for
                 Transcript of: Trial and Sentencing filed re: [632-1] appeal
                 by Nizar Fneiche    All transcripts on file. (mr)
                 [Entry date 08/09/02] [Edit date 08/09/02]

8/9/02   (658)   Transcript Information Form as to Mohammed Samhan for
                 Transcript of: Trial & Sentencing held 2/14/02 - 3/14/02 &
                 6/7/02 filed re: [633-1] appeal by Mohammed Samhan   All
                 transcripts on file. (mr) [Entry date 08/09/02]

Vol #5 Cont

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

8/9/02   659    Transcript Information Form as to Thomas Narog for
                Transcript of: Trial and Sentencing filed re: [631-1]
                appeal by Thomas Narog (mr) [Entry date 08/09/02]

8/12/02  660    ORDER RELEASING BOND AND ANY CASH COLATERAL:ORDER as to
                Nizar Fneiche (Signed by Judge Daniel T. K. Hurley on
                8/11/02) [EOD Date: 8/12/02] CCAPΔ (pa)
                [Entry date 08/12/02]

8/27/02  661    NOTICE OF NASER ALDIN'S OBSTRUCTION OF JUSTICE AND/OR,
                ALTERNATIVELY, GOVERNMENT'S OBJECTION TO PRESENTENCE
                INVESTIGATION REPORT by Government as to Raed Naser Aldin
                (kw) [Entry date 08/28/02]

8/27/02  662    RESPONSE by Raed Naser Aldin in opposition to [661-1]
                objection (kw) [Entry date 08/28/02]

8/27/02  663    SEALED DOCUMENT (kw) [Entry date 08/28/02]

8/27/02  664    SEALED DOCUMENT (kw) [Entry date 08/28/02]

8/28/02  --     Sentencing held before Judge Daniel T. K. Hurley  Ahmad
                Almasri (3) count(s) 1rs (kw) [Entry date 08/30/02]

8/29/02  665    JUDGMENT as to  Ahmad Almasri (3) count(s) 1rs.
                Imprisonment 78 months; supervised release 3 years,
                assessed $ 100.00 Count(s) 1, 4 , 10rs dismissed ( Signed
                by Judge Daniel T. K. Hurley on 8/29/02) [EOD Date:
                8/30/02] CCAP (kw) [Entry date 08/30/02]

8/30/02  666    Judgment Returned Executed as to Saber Abdelmuti on 4/26/02
                at FCI-Miami (pa) [Entry date 09/03/02]

9/26/02  667    MOTION by USA  as to Thomas Narog to set aside judgment:
                [634-2] order (kw) [Entry date 09/27/02]

9/27/02  668    Judgment Returned Executed as to Thomas Narog on 9/13/02 at
                BOP Miami (kw) [Entry date 09/30/02]

9/30/02  669    Transcript Information Form as to Thomas Narog for
                Transcript of: Motion to Suppress held 3/1/01 filed re:
                [640-1] appeal  by Thomas Narog (mr) [Entry date 10/01/02]

9/30/02  670    TRANSCRIPT filed as to Thomas Narog  of Motion to Suppress
                held 3/1/01  before Judge Magistrate Ann E. Vitunac  Volume
                #: 1  Pages: 1-41  re: [640-1] appeal . (mr)  Vol #9
                [Entry date 10/01/02]

10/4/02  671    ORDER PARTIALLY SETTING ASIDE THE FINAL ORDER OF FORFEITURE
                as to Thomas Narog granting [667-1] motion to set aside
                judgment: [634-2] order as to Thomas Narog (1) ( Signed by
                Judge Daniel T. K. Hurley on 10/3/02) [EOD Date: 10/8/02]
                CCAPΔ (kw) [Entry date 10/08/02]

Vol #5 Cont.

Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR  APPEAL
                                                               INTERP

| | | |
|---|---|---|
| 10/16/02 | 672 | MOTION by Nadia Almasri to Travel (kw) [Entry date 10/17/02] |
| 10/17/02 | (673) | MOTION with Memorandum in Support by Mohammed Samhan for Release from Custody pending appeal (kw) [Entry date 10/17/02] |
| 10/17/02 | 674 | NOTICE of Hearing as to Raed Naser Aldin : resetting Sentencing for 10:30 11/1/02 for Raed Naser Aldin before Judge Daniel T. K. Hurley (kw) [Entry date 10/18/02] |
| 10/21/02 | 675 | ORDER as to Nadia Almasri granting [672-1] motion to Travel as to Nadia Almasri (4) ( Signed by Judge Daniel T. K. Hurley on 10/18/02) [EOD Date: 10/22/02] CCAP△ (kw) [Entry date 10/22/02] |
| 10/23/02 | 676 | MOTION by Thomas Narog to vacate or grant administrative relief of the fine judgment in light of the United States v. Prouty, No. 01-15273 (11th Cir. 2002) (ss) [Entry date 10/23/02] |
| 10/23/02 | (677) | Certificate of readiness transmitted to USCA as to Thomas Narog re: [640-1] appeal by Thomas Narog, [631-1] appeal by Thomas Narog USCA # 02-13437-A (mr) [Entry date 10/23/02] |
| 10/25/02 | (678) | MOTION by Thomas Narog to stay of forfeiture (kw) [Entry date 10/28/02] |
| 10/29/02 | (679) | ORDER as to Thomas Narog denying [678-1] motion to stay of forfeiture as to Thomas Narog (1) ( Signed by Judge Daniel T. K. Hurley on 10/29/02) [EOD Date: 10/30/02] CCAP△ (kw) [Entry date 10/30/02] |
| 11/1/02 | (680) | ORDER FOR RELEASE PENDING THE DIRECT APPEAL as to Mohammed Samhan denying [673-1] motion for Release from Custody pending appeal as to Mohammed Samhan (14) ( Signed by Judge Daniel T. K. Hurley on 10/30/02) [EOD Date: 11/1/02] CCAP△ (kw) [Entry date 11/01/02] |
| 11/1/02 | (681) | MOTION by Suntrust Bank as to Thomas Narog as to its interest in the forfeited residence (pa) [Entry date 11/04/02] |
| 11/1/02 | -- | Sentencing held before Judge Daniel T. K. Hurley Raed Naser Aldin (7) count(s) 1rs, 11rs (kw) [Entry date 11/12/02] |
| 11/8/02 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR on 10/28/02; U.S.C.A. # 02-13437-AA (mr) [Entry date 11/13/02] |

Docket as of January 31, 2003 8:51 am                    Page 85

*Vol #5 Cont*

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR   APPEAL
                                                                   INTERP

| | | |
|---|---|---|
| 11/12/02 | (682) | JUDGMENT as to Raed Naser Aldin (7) count(s) 1rs, 11rs . Imprisonment 78 months as to each count of the redacted indictment to be served concurrently; Supervised Release 36 months as to each count of the redacted indictment to be served concurrently, Assessed $ 200.00 , Raed Naser Aldin (7) count(s) 1, 5 . dismissed ( Signed by Judge Daniel T. K. Hurley on 11/7/02) [EOD Date: 11/12/02]  CCAP (kw) [Entry date 11/12/02] |
| 11/15/02 | (683) | RETURN OF SERVICE as to Thomas Narog  executed on 11/7/02 Re: Preliminary Order of Forfeiture, Property, 8 Castle Harbor Drive, Fort Lauderdale. (pa) [Entry date 11/18/02] |
| 11/18/02 | (684) | NOTICE OF APPEAL by Raed Naser Aldin re: [682-1] judgment order  EOD Date: 11/12/02; Raed Naser Aldin (7) count(s) 1rs, 11rs; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 11/20/02] |
| 11/20/02 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Raed Naser Aldin (mr) [Entry date 11/20/02] |
| 12/5/02 | (685) | MOTION by Raed Naser Aldin to amend presentence investigation report to conform to court's findings at sentencing (kw) [Entry date 12/06/02] |
| 12/5/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA to Raed Naser Aldin  Re: [684-1] appeal  USCA Number: 02-13437-A (mr) [Entry date 12/06/02] |
| 12/9/02 | (686) | ORDER as to Raed Naser Aldin  denying [685-1] motion to amend presentence investigation report to conform to court's findings at sentencing as to Raed Naser Aldin (7) ( Signed by Judge Daniel T. K. Hurley on 12/6/02) [EOD Date: 12/10/02] CCAP△ (kw) [Entry date 12/10/02] |
| 12/11/02 | (687) | TRANSCRIPT INFORMATION FORM re: [684-1] appeal  received on 12/11/02 from Court Reporter. (Returned to Court Reporter Coordinator) (mr) [Entry date 12/11/02] |
| 12/13/02 | (688) | Acknowledgement of Transcript Information Formas to Raed Naser Aldin re: [684-1] appeal  by Raed Naser Aldin Transcript of: Motion to Suppress, Sentencing held 6/11/01 & 5/29/92 and 11/1/02Transcript due on: 1/13/02 for Raed Naser Aldin ;  Court Reporter name: Pauline Stipes (mr) [Entry date 12/13/02] |
| 12/20/02 | 689 | MOTION by Ahmad Almasri for RETURN of Cash Bail posted on 8/3/00 in the amount of $5,000.00 (gp) [Entry date 12/23/02] |
| 12/30/02 | (690) | SEALED DOCUMENT as to Raed Naser Aldin (pa) [Entry date 12/30/02] |
| 12/30/02 | (691) | SEALED DOCUMENT as to Raed Naser Aldin (pa) |

Vol #5 Cont

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR    APPEAL
                                                               INTERP
           [Entry date 12/30/02]
```

---

```
12/31/02 692   TRANSCRIPT filed as to Thomas Narog  of Motion to Suppress
               held 4/3/01  before Judge Daniel T.K. Hurley  Volume #: 1
               Pages: 1-36  re: [640-1] appeal, [631-1] appeal . (mr)
               [Entry date 01/06/03]
```

Vol #10

---

```
1/13/03  693   Transcript Information Form as to Raed Naser Aldin for
               Transcript of: Sentencing held 11/1/02 filed re: [684-1]
               appeal by Raed Naser Aldin (mr) [Entry date 01/13/03]
```

---

```
1/13/03  694   TRANSCRIPT filed as to Raed Naser Aldin  of Sentencing held
               11/1/02  before Judge Daniel T.K. Hurley  Volume #: 1
               Pages: 1-108  re: [684-1] appeal . (mr)
               [Entry date 01/13/03]
```

Vol # 40

---

```
1/28/03  695   ORDER as to Ahmad Almasri  granting [689-1] motion for
               RETURN of Cash Bail posted on 8/3/00 in the amount of
               $5,000.00 as to Ahmad Almasri (3) ( Signed by Judge Daniel
               T. K. Hurley on 1/27/03) [EOD Date: 1/29/03] CCAPD (kw)
               [Entry date 01/29/03]

1/29/03  696   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 01/29/03]

1/29/03  697   SEALED DOCUMENT (kw) [Entry date 02/03/03]

1/29/03  698   SEALED DOCUMENT (kw) [Entry date 02/03/03]
```

End of Vol #5

---