UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS NAROG,
MOHAMMED SAMHAN,
NIZAR FNEICHE,
RAED NASER ALDIN,
    Defendants.
_____/



FILED by _____ D.C.
JUN 14 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** come before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Thursday, June 24, 2004, at 8:50 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the courtroom deputy, (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 14th day of June, 2004.

**copy furnished:**
AUSA Thomas O'Malley
Fred Haddad, Esq.
Richard A. Hamar, Esq.
Timothy Biasiello, Esq.
Charles G. White, Esq.

Daniel T. K. Hurley
United States District Judge