UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.: 00-06211-CR-DTKH

      Plaintiff,               JUDGE:    HURLEY

v.

MOHAMMED SAMHAN,

      Defendant.
_____/

## MOTION FOR BOND

COMES NOW the Defendant, MOHAMMED SAMHAN, by and through undersigned counsel, and moves this Honorable Court for an Order setting a reasonable bond in this case, and as grounds therefore would state:

1. That, the Defendant was indicted on August 2, 2000 and charged with co-defendants in a Seven (7) Count Indictment which was superceded on February 27, 2001 with a Fourteen (14) Count Indictment.
2. That, the Defendant was placed on Personal Surety Bond in the amount of $400,000.00 and Corporate Surety Bond in the amount of $100,00.00 both with various conditions.
3. That, the Defendant complied with all conditions of bond.
4. That, on February 4, 2002, the Defendant proceeded to a Jury Trial.
5. That, on March 14, 2002, the Defendant was found not guilty of the Conspiracy Counts (Counts 1 and 2) and guilty on Counts 11, 12 and 14.
6. That, on April 28, 2004, the Defendant appealed to the United States Court of Appeals for the 11th Circuit.



7. That, on June 10, 2004, the aforementioned court entered a decision reversing Defendant's convictions.
8. That, the Defendant has already served Thirty-One (31) months of a Seventy-Eight (78) month sentence.
9. That, the Defendant is married with three (3) children, ages 8, 6 and 3, who reside in Defendant's house at 12901 Southwest 60th Street, Miami, Florida.
10. That, the Defendant is self-employed in the food business at Food Plus which has been in existence for over 10 years and is located at 12882 Southwest 87th Avenue, Miami, Florida.
11. That, the Defendant also owns two commercial properties located at 1750 Northeast 135th Street, North Miami, Florida and 12884 Southwest 87th Avenue Miami, Florida.
12. That, the Defendant has strong ties to the community.
13. That, undersigned counsel has contacted AUSA, Thomas O'Malley, but was informed by AUSA, Nancy Quinlin, that Mr. O'Malley is on vacation.
14. That, Ms. Quinlin stated that she would contact Mr. O'Malley and obtain his position on bond, but to date, undersigned counsel has not received any response.

WHEREFORE, the Defendant, MOHAMMED SAMHAN, prays this Honorable Court to set a reasonable Bond within the sound discretion of this Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 17th day of June, 2004 to AUSA Thomas O'Malley, located at 500 South Australian Avenue, Suite 400, West Palm Beach, Florida 33401 and to co-counsels, Fred Haddad, Esq., One Financial Plaza, Suite 2612, Fort Lauderdale, Florida 33394, Glenn Seiden, Esq., Paul Goodman, Esq. and Tim Biasiello, Esq., located at 20 North Clark Street, Suite 1200, Chicago, Illinois 60602-4114 and to

Charles White, Esq., located 1031 Ives Dairy Road, Suite 228, Miami, Florida 33179-2538.

                        JEFFREY M. VOLUCK, P.A.
                        Counsel for Defendant
                        One East Broward Boulevard
                        SouthTrust Tower-Suite 700
                        Fort Lauderdale, Florida 33301
                        Telephone: (954) 467-8989

By: _____
        Jeffrey M. Voluck, Esquire
        Florida Bar No.: 0113750