UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-06211-CR-DTKH

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

MOHAMMED SAMHAN,

   Defendant.
_____/

FILED by _____ D.C.
JUN 2 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ~~ON~~ *DENYING* DEFENDANT'S MOTION FOR BOND

**THIS MATTER** is before the Court, upon the Defendant's Motion for Bond. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Bond be and the same is hereby ~~GRANTED~~. *DENIED*.

_____
_____
_____

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this __23__ day of __June__, 2004.

_____
Daniel T. K. Hurley
UNITED STATES DISTRICT JUDGE

Copies furnished:
Jeffrey M. Voluck, Esquire
AUSA Thomas O'Malley
Fred Haddad, Esq.
Glenn Seiden, Esq.
Paul Goodman, esq.
Tim Biasiello, Esq.
Charles White, Esq.