UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MOHAMMED SAMHAN,
      Defendant.
_____/

## MOTION FOR BOND

COMES NOW, the Defendant, **MOHAMMED SAMHAN,** by and through undersigned counsel, and moves this Honorable Court for an Order setting a reasonable bond in this case, and as grounds therefore would state:

1. That, the Defendant was indicted on August 2, 2000 and charged with a seven count Indictment which was superceded on February 27, 2001 with a fourteen count Indictment with Conspiracy to Possess with Intent to Distribute Methamphetamine and Possession of Methamphetamine with Intent to Distribute.

2. That, the Defendant was originally placed on bond of $500,000.00 which included $400,000.00 secured by Real Property and $100,000.00 Corporate Surety Bond. It is undersigned counsel's understanding that this was eventually reduced to $250,000.00.

3. That, the Defendant was on bond for approximately 1½ years until his conviction which took on March 14, 2002.

4. That, an Appeal by undersigned counsel was filed on April 28, 2004 and the Appeal was affirmed and the conviction reversed on June 10, 2004.

5. That, Rehearing was filed by the Prosecution as well as undersigned counsel and all Petitions were denied on November 1, 2004.

6. That, the matter is therefore again before the Honorable Daniel T. Hurley for Trial.

7. That, the Defendant is not a flight risk or a danger to the safety of others because:

   a. The Defendant has a wife and three young children who reside in the South Florida area.

   b. The Defendant has an ongoing food business which is presently being run by his wife.

   c. The Defendant owns his home as well as his business property.

   d. The Defendant originally came to this Country in order to escape death threats made to him because of his involvement in attempting to bridge the gap of peace between Israel and Palestine.

   e. The Defendant has retained private counsel.

   f. During the original trial there was testimony regarding Defendant's devotion to helping people, whom he knew and did not know, since he has been in this Country.

   g. The Defendant has already completed 36 plus 6 months good time for a total of 42 months time served.

8. That, undersigned counsel spoke with U.S. Attorney, Thomas O'Malley, who opposes this Motion.

WHEREFORE, the Defendant, **MOHAMMED SAMHAN,** prays this Honorable Court to set a reasonable Bond within the sound discretion of this Court.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
SouthTrust Tower-Suite 700
One East Broward Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
Jeffrey M. Voluck, Esquire
Florida Bar No.: 0113750

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 10th day of November, 2004 to:

Marc Fagelson, Esq.
United States Attorney's Office
99 Northeast 4th Street-5th Floor
Miami, Florida 33132-211

AUSA Thomas O'Malley
500 South Australian Avenue
Suite 400
West Palm Beach, Florida 33401.

Paul Goodman, Esq.
One East Wacker Drive-Suite 2700
Chicago, Illinois 60601

Fred Haddad, Esq.
One Financial Plaza-Suite 2612
Fort Lauderdale, Florida 33301

Charles White, Esq.
2250 Southwest 3rd Avenue-Suite 150
Miami, Florida 33129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MOHAMMED SAMHAN,

       Defendant.
_____/

### ORDER ON MOTION FOR BOND

**THIS MATTER** is before the Court, upon the Defendant's Motion for Bond. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Bond be and the same is hereby:

_____

_____

**DONE AND ORDERED** in Chambers at west Palm Beach, Palm Beach County, Florida this _____ day of _____, 2004.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
AUSA Thomas O'Malley
All Counsel of Record