UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED SAMHAN,

    Defendant.
_____/

FILED by _____ D.C.
NOV 29 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON MOTION FOR BOND

**THIS MATTER** is before the Court, upon the Defendant's Motion for Bond. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Bond be and the same is hereby:

    DENIED.

**DONE AND ORDERED** in Chambers at west Palm Beach, Palm Beach County, Florida this __19__ day of __Nov.__, 2004.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
AUSA Thomas O'Malley
All Counsel of Record