# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

FILED by \_\_\_\_ D.C.
FEB - 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===========================================

Case No. _00-6211-CR_   Date _February 1, 2005_

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: _English_   Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. _Mohammed Samhan_
~~Robert Malone~~

AUSA: _Thomas O'Malley_   DEFENSE COUNSEL: _Jeffrey M. Voluck_

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count 14 of the Superseding Indictment._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted._

Misc.: _Sentencing date to be set by seperate Notice._